| **United States Bankruptcy Court**<br>**District of Arizona** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Martinson, Gary A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Martinson, Ronna L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5559** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7001** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5550 Paint Pony Trail**<br>**Show Low, AZ**<br>ZIP Code **85901** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5550 Paint Pony Trail**<br>**Show Low, AZ**<br>ZIP Code **85901** |
| County of Residence or of the Principal Place of Business:<br>**Navajo** | County of Residence or of the Principal Place of Business:<br>**Navajo** |
| Mailing Address of Debtor (if different from street address):<br>**10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ**<br>ZIP Code **85259** | Mailing Address of Joint Debtor (if different from street address):<br>**10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ**<br>ZIP Code **85259** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>_____<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Martinson, Gary A** <br> **Martinson, Ronna L** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br> ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>        _____ <br>        (Name of landlord that obtained judgment) <br><br><br>        _____ <br>        (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Martinson, Gary A**

**Martinson, Ronna L**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gary A Martinson**

Signature of Debtor **Gary A Martinson**

**X  /s/ Ronna L Martinson**

Signature of Joint Debtor **Ronna L Martinson**

Telephone Number (If not represented by attorney)

**December 31, 2009**

Date

### Signature of Attorney*

**X  /s/ David Wm. Engelman**

Signature of Attorney for Debtor(s)

**David Wm. Engelman 004193**

Printed Name of Attorney for Debtor(s)

**ENGELMAN BERGER, P.C.**

Firm Name

**3636 N. Central Avenue**
**Suite 700**
**Phoenix, AZ 85012**

Address

**602-271-9090  Fax: 602-222-4999**

Telephone Number

**December 31, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### District of Arizona

In re __**Gary A Martinson**__
__**Ronna L Martinson**__ _____

Case No. _____

Debtor(s)

Chapter  **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

□2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

□3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Gary A Martinson**
_____
**Gary A Martinson**

Date:     **December 31, 2009**
_____

# United States Bankruptcy Court
## District of Arizona

In re    **Gary A Martinson**
       **Ronna L Martinson**
                         Debtor(s)

Case No. _____
Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ronna L Martinson**
                                **Ronna L Martinson**

Date:     **December 31, 2009**

# United States Bankruptcy Court
## District of Arizona

In re    **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors  ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,500,000.00 | | |
| B - Personal Property | Yes | 5 | 6,623,176.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,445,025.03 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 212 | | 153,981,352.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 900.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,925.00 |
| Total Number of Sheets of ALL Schedules | | 235 | | | |
| Total Assets | | | 8,123,176.00 | | |
| Total Liabilities | | | | 155,426,377.19 | |

# United States Bankruptcy Court
## District of Arizona

In re    **Gary A Martinson,**
       **Ronna L Martinson**

                               Debtors

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                                     Case No. _____
            **Ronna L Martinson**

                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Dakota Ranch House:**<br>**5550 Paint Pony Trail**<br>**Show Low, Arizona 85901**<br>**6.6 acres residential real property**<br>**APN 409-32-022C**<br>**Family residence**<br>**FRM per appraisal 10/15/2009** | **Fee simple** | **C** | **1,500,000.00** | **1,238,533.03** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,500,000.00** | (Total of this page) |
| Total > | **1,500,000.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re     **Gary A Martinson,**                 Case No. _____

            **Ronna L Martinson**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at Chase Bank | C | 500.00 |
| | | | Monies in Engelman Berger, P.C. trust account | C | 35,605.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Furniture and furnishings at: Condominium in North Scottsdale See Attachment No. 1 (all attachments refenced in these schedules will be filed separately with the court) | C | 13,737.50 |
| | | | 5550 Paint Pony Trail Show Low, AZ 85901 See Attachment No. 2 | C | 25,437.50 |
| | | | In addition to those household items on Attachment No. 1, the debtors own the following items, which were inadvertently overlooked by the appraiser:<br><br>42" LCD Sony TV - $500<br>Stereo Amplifier/CD player/DVD player - $400 | C | 900.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Included in Attachments 1 and 2 | C | 0.00 |
| 6. | Wearing apparel. | | Clothing | C | 1,000.00 |
| 7. | Furs and jewelry. | | Jewelry set forth on Attachment No. 3 | W | 2,540.00 |

Sub-Total >     79,720.00
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    **Gary A Martinson,**                      Case No. _____

          **Ronna L Martinson**

_____,
                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Wedding band  (this item is listed on Attachment No. 3)** | **H** | **300.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **2 digital cameras** | **C** | **100.00** |
| | | **Pool table - $1000**<br>**Leg press - $100**<br>**2 sets golf clubs- $400**<br>**1 bike - $75**<br>**1 ping pong table - $50**<br>**1 pair cross country skis/boots - $25** | **C** | **1,650.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mr. Martinson is the insured on a $4,000,000 term life insurance policy** | **C** | **0.00** |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA located at Chase Bank** | **C** | **3,000.00** |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Attachment No. 4.  Debtors believe that none of the entities scheduled on Attachment No. 4 have any value.** | **H** | **Unknown** |
| 14.   Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.   Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.   Accounts receivable. | | **Bisontown, LLC**<br>**16927 E. Saguaro Blvd**<br>**Fountain Hills, AZ 85268**<br><br>**Debtors believe that this receivable, and all other intercompany receivables listed in item 16 to Schedule B, are uncollectable** | **H** | **4,813,497.00** |

                                             Sub-Total >      **4,818,547.00**
                                            (Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Gary A Martinson,**                               Case No. _____
         **Ronna L Martinson**

,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **16641, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** | **H** | **860,326.00** |
| | | **Roy Garibaldi**<br>**(cannot locate address)** | **H** | **5,000.00** |
| | | **Neil King and Chuck Haynie**<br>**King and Haynie Auctions**<br>**P.O. Box 2502**<br>**Pinetop, AZ 85935** | **H** | **10,000.00** |
| | | **Mirage Homes, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268**<br>**Intercompany obligation** | **H** | **31,657.00** |
| | | **Mirage Homes Construction, LLC**<br>**16641 N. 91st Street, Suite 101**<br>**Scottsdale, AZ 85260**<br>**Intercompany obligation** | **H** | **625,201.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtors may be entitled to a refund for 2008 federal income taxes** | **C** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **1,532,184.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Gary A Martinson,**            Case No. _____
          **Ronna L Martinson**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Arizona real estate brokers license** | **H** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Cadillac Escalade 5550 Paint Pony Trail Show Low, AZ 85901** | **H** | **31,500.00** |
| | | **2007 Cadillac DTS Sedan surrendered** | **H** | **18,125.00** |
| | | **2005 Winnebago Horizon 9000 miles (surrendered)** | **C** | **135,000.00** |
| | | **1 GEM electric car (non-operating)** | **C** | **1,000.00** |
| | | **1996 Chevrolet Suburban 1500 Sport Utility** | **C** | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 dogs** | **C** | **0.00** |

                                           Sub-Total >     **187,125.00**
                                        (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    **Gary A Martinson,**
        **Ronna L Martinson**

                              Debtors

Case No. _____

,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **The debtors own 3 horses outright, and one horse jointly with another. Two of the three horses owned outright are old and have no resale value. The other horse, a quarterhorse gelding, may bring $2000.** <br><br> **The jointly owned horse is also a quarterhorse with a value of perhaps $5000.** | **C** | **4,500.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc. hand tools, saw, drill - $400** <br> **2 garage shop vacs - $500** <br> **1 floor table saw (father's) - $200** | **C** | **1,100.00** |

|  |  |
|---|---|
| Sub-Total > | **5,600.00** |
| (Total of this page) | |
| Total > | **6,623,176.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re   **Gary A Martinson,**
        **Ronna L Martinson**

                                                      Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☒ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Dakota Ranch House:**<br>**5550 Paint Pony Trail**<br>**Show Low, Arizona 85901**<br>**6.6 acres residential real property**<br>**APN 409-32-022C**<br>**Family residence**<br>**FRM per appraisal 10/15/2009** | **Ariz. Rev. Stat. § 33-1101(A)** | **150,000.00** | **1,500,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Checking account at Chase Bank** | **Ariz. Rev. Stat. § 33-1126A9** | **300.00** | **500.00** |
| **Household Goods and Furnishings**<br>**Furniture and furnishings at:**<br>**Condominium in North Scottsdale**<br>**See Attachment No. 1 (all attachments refenced**<br>**in these schedules will be filed separately with**<br>**the court)** | **Ariz. Rev. Stat. § 33-1123 See exemption list asterisked on Attachment Nos. 1 and 2.** | **7,100.00** | **13,737.50** |
| **In addition to those household items on Attachment No. 1, the debtors own the following items, which were inadvertently overlooked by the appraiser:**<br><br>**42" LCD Sony TV - $500**<br>**Stereo Amplifier/CD player/DVD player - $400** | **Ariz. Rev. Stat. § 33-1123** | **900.00** | **900.00** |
| **Wearing Apparel**<br>**Clothing** | **Ariz. Rev. Stat. § 33-1125(1)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry**<br>**Jewelry set forth on Attachment No. 3** | **Ariz. Rev. Stat. § 33-1125(4)** | **500.00** | **2,540.00** |
| **Wedding band (this item is listed on Attachment No. 3)** | **Ariz. Rev. Stat. § 33-1125(4)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**2 digital cameras** | **Ariz. Rev. Stat. § 33-1125(7)** | **0.00** | **100.00** |
| **Pool table - $1000**<br>**Leg press - $100**<br>**2 sets golf clubs- $400**<br>**1 bike - $75**<br>**1 ping pong table - $50**<br>**1 pair cross country skis/boots - $25** | **Ariz. Rev. Stat. § 33-1125(7)** | **1,000.00** | **1,650.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**IRA located at Chase Bank** | **Ariz. Rev. Stat. § 33-1126B** | **3,000.00** | **3,000.00** |

  <u>  **1**  </u>  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                   Case No. _____
       **Ronna L Martinson**

                                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2007 Cadillac Escalade** <br> **5550 Paint Pony Trail** <br> **Show Low, AZ 85901** | **Ariz. Rev. Stat. § 33-1125(8)** | **10,000.00** | **31,500.00** |
| **Animals** <br> **The debtors own 3 horses outright, and one horse jointly with another. Two of the three horses owned outright are old and have no resale value. The other horse, a quarterhorse gelding, may bring $2000.** <br><br> **The jointly owned horse is also a quarterhorse with a value of perhaps $5000.** | **Ariz. Rev. Stat. § 33-1125(3)** | **1,000.00** | **4,500.00** |

| | | Total: | **175,100.00** | **1,559,727.50** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Gary A Martinson,**
       **Ronna L Martinson**

               Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Buddy and Renee Jobe**<br>**8185 E. Alameda Road**<br>**Scottsdale, AZ 85255** | | C | **2009**<br>**Statutory Lien for feed and board**<br>**The debtors own 3 horses outright, and one horse jointly with another. Two of the three horses owned outright are old and have no resale value. The other horse, a quarterhorse gelding, may bring $2000.** | | | | | |
| | | | Value $        **4,500.00** | | | | 30,000.00 | 25,500.00 |
| Account No. **xxx-xxxx-x0780**<br><br>**GMAC Financial Services**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | C | **2007**<br><br>**Purchase Money Security**<br><br>**2007 Cadillac Escalade**<br>**5550 Paint Pony Trail**<br>**Show Low, AZ 85901** | | | | | |
| | | | Value $        **31,500.00** | | | | 12,400.00 | 0.00 |
| Account No. **xxx-xxxx-x3900**<br><br>**GMAC Financial Services**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | H | **Purchase Money Security**<br><br>**2007 Cadillac DTS Sedan**<br>**surrendered** | | | | | |
| | | | Value $        **18,125.00** | | | | 27,092.00 | 8,967.00 |
| Account No. **xxxxxx8854**<br><br>**National City Mortgage**<br>**P.O. Box 54828**<br>**Los Angeles, CA 90054-0828** | | C | **1/25/20006**<br>**First Deed of Trust**<br>**Dakota Ranch House:**<br>**5550 Paint Pony Trail**<br>**Show Low, Arizona 85901**<br>**6.6 acres residential real property**<br>**APN 409-32-022C**<br>**Family residence** | | | | | |
| | | | Value $     **1,500,000.00** | | | | 989,737.03 | 0.00 |

  **1**   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 1,059,229.03 | 34,467.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. **2042** | | | | | Second Deed of Trust Dakota Ranch House: 5550 Paint Pony Trail Show Low, Arizona 85901 6.6 acres residential real property APN 409-32-022C Family residence FRM per appraisal 10/15/2009 | | | | | |
| **National City Mortgage** P.O. Box 856177 Louisville, KY 40285-6177 | | | C | | | | | | | |
| | | | | | Value $ 1,500,000.00 | | | | 248,796.00 | 0.00 |
| Account No. | | | | | Purchase Money Security 2005 Winnebago Horizon 9000 miles (surrendered) | | | | | |
| **Thor Credit Corp.** 15707 Rockfield Blvd. Suite 200 Irvine, CA 92618 | | | C | | | | | | | |
| | | | | | Value $ 135,000.00 | | | | 137,000.00 | 2,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 385,796.00 | 2,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,445,025.03 | 36,467.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

                                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          1      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                          Case No. _____
        **Ronna L Martinson**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** **Arizona Department of Revenue** **Box 29086** **Phoenix, AZ 85038-9086** | C | | | Potential and contingent liability for unpaid sales taxes incurred by entities listed on Attachment 4. | X | X | X | Unknown | **Unknown** Unknown |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

In re  **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **101 Development Partners, LLC** <br> **c/o Bison Homes** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| **Account No.** <br><br> **16641, LLC** <br> **c/o Bison Homes** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| **Account No.** <br><br> **2325 Wyatt, LLC** <br> **c/o Bill Carnes** <br> **8023 N. Casas Place** <br> **Tucson, AZ 85742** | C | | | | | | | **Unknown** |
| **Account No.** <br><br> **24 Hour Fitness** <br> **Attn. Member Services** <br> **PO Box 2689** <br> **Carlsbad, CA 92018** | C | | | Credit Card Debit - AmEx | | | | **Unknown** |

<u>  211 </u> continuation sheets attached

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        

In re  **Gary A Martinson,**
      **Ronna L Martinson**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | membership | | | | |
| **24 Hour Fitness Attn. Member Services PO Box 2689 Carlsbad, CA 92018** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **6418 Tanque Verde, LLC c/o Bill Carnes 8023 N. Casas Place Tucson, AZ 85742** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **ABD Antique Appraisers PO Box 543 Glendale, AZ 85301** | C | | | | | | | 700.00 |
| Account No. | | | | Service | | | | |
| **Ace Hardware of Show Low 221 W. Deuce of Clubs Show Low, AZ 85901** | C | | | | | | | Unknown |
| Account No. | | | | Service | | | | |
| **Ace Hardware of the White Mountains PO Box 3210 Pinetop, AZ 85935** | C | | | | | | | Unknown |

Sheet no. __1__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
           (Total of this page)       **700.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
        **Ronna L Martinson**                              Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Service | | | | |
| **Ace Hardware of the White Mountains** **PO Box 3210** **Pinetop, AZ 85935** | C | | | | | | | **118.70** |
| Account No. | | | | Bison Crossing, LLC Investor | | | | |
| **Adam & Leslie Glazer** **3137 Warbler Place** **Highland Park, IL 60035** | C | | | | | | | **Unknown** |
| Account No. | | | | Bison Crossing, LLC Investor | | | | |
| **Adam & Leslie Glazer** **3137 Warbler Place** **Highland Park, IL 60035** | C | | | | | | | **Unknown** |
| Account No. **0010** | | | | Credit card purchases | | | | |
| **Advanta Bank Corp** **PO Box 8088** **Philadelphia, PA 19101-8088** | C | | | | | | | **Unknown** |
| Account No. | | | | Bison Ridge Two, LLC Investor | | | | |
| **Agape International Ltd.** **c/o Mrs. Joe Couillard** **40250 Twp Rd. 250, Calgary, Alberta** **Canada T3Z2P6** | C | | | | | | | **Unknown** |

Sheet no. __**2**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal       **118.70**
                            (Total of this page)

In re    **Gary A Martinson,**
       **Ronna L Martinson**
                   Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Agape International Ltd.**<br>**c/o Jow Coullard**<br>**40250 Twp Rd. 250, Calgary, Alberta**<br>**Canada T3Z2P6** | C | | **Bison Club, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Agape International Ltd.**<br>**40250 Twp Rd. 250, Calgary, Alberta**<br>**Canada T3Z2P6** | C | | **Bison Club, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**AGR Paving & Sealing, Inc.**<br>**5840 Sherril**<br>**Prescott, AZ 86314** | C | | **Service** | | | | **1,500.00** |
| Account No.<br><br>**AICCO, Inc**<br>**45 East River Park Place, West Suite 308**<br>**Fresno, CA 93720** | C | | | | | | **Unknown** |
| Account No.<br><br>**Alan Gaede**<br>**130 E. Reid Head**<br>**Show Low, AZ 85901** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |

Sheet no. __3___ of _211_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal               **1,500.00**
                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Gary A Martinson,**        Case No. _____
        **Ronna L Martinson**
_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alan Zeigler** <br> **4131 E. Coolidge Street** <br> **Phoenix, AZ 85018** | C | | | | | | Unknown |
| Account No. <br><br> **Alfred Tussing** <br> **1660 West Hall** <br> **Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No. <br><br> **Allan D. Johnson, DDS, PC,** <br> **Employees Retirement Plan & Trust** <br> **14640 N. Tatum** <br> **Phoenix, AZ 85032** | C | | Bison Cove, LLC Investor | | | | Unknown |
| Account No. <br><br> **Allan D. Johnson, DDS, PC,** <br> **Employees Ret** <br> **14640 N. Tatum** <br> **Phoenix, AZ 85032** | C | | Bison Cove, LLC Investor | | | | Unknown |
| Account No. <br><br> **Alletta Kent** <br> **10105 E. Elmwood Dr.** <br> **Sun Lakes, AZ 85248** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. __4__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Gary A Martinson,**
           **Ronna L Martinson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alliance Lumber**<br>**6770 W. Northern Avenue**<br>**Glendale,, AZ 85303** | C | | Merchandise | | | | 98.17 |
| Account No. <br><br>**Alliant Insurance**<br>**P.O. Box 120670**<br>**San Diego,, CA 92112-0670** | C | | Insurance | | | | 750.00 |
| Account No. <br><br>**Alliant Insurance Services, Inc**<br>**2415 E. Camelback Road, Ste 420**<br>**Phoenix, AZ 85016** | C | | | | | | Unknown |
| Account No. <br><br>**Allied Waste Services #756**<br>**PO Box 78829**<br>**Phoenix,, AZ 85062-8829** | C | | Service | | | | 369.38 |
| Account No. **xxxxxxxxx7-396**<br><br>**Alltel**<br>**PO Box 79033**<br>**Phoenix, AZ** | C | | Service | | | | 85.35 |

Sheet no. __5___ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,302.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
        **Ronna L Martinson**                                         Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H/W/J/C | | | | | |
| Account No. <br><br>**Almquist & Gilbert, PC** <br>**10245 E. Via Linda #106** <br>**Scottsdale, AZ 85258-5316** | C | | | | | | Unknown |
| Account No. **x2003** <br><br>**Alsac/St Jude Donation** <br>**262 Danny Thomas Place** <br>**Memphis, TN 38105** | C | | Credit card purchases | | | | Unknown |
| Account No. <br><br>**Alta "Lynn" Smith** <br>**PO Box 1115** <br>**Overgaard, AZ 85933** | C | | | | | | Unknown |
| Account No. <br><br>**Alta Mesa Owners Association, Inc.** <br>**c/o Jomar Association Services** <br>**1514 W. Todd Drive #B-103** <br>**Tempe, AZ 85283** | C | | | | | | Unknown |
| Account No. <br><br>**Amanda Service** <br>**PO Box 1319** <br>**Lakeside, AZ 85929** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. __6__ of __211__ sheets attached to Schedule of                     Subtotal            **0.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **Amanda Young**<br>**621 E. Phoenix St.**<br>**Payson, AZ 85541** | C | | | | X | X | X | Unknown |
| Account No. | | | | 2009<br>**Lawsuit against Gary Martinson and Bison Homes Construction, LLC** | | | | |
| **American Builders & Contr. Supply Co.**<br>**c/o Timothy D. Ducar, Esq.**<br>**3003 N. Central #1500**<br>**Phoenix, AZ 85012** | H | | | | X | X | X | 29,000.00 |
| Account No. **xxxx-xxxxxx-x1004** | | | | Credit card purchases | | | | |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | C | | | | | | | Unknown |
| Account No. **xxxx-xxxxxx-x3002** | | | | Credit card purchases | | | | |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | C | | | | | | | Unknown |
| Account No. **xxxx-xxxxxx-x2003** | | | | Credit card purchases | | | | |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | C | | | | | | | Unknown |

Sheet no. __7___ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,000.00**

In re    **Gary A Martinson,**                              Case No. _____
         **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |
| Account No.<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 85268-6646** | C |  |  | **Credit Card Purchases** |  |  |  | 2,507.94 |
| Account No.<br><br>**Amin Elnefeidi**<br>**1921 S. Alma School Rd., Ste. 305**<br>**Mesa, AZ 85210** | X | H |  | **Bison Communities LLC**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X |  | 1,500,000.00 |
| Account No.<br><br>**Amin Elnefeidi**<br>**1921 S. Alma School Rd., Ste. 305**<br>**Mesa, AZ 85210** | X | H |  | **Bison Communities LLC**<br>**Retreat Villas at Bison Crossing**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X |  | 1,500,000.00 |
| Account No.<br><br>**Amin Elnefeidi**<br>**1921 S. Alma School Rd., Ste. 305**<br>**Mesa, AZ 85210** | C |  |  |  |  |  |  | Unknown |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |  | H |  | **2009**<br>**Lawsuit/judgment against Gary Martinson, The Golf Villas at Show Low, LLC, Bison Communities, LLC and Mirage Homes Communities, LLC**<br>**Lien on 5550 Paint Pony Trail, Show Low, AZ** |  |  |  | 3,636,955.00 |

Sheet no. \_\_**8**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)      **6,639,462.94**

In re    **Gary A Martinson,**
          **Ronna L Martinson**

                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | | H | **2009**<br>**Lawsuit/judgment against Gary Martinson, Bison Ridge, LLC, Bison Communities, LLC, and Mirage Homes Communities, LLC**<br>**Lien on 5550 Paint Pony Trail, Show Low, AZ** | | | | 378,886.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | | H | **2009**<br>**Lawsuit/judgment against Gary Martinson, Preserve at Bison Crossing, LLC, Bison Communities, LLC, and Mirage Homes Communities, LLC** | | | | 8,597,078.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | | H | **2009**<br>**Lawsuit/judgment against Gary Martinson, Tatanka Resort Suites, LLC, Bison Communities, LLC, and Mirage Homes Communities, LLC**<br>**Lien on 5550 Paint Pony Trail, Show Low, AZ** | | | | 1,229,054.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | | H | **2009**<br>**Lawsuit/judgment against Gary Martinson, Bison Crossing, LLC, Bison Communities, LLC, and Mirage Homes Communities, LLC**<br>**Lien on 5550 Paint Pony Trail, Show Low, AZ** | | | | 3,124,797.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | | H | **2009**<br>**Lawsuit/judgment against Gary Martinson, Bisontown, LLC, Bison Communities, LLC, and Mirage Homes Communities, LLC** | | | | 1,558,812.00 |

Sheet no. __9__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,888,627.00

In re    **Gary A Martinson,**
　　　　**Ronna L Martinson**                                           Case No. _____

_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AmTrust Bank<br>6900 E. Camelback Rd., #350<br>Scottsdale, AZ 85251 | X | H | 3/7/2007<br>**Land Loan at Bison Crossing foreclosed**<br><br>**Husband personal guaranty** | X | X | X | 1,200,000.00 |
| Account No. **xxxx-xxxxx1001**<br><br>AmTrust Bank<br>6900 E. Camelback Rd., #350<br>Scottsdale, AZ 85251 | X | H | **Bisontown LLC**<br>**(12 Rental Cabin)**<br>**Land Loan**<br>**Foreclosed** | X | X | | 1,488,616.00 |
| Account No.<br><br>AmTrust Bank<br>6900 E. Camelback Rd., #350<br>Scottsdale, AZ 85251 | X | H | 3/7/2007<br>**Construction loan for retreat and villas at Bison Crossing**<br><br>**Husband personal guaranty** | X | X | X | 13,000,000.00 |
| Account No.<br><br>AmTrust Bank<br>6900 E. Camelback Rd., #350<br>Scottsdale, AZ 85251 | X | H | **Bisontown, LLC**<br>**Construction Loan re Bison Ranchettes, Lot 198**<br>**Foreclosed**<br><br>**Husband personal guaranty** | X | X | | 214,779.00 |
| Account No.<br><br>AmTrust Bank<br>6900 E. Camelback Rd., #350<br>Scottsdale, AZ 85251 | X | H | 8/23/2007<br>**Personal Guaranty re Bison Draw at Bison Ridge - Land and Construction Loans** | X | X | | 2,358,000.00 |

Sheet no. __10__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　(Total of this page)　　18,261,395.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　Best Case Bankruptcy

In re   **Gary A Martinson,**
      **Ronna L Martinson**

                                                      ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |  | H | **8/23/2007**<br>**Loan to Bison Ridge** | X | X | X | 58,000.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | X | H | **Bison Ridge LLC**<br>**Unit Construction Loan**<br>**Bison Draw at Bison Ridge**<br><br>**Husband personal guaranty** | X | X |  | 2,000,000.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | X | H | **The Golf Villas at Show Low LLC**<br>**A&D Loan**<br><br>**Husband personal guaranty** | X | X |  | 2,700,000.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |  | H | **Tatanka Resort Suites LLC**<br>**Construction Loan**<br>**Foreclosed**<br><br>**Husband personal guaranty** | X | X |  | 400,000.00 |
| Account No.<br><br>**AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | X | H | **Reata Condominiums LLC**<br>**Eagles Pass**<br>**A&D Loan**<br><br>**Husband personal guaranty** | X | X |  | 4,905,210.00 |

Sheet no. __11__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     10,063,210.00

In re **Gary A Martinson,**
    **Ronna L Martinson**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AmTrust Bank** **6900 E. Camelback Rd., #350** **Scottsdale, AZ 85251** | X | H | **Reata Condominiums LLC** **Eagles Pass** **Land Loan** **Husband personal guaranty** | X | X | | **9,621,000.00** |
| Account No. **AmTrust Bank** **6900 E. Camelback Rd., #350** **Scottsdale, AZ 85251** | X | H | **Reata Condominiums LLC** **Eagles Pass** **Construction Loan** **Husband personal guaranty** | X | X | | **7,000,000.00** |
| Account No. **AmTrust Bank** **6900 E. Camelback Rd., #350** **Scottsdale, AZ 85251** | X | H | **Preserve at Bison Crossing LLC** **Bison Preserve** **A&D Loan** **Foreclosed** **Husband personal guaranty** | X | X | | **4,300,000.00** |
| Account No. **AmTrust Bank** **6900 E. Camelback Rd., #350** **Scottsdale, AZ 85251** | | H | **Reata Condominiums LLC** **Eagles Pass** **Construction Loan** **Husband personal guaranty** | X | X | | **3,201,464.00** |
| Account No. **AmTrust Bank** **1801 East 9th Street** **Cleveland,, OH 44114** | | C | | | | | **59,185.74** |

Sheet no. **12** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **24,181,649.74**

In re    **Gary A Martinson,**                Case No. _____
         **Ronna L Martinson**
                                                  ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **AmTrust Bank c/o Jim Sawitzke 6900 E. Camelback Rd., #350 Scottsdale, AZ 85251** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Andres Martinez 5089 W. Coyote Gulch Loop Marana, AZ 85653** | C | | | | Potential claim. | X | X | X | **Unknown** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Andrew & Bea Kugler PO Box 2244 Lakeside, AZ 85929** | C | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Potential Claim | | | | |
| **Andrew Dominquez 28401 N. 33rd Ave. Phoenix, AZ 85085** | C | | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | | |
| **Andy Romance 308 West Grace Lane Payson, AZ 85541** | C | | | | | | | | **Unknown** |

Sheet no. __13__ of __211__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        **0.00**

In re   **Gary A Martinson,**                              Case No. _____
        **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5284**<br><br>**APS**<br>**PO Box 2906**<br>**Phoenix, AZ 85062-2906** | C | | Service | | | | 416.22 |
| Account No.<br><br>**APS**<br>**PO Box 2906**<br>**Phoenix, AZ 85062-2906** | C | | Service | | | | 440.98 |
| Account No.<br><br>**Arizona Bank & Trust, Custodian FBO**<br>**Gary Nelson IRA #A54250**<br>**7032 N. Second Avenue**<br>**Phoenix, AZ 85021** | C | | Preserve at Bison Crossing, LLC Investors | | | | Unknown |
| Account No.<br><br>**Arizona Drive Guide**<br>**11428 E. Whitehorn Dr.**<br>**Scottsdale,, AZ 85262** | C | | Service | | | | 1,524.76 |
| Account No. **9571**<br><br>**Arizona Republic**<br>**200 E. Van Buren**<br>**Phoenix, AZ 85004** | C | | Credit card purchases | | | | Unknown |

Sheet no. __14__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal                         **2,381.96**
           (Total of this page)

In re     **Gary A Martinson,**
          **Ronna L Martinson**                              Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arizona Republic** <br> **200 E. Van Buren** <br> **Phoenix, AZ 85004** | C | | | | | | **Unknown** |
| Account No. <br><br> **Arizona Shingles, LLC** <br> **1891 N. 36th Dr** <br> **Show Low, AZ 85901** | C | Goods | | | | | **6,925.00** |
| Account No. <br><br> **Arizona Water Company** <br> **PO Box 29098** <br> **Phoenix,, AZ 85038-9098** | C | Service | | | | | **50.03** |
| Account No. <br><br> **Arizona Water Company** <br> **PO Box 29098** <br> **Phoenix,, AZ 85038-9098** | C | Service | | | | | **1,199.78** |
| Account No. <br><br> **Arthur Castellanos** <br> **40425 N. Michner Way** <br> **Phoenix, AZ 85086** | C | Potential Claim | | X | X | X | **Unknown** |

Sheet no. __**15**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal (Total of this page)       **8,174.81**

In re    **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Arthur Elliot** **1610 S Canyon Ridge Trail** **Show Low, AZ 85901** | C | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x2003** | | | | | Credit card purchases | | | | |
| **ASPCA** **424 E. 92nd Street** **New York, NY 10128** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Service | | | | |
| **AT & T** **P.O. Box 78225** **Phoenix, AZ 85062-8225** | C | | | | | | | | **50.68** |
| Account No. | | | | | Service | | | | |
| **AT & T** **P.O. Box 78225** **Phoenix, AZ 85062-8225** | C | | | | | | | | **48.81** |
| Account No. | | | | | Bison Crossing, LLC Investor | | | | |
| **Audley & Nadeen Hendricks** **8607 Leonard Drive** **Silver Spring, MD 20910** | C | | | | | | | | **Unknown** |

Sheet no. __16__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**99.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
       **Ronna L Martinson**           Case No. _____

                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Audley Hendricks IRA**<br>**8607 Leonard Drive**<br>**Silver Spring, MD 20910** | C | | **Bison Crossing, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Augustine Lau**<br>**11278 E. Del Golfo**<br>**Yuma, AZ 85367** | C | | **Potential Claim** | X | X | X | **Unknown** |
| Account No.<br><br>**Auto Owners Insurance**<br>**6101 Anacapri Blvd.**<br>**Lansing, MI 48917** | C | | | | | | **Unknown** |
| Account No.<br><br>**Auto Owners Insurance Company**<br>**PO Box 30315**<br>**Lansing, MI 48909-7815** | C | | **Insurance** | | | | **Unknown** |
| Account No.<br><br>**Avonti Manufacturing, Inc.**<br>**941 W. Deer Valley Road**<br>**Phoenix,, AZ 85027** | C | | **Goods** | | | | **5,458.00** |

Sheet no. __17__ of __211__ sheets attached to Schedule of          Subtotal         | **5,458.00** |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re    **Gary A Martinson,**
         **Ronna L Martinson**                                  ,              Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AZTEC Alarms Inc.** **P.O. Box 302** **Payson,, AZ 85547** | C | | Service | | | | 156.00 |
| Account No. **Baker Family Trust** **16955 E. Parlin Drive** **Fountain Hills, AZ 85268** | C | | Bison Cove, LLC Investor | | | | Unknown |
| Account No. **Baker Family Trust** **16955 E. Parlin Drive** **Fountain Hills, AZ 85268** | C | | | | | | Unknown |
| Account No. **Baker Family Trust** **c/o Kim Baker** **16955 E. Parlin Drive** **Fountain Hills, AZ 85268** | C | | Bison Cove, LLC Investor | | | | Unknown |
| Account No. **Baker's Office City** **601 E Old Linden Road** **Show Low,, AZ 85901** | C | | | | | | 72.02 |

Sheet no. __18__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
                                   (Total of this page)     **228.02**

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Banana Jons**<br>**1116 Pearce Lane**<br>**Show Low,, AZ 85901** | | C | **Goods** | | | | 420.00 |
| Account No. <br><br>**Banana-Jons Portable Toilets**<br>**1116 Pearce Lane**<br>**Show Low,, AZ 85901-3974** | | C | **Goods** | | | | 1,078.21 |
| Account No. <br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | | H | **Purchase money loan to Bison Homes Construction, LLC**<br>**2004Ford F150**<br><br>**Husband personal guaranty** | X | X | | 34,010.00 |
| Account No. xxxx-xxxx-xxxx-9571 <br><br>**Bank of America**<br>**PO Box 301200**<br>**Los Angeles, CA 90030-1200** | | C | **Credit card purchases** | | | | 19,655.38 |
| Account No. xxxx-xxxx-xxxx-0830 <br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1000** | | C | **Credit card purchases** | | | | Unknown |

Sheet no. __19__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,163.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **Gary A Martinson,**                                    Case No. _____
       **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Barbara Ham 941 N. 36th Dr. Show Low, AZ 85901 | C | | | X | X | X | Unknown |
| Account No. | | | Potential claim. | | | | |
| Barry Curseaden 19725 N. Rim Dr. Surprise, AZ 85374 | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Bart C. Williams P.O. Box 1434 Show Low, AZ 85901 | C | | | | | | Unknown |
| Account No. | | | Potential Claim | | | | |
| Bart Williams P.O. Box 1434 Show Low, AZ 85901 | C | | | X | X | X | Unknown |
| Account No. | | | Bison Communities LLC Purchase of BDL's interest in Bison Crossing LLC | | | | |
| BDL Foundation Attn: William S. Lund 6632 N. 66th Place Paradise Valley, AZ 85253 | X | H | Husband personal guaranty | X | X | | 587,521.00 |

Sheet no. \_\_**20**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal            **587,521.00**
                        (Total of this page)

In re   **Gary A Martinson,**
        **Ronna L Martinson**                              Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Bison Crossing, LLC Investor** | | | | |
| **BDL Foundation** **Attn: William S. Lund** **6632 N. 66th Place** **Paradise Valley, AZ 85253** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **BDL Foundation** **c/o William S. Lund** **6632 N. 66th Place** **Paradise Valley, AZ 85253** | C | | | | | | | **Unknown** |
| Account No. | | | | **Bison Crossing, LLC Investor** | | | | |
| **BDL Foundation** **Attn: William S. Lund** **6632 N. 66th Place** **Paradise Valley, AZ 85253** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential claim. | | | | |
| **Beverly Carpenter** **29415 N. 164th Pl.** **Scottsdale, AZ 85262** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Bill & Jane Lucey** **1600 W. Chandler Blvd. #180** **Chandler, AZ 85244** | C | | | | | | | **Unknown** |

Sheet no. __21__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal          **0.00**
                            (Total of this page)

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential liability arising from claimants golf membership. | | | | |
| **Bill & Tammy Brettell**<br>**5023 E. Justica St.**<br>**Cave Creek, AZ 85331** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bill Carnes**<br>**8023 N. Casas Place**<br>**Tucson, AZ 85742** | C | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bill Kujat**<br>**Suite 450 707 7th Ave S.W.**<br>**Calgary, Canada T2P3H6** | C | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bison Club, LLC**<br>**c/o Bison Homes**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Bison Ridge Two, LLC Investor | | | | |
| **Bison Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __22__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Gary A Martinson,**
   **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. <br><br>**Bison Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | **Bison Cove, LLC Investor** | | | | **Unknown** |
| Account No. <br><br>**Bison Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | **Bison Crossing, LLC Investor** | | | | **Unknown** |
| Account No. <br><br>**Bison Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | **The Golf Villas at Show Low, LLC Investors** | | | | **Unknown** |
| Account No. <br><br>**Bison Communities, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** | H | | **June 2009**<br>**Inter-company loan** | | | | **1,878,000.00** |
| Account No. <br><br>**Bison Communities, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** | X H | | **Reata Condominiums LLC**<br>**Eagles Pass**<br>**Working Capital**<br><br>**Husband personal guaranty** | X | X | | **500,000.00** |

Sheet no. __23__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,378,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Gary A Martinson,**
          **Ronna L Martinson**                                Case No. _____

                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bison Communities, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. # 110** **Scottsdale, AZ 85259** | C | | | | | | **2,360,844.25** |
| Account No. | | | | | | | |
| **Bison Cove Owners Association, Inc.** **c/o Justin Scott** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Bison Cove, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Bison Crossing Owners Association, Inc.** **c/o Justin Scott** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Bison Crossing, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | **Unknown** |

Sheet no. __24__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                            (Total of this page)         **2,360,844.25**

In re  **Gary A Martinson,**                                Case No. _____
      **Ronna L Martinson**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **x5511**<br><br>**Bison Golf & Country Club**<br>**One N. Preserve Drive**<br>**Show Low, AZ 85901** | C | | | **Dining room charges** | | | | 109.94 |
| Account No.<br><br>**Bison Golf & Country Club, LLC**<br>**c/o Bison Homes**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No.<br><br>**Bison Heights, LLC**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No.<br><br>**Bison Homes Construction, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** | H | | | **May 2009**<br>**Inter-company loan** | | | | 1,139,842.00 |
| Account No.<br><br>**Bison Homes Construction, LLC**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | 1,023,127.08 |

Sheet no. \_\_**25**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,163,079.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Gary A Martinson,**
       **Ronna L Martinson**                       Case No. _____

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | | | | | |
| **Bison Ranch Operating Company, LLC** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bison Ranch Owners Association, Inc.** <br> **c/o Justin Scott** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | | | **1,752.75** |
| **Account No.** | | | | | | | | | |
| **Bison Ranch Resort Suites, Inc.** <br> **c/o Bison Homes** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bison Realty, LLC** <br> **c/o Bison Homes** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bison Resort Cabins II Owners Associatio** <br> **c/o Justin Scott** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | | | **Unknown** |

Sheet no. __26__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal (Total of this page)        **1,752.75**

In re **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| **Bison Retreats, LLC c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bison Ridge Owners Association, Inc. c/o Justin Scott 3205 Lakeside Village Prescott,, AZ 86301** | C | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bison Ridge Two Owners Association, Inc. c/o Justin Scott 3205 Lakeside Village Prescott,, AZ 86301** | C | | | | | | | | **Unknown** |
| Account No. | | | | | 1/1/2008 Loans to Provident Properties, Inc. | | | | |
| **Bison Ridge, LLC 16927 E. Saguaro Blvd. Fountain Hills, AZ 85268** | H | | | | | X | X | X | **580,000.00** |
| Account No. | | | | | Tatanka Resort Suites LLC Carryback Loan Husband personal guaranty | | | | |
| **Bison Ridge, LLC 16927 E. Saguaro Blvd. Fountain Hills, AZ 85268** | X H | | | | | X | X | | **878,237.00** |

Sheet no. __27__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**1,458,237.00**

In re    **Gary A Martinson,**
          **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bison Ridge, LLC c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259** | | C | | | | | **Unknown** |
| Account No. <br><br>**BisonRanchResortSuites Owners Assoc. Inc c/o Justin Scott 3205 Lakeside Village Prescott,, AZ 86301** | | C | | | | | **1,586.53** |
| Account No. <br><br>**Bisontown 1 Owners Association, Inc. c/o Justin Scott 3205 Lakeside Village Prescott,, AZ 86301** | | C | | | | | **Unknown** |
| Account No. <br><br>**Bisontown, L.L.C. c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259** | | C | | | | | **Unknown** |
| Account No. <br><br>**Black Seven Development Inc. c/o William V. Stevenson PO Box 31238 (SMR) Grand Cayman, BWI** | X | H | Reata Condominiums LLC Rancho Reata A&D Loan <br><br>**Husband personal guaranty** | X | X | | **16,331,448.00** |

Sheet no. \_\_**28**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,333,034.53**

In re   **Gary A Martinson,**                       Case No. _____
         **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Black Seven Development, Inc. Attn: Tom Kautz 16605 E. Palisades Blvd. #136 Fountain Hills, AZ 85268** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Black Seven Development, Inc. c/o Bill Stevenson #17 Laguna del Mar, 441 West Bay Grand Cayman, Caymans KY1-1205** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Blase Trevor P.O. Box 8381 Apache Junction, AZ 85278** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Insurance | | | | |
| **Blue Cross Blue Shield of Arizona PO Box 81049 Phoenix,, AZ 85069-1049** | C | | | | | | | **9,250.70** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Bob & Nancy Dolan 1079 S. Parkcrest St. Gilbert, AZ 85296** | C | | | | X | X | X | **Unknown** |

Sheet no. __29__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal          | **9,250.70**
                         (Total of this page)

In re   **Gary A Martinson,**              Case No. _____
      **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bob Hudson**<br>**340 E. 10th Drive**<br>**Mesa, AZ 85210** | C | | | | | | | | **1,400.00** |
| Account No.<br><br>**Bobbie Bolinger**<br>**3591 W. Thornton**<br>**Show Low, AZ 85901** | C | | | | **Potential liability arising from claimants golf membership.** | X | X | X | **Unknown** |
| Account No.<br><br>**Brent & Judy Havens**<br>**4332 E. Cortez**<br>**Phoenix, AZ 85028** | C | | | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |
| Account No.<br><br>**Bret Thompson**<br>**6327 Juniper Ridge Rd.**<br>**Show Low, AZ 85901** | C | | | | **Potential Claim** | X | X | X | **Unknown** |
| Account No.<br><br>**Brett Eddy**<br>**19207 N. 34th Ave.**<br>**Phoenix, AZ 85027** | C | | | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | **Unknown** |

Sheet no. \_\_**30**\_\_ of \_**211**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,400.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re    **Gary A Martinson,**
       **Ronna L Martinson**                         Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Brian Giannini** <br>**25448 N. 40th Lane** <br>**Glendale, AZ 85310** | C | | **Potential claim.** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br>**Brian Oakes** <br>**P.O. Box 289** <br>**Skull Valley, AZ 86338** | C | | **Potential Claim** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br>**Brian Reed** <br>**2250 E. Indian Wells Dr.** <br>**Chandler, AZ 85249** | C | | **Potential liability arising from Claimants golf membership.** <br><br>**Potential claim.** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br>**Brian Schue** <br>**5237 E. Pershing Ave.** <br>**Scottsdale, AZ 85254** | C | | **Potential Claim** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br>**Bridge Stone Services** <br>**1056 Snowy Rock Ridge Drive** <br>**Show Low,, AZ 85901** | C | | | | | | <br><br>**23,062.11** |

Sheet no. __31__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal            | **23,062.11**
      (Total of this page)

In re **Gary A Martinson,**          Case No. _____
       **Ronna L Martinson**

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Brown & Brown**<br>**2800 N. Central Avenue, #1600**<br>**Phoenix, AZ 85004** | C | | | | | | | **Unknown** |
| Account No. <br><br>**Brown & Brown Insurance of Arizona**<br>**2800 N. Central Ave. #1600, Box 2800**<br>**Phoenix, AZ 85002-2800** | C | | | | | | | **Unknown** |
| Account No. <br><br>**Bruce & Kim Butler**<br>**PO Box 485**<br>**Show Low, AZ 85902** | C | | | | | | | **Unknown** |
| Account No. <br><br>**Bruce and Lesley Martinson**<br>**10528 E. Sunnyside**<br>**Scottsdale, AZ 85258** | C | | | | | | | **Unknown** |
| Account No. <br><br>**Bruce J. Etkin**<br>**c/o Mortgages Ltd.**<br>**4455 East Camelback Road**<br>**Phoenix, AZ 85018** | C | | | | | | | **Unknown** |

Sheet no. __32__ of __211__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)          **0.00**

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bruce Johnson** <br> **4880 S. 31st St.** <br> **Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Buddy Jobe** <br> **8185 E. Alameda Road** <br> **Scottsdale, AZ 85255** | C | | Horse Boarding | | | | Unknown |
| Account No. <br><br> **Budy and Renee Jobe** <br> **8185 E. Alameda Road** <br> **Scottsdale, AZ 85255** | C | | | | | | Unknown |
| Account No. <br><br> **Builders Custom Lighting, Inc.** <br> **7895 E. Acoma #102** <br> **Scottsdale,, AZ 85260** | C | | | | | | 32.00 |
| Account No. <br><br> **Burns Pest Elimination** <br> **2620 W. Grovers Avenue** <br> **Phoenix, AZ 85053** | C | | Extermination Service | | | | Unknown |

Sheet no. __33__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **32.00**

In re    **Gary A Martinson,**            Case No. _____
         **Ronna L Martinson**

_____ ,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Business Imagining Systems** <br>**P.O. Box 41601** <br>**Phila,, PA 19101-1601** | C | | Service | | | | **1,815.42** |
| Account No. **xxxxx-xxxxx7-01-4** <br><br>**Cable One** <br>**1314 E. Thornton Street** <br>**Show Low, AZ 85901** | C | | Service | | | | **Unknown** |
| Account No. **xxxxx-xxxxx7-01-6** <br><br>**Cable One** <br>**1314 E. Thornton Street** <br>**Show Low, AZ 85901** | C | | Service | | | | **Unknown** |
| Account No. <br><br>**Cable One** <br>**P.O. Box 78407** <br>**Phoenix,, AZ 85062-8407** | C | | Service | | | | **52.93** |
| Account No. <br><br>**Cali Downing** <br>**2161 W. Stratton Road** <br>**Show Low, AZ 85901** | C | | | | | | **Unknown** |

Sheet no. __**34**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,868.35**

In re   **Gary A Martinson,**                          Case No. _____
       **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cambric Real Estate Holdings, L.L.C.** <br>**c/o Bison Homes** <br>**10953 N. FLW Blvd. #110** <br>**Scottsdale, AZ 85259** | C | | | | | | 666,020.00 |
| Account No. <br><br>**Cambric Real Estate Holdings, LLC** <br>**16605 E. Palisades Blvd., Suite 144** <br>**Fountain Hills, AZ 85268** | | H | **November 2009** <br>**Inter-company loan** | | | | 665,950.00 |
| Account No. <br><br>**Cameron Crandell** <br>**1871 Rock Lane** <br>**Show Low, AZ 85901** | C | | | | | | 6,000.00 |
| Account No. <br><br>**Campfire Hospitality, LLC** <br>**c/o Dana Saar** <br>**2341 Quarter Horse Trail** <br>**Overgaard, AZ 85933** | C | | | | | | Unknown |
| Account No. <br><br>**Candi McLeod** | C | | | | | | Unknown |

Sheet no. \_\_**35**\_\_ of \_**211**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal <br>(Total of this page)        **1,337,970.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re **Gary A Martinson,**      Case No. _____
       **Ronna L Martinson**

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** Cardinal Landing Owners Association, Inc c/o Justin Scott 3205 Lakeside Village Prescott,, AZ 86301 | C | | | | | | | Unknown |
| **Account No.** Cardinal Landing, LLC c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259 | C | | | | | | | Unknown |
| **Account No.** Carissa Nickols PO Box 1561 Overgaard, AZ 85933 | C | | | | | | | Unknown |
| **Account No.** Carl Roberson 10999 E. Acoma Dr. Scottsdale, AZ 85255 | C | | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| **Account No.** Carl Roberson 1601 N. Stage Coach Circle Show Low, AZ 85901 | C | | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. **36** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal     **0.00**
(Total of this page)

In re  **Gary A Martinson,**
     **Ronna L Martinson**
Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carlson Electric and Water Works**<br>**1332 Flag Hollow Road**<br>**Lakeside,, AZ 85929** | C | | Service | | | | **4,622.50** |
| Account No.<br><br>**Carmen Stephens**<br>**8734 Devonshire Ave.**<br>**Scottsdale, AZ 85251** | C | | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |
| Account No.<br><br>**Carnes Properties**<br>**c/o Bill Carnes**<br>**8023 N. Casas Place**<br>**Tucson, AZ 85742** | C | | | | | | **Unknown** |
| Account No.<br><br>**Cat's Paw Trust Agreement dated June 15**<br>**1998 c/o Mark & Jet Moskowitz, Trustees**<br>**4455 East Camelback Road**<br>**Phoenix, AZ 85018** | C | | | | | | **Unknown** |
| Account No.<br><br>**Catalin Isfan and/or Assignee**<br>**19632 N. 34th Place**<br>**Phoenix, AZ 85050** | C | | Potential Claim | X | X | X | **Unknown** |

Sheet no. __37__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,622.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**                              Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. <br><br>**Century 21 - Kern Realty<br>c/o Phyllis Kern<br>17251 E. Shea Blvd.<br>Fountain Hills, AZ 85268** | C | | | | | | | | | **Unknown** |
| Account No. <br><br>**Century 21 Kern Realty<br>17031 E. El Lago Blvd.<br>Fountain Hills, AZ 85268** | C | Service | | | | | | | | **1,633.38** |
| Account No. <br><br>**Certified Folder Display Service, Inc.<br>Attn:  Rob Gutherie<br>Phoenix,, AZ 85040** | C | Service/Goods | | | | | | | | **5.54** |
| Account No. <br><br>**Chaparral City Water Company<br>12021 N. Panorama Drive<br>Fountain Hills, AZ 85268** | C | Service | | | | | | | | **Unknown** |
| Account No. <br><br>**Chaparral City Water Company<br>12021 N. Panorama Drive<br>Fountain Hills, AZ 85268** | C | Service | | | | | | | | **2,037.70** |

Sheet no. __**38**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal          **3,676.62**
                                        (Total of this page)

In re   **Gary A Martinson,**
       **Ronna L Martinson**                            Case No. _____

                                                 ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| **Chaparral City Water Company** **12021 N. Panorama Drive** **Fountain Hills, AZ 85268** | C | | | | | | **86.17** |
| Account No. | | | Potential Claim | | | | |
| **Charles & Femke Knudson** **5601 Rock Creek Rd. BX 182** **Wisdom, MT 59761** | C | | | X | X | X | **Unknown** |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Charles & Gail Hanson** **3381 W. Cooley** **Show Low, AZ 85901** | C | | | X | X | X | **Unknown** |
| Account No. | | | Potential claim. | | | | |
| **Charles Atkinson** **7961 Via Sierra** **Scottsdale, AZ 85258** | C | | | X | X | X | **Unknown** |
| Account No. | | | Bison Cove, LLC Investor | | | | |
| **Charles E. Wait, D.D.S., P.C., Profit Sh** **10629 N. 71st Place** **Scottsdale, AZ 85254** | C | | | | | | **Unknown** |

Sheet no. __39__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
            (Total of this page)         **86.17**

In re    **Gary A Martinson,**
       **Ronna L Martinson**                                      Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Charles L. & Susan Pillsbury** <br> **3101 W. Steinbeck Dr.** <br> **Phoenix, AZ 85086** | C | | Potential Claim | X | X | X | Unknown |
| Account No. <br><br> **Charles Larson** <br> **5535 East Via Montoya Drive** <br> **Phoenix, AZ 85054** | C | | Potential liability arising from Claimants golf membership. <br><br> Potential claim. | X | X | X | Unknown |
| Account No. <br><br> **Charles Michael, LTD Profit Sharing Plan** <br> **c/o Mike Snodgrass** <br> **17017 E. Jacklin Drive** <br> **Fountain Hills, AZ 85268** | C | | Bison Crossing, LLC Investor | | | | Unknown |
| Account No. <br><br> **Charles Michael, LTD Profit Sharing Plan** <br> **c/o Mike Snodgrass** <br> **17017 E. Jacklin Drive** <br> **Fountain Hills, AZ 85268** | C | | Tatanka Resort Suites, LLC Investors | | | | Unknown |
| Account No. <br><br> **Charles Yale** <br> **809 E. Phoenxi Street** <br> **Payson, AZ 85541** | C | | | | | | Unknown |

Sheet no. __40__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal          **0.00**
                                    (Total of this page)

In re    **Gary A Martinson,**                        Case No. _____
      **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2453** | | | **Credit card purchases** | | | | |
| **Chase Card Services** <br> **P. O. Box 94014** <br> **Palatine, IL 60094-4014** | | C | | | | | **4,546.65** |
| Account No. | | | | | | | |
| **Cheryl Crandell** <br> **PO Box 535** <br> **Heber, AZ 85928** | | C | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Cheryl's Interiors** <br> **Legal Entity c/o Tom Kautz** <br> **16605 E. Palisades Blvd. #136** <br> **Fountain Hills, AZ 85268** | | C | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Chlo Winters** <br> **10920 N. 75th Drive** <br> **Peoria, AZ 85345** | | C | | | | | **Unknown** |
| Account No. | | | | **Potential liability arising from claimants golf membership.** | | | |
| **Chris & Molly Anderson** <br> **26815 N. 46th Place** <br> **Cave Creek, AZ 85331** | X | C | | X | X | X | **Unknown** |

| | |
|---|---|
| Sheet no. \_\_**41**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     **4,546.65** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**                            Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chris Robertson** <br>**4226 E. Clarendon Ave.** <br>**Phoenix, AZ 85048** | C | | | | | | Unknown |
| Account No. <br><br>**Christopher Hunt** <br>**6100 N. Casa Blanca Dr.** <br>**Paradise Valley, AZ 85253** | C | | **Potential liability arising from Claimants golf membership.** <br><br>**Potential claim.** | X | X | X | Unknown |
| Account No. <br><br>**Christopher J. Olson** <br>**c/o Martgages Ltd.** <br>**4455 E. Camelback Rd.** <br>**Phoenix, AZ 85018** | C | | | | | | Unknown |
| Account No. <br><br>**City of Chandler** <br>**Mail Stop 701** <br>**P.O. Box 4008** <br>**Chandler, AZ 85244** | C | | | | | | Unknown |
| Account No. <br><br>**City of Mesa** <br>**Box 1466** <br>**Mesa, AZ 85211** | C | | | | | | Unknown |

Sheet no. __42__ of __211__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)     **0.00**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2405** | | | | **Water for Camino Vivaz** | | | | |
| **City of Scottsdale** **7447 E. Indian School Road** **Scottsdale, AZ 85252** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **City of Scottsdale** **3939 N. Drikwater Blvd.** **Scottsdale, AZ 85251** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **City of Scottsdale** **P. O. Box 1788** **Scottsdale, AZ 85252** | C | | | | | | | **4,553.86** |
| Account No. | | | | | | | | |
| **City of Scottsdale** **P. O. Box 1788** **Scottsdale, AZ 85252** | C | | | | | | | **713.69** |
| Account No. **xxx36.00** | | | | **Water for Golf Estates #36** | | | | |
| **City of Show Low** **180 N. 9th Street** **Show Low, AZ 85901** | C | | | | | | | **Unknown** |

Sheet no. \_\_**43**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,267.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
        **Ronna L Martinson**                                 Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx10.00**<br><br>**City of Show Low**<br>**180 N. 9th Street**<br>**Show Low, AZ 85901** | C | | **Water for Lodges #10** | | | | **80.95** |
| Account No.<br><br>**City of Show Low**<br>**180 N. 9th Street**<br>**Show Low, AZ 85901** | C | | **Service** | | | | **237.20** |
| Account No.<br><br>**City of Show Low**<br>**180 N. 9th Street**<br>**Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No.<br><br>**City of Show Low**<br>**180 N. 9th Street**<br>**Show Low, AZ 85901** | C | | **Service** | | | | **59.32** |
| Account No.<br><br>**City of Show Low**<br>**200 W. Cooley Road**<br>**Show Low,, AZ 85901** | C | | | | | | **Unknown** |

Sheet no. __**44**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                           (Total of this page)       **377.47**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re   **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Club Car. Inc** **75 Remittance Drive Suite 1811** **Chicago, IL 60675** | C | | | | | | | **Unknown** |
| Account No. | | | | Goods | | | | |
| **Commercial Newspaper Service Inc.-ID** **PO Box 1788** **Nampa, ID 83653-1788** | C | | | | | | | **199.95** |
| Account No. | | | | | | | | |
| **Compass Bank** **11475 E. Via Linda** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. **9571** | | | | Credit card purchases | | | | |
| **Compassion International** **12290 Voyager Pkwy** **Colorado Springs, CO 80997** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Connie Kwok** **8466 Willow Mist Dr.** **Las Vegas, NV 89147** | C | | | | X | X | X | **Unknown** |

Sheet no. **45** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**199.95**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**                 Case No. _____
       **Ronna L Martinson**

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential claim. | | | | |
| **Conrad Affholter** **37480 N. Boulder View Dr.** **Scottsdale, AZ 85262** | | C | | X | X | X | **Unknown** |
| Account No. | | | Service/Goods | | | | |
| **Continuous Raingutter Systems** **PO Box 719** **Vernon, AZ 85940** | | C | | | | | **3,657.00** |
| Account No. | | | | | | | |
| **Cool Mountain Vacations** **2051 N. Bison Ridge Trail** **Show Low, AZ 85901** | | C | | | | | **Unknown** |
| Account No. | | | 8/27/2007 Loan to Bison Ridge II | | | | |
| **Coppercrest Funding** **2222 W. Pinnacle Peak Rd., Suite 360** **Phoenix, AZ 85027** | | H | | X | X | X | **3,000,000.00** |
| Account No. | | | Bison Ridge Two, LLC  Husband personal guaranty | | | | |
| **Coppercrest Funding** **2222 W. Pinnacle Peak Rd., Suite 360** **Phoenix, AZ 85027** | X | H | | X | X | | **3,000,000.00** |

Sheet no. __46__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal (Total of this page)      **6,003,657.00**

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Coppercrest Funding**<br>**2222 W. Pinnacle Peak Rd., Suite 360**<br>**Phoenix, AZ 85027** | X | H | **Bison Ridge Two, LLC**<br>**MWH Phase I Bison Trails LLC**<br>**A&D Loan**<br><br>**Husband personal guaranty** | X | X | | **3,000,000.00** |
| Account No.<br><br>**Coppercrest Funding, LLC**<br>**2222 W. Pinnacle Peak Rd. #360**<br>**Phoenix, AZ 85027** | | C | | | | | **Unknown** |
| Account No.<br><br>**Corder Community Services, Inc.**<br>**1321 E. Lumbermens Loop**<br>**Show low, AZ 85901** | | C | **Service** | | | | **3,076.41** |
| Account No.<br><br>**Cornelius McCormick**<br>**1542 N.W. Baltimore Ave.**<br>**Bend, OR 97701** | | C | **Potential Claim** | X | X | X | **Unknown** |
| Account No.<br><br>**Courtney Hunt**<br>**PO Box 12496**<br>**Tempe, AZ 85284** | | C | | | | | **Unknown** |

Sheet no. __47__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,003,076.41**

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Courtney R. Loscavio** 7500 E. Deer Valley #131 Scottsdale, AZ 85255 | C | | | | | | Unknown |
| Account No. **2453** **Cox Communications** PO BOX 78071 Phoenix, AZ 85062-8071 | C | | Credit card purchases | | | | Unknown |
| Account No. **Cox Communications** PO BOX 78071 Phoenix, AZ 85062-8071 | C | | Service | | | | 874.82 |
| Account No. **Cox Communications** PO BOX 78071 Phoenix, AZ 85062-8071 | C | | Service | | | | 162.36 |
| Account No. **Cox Communications** P.O. Box 78071 Phoenix,, AZ 85062-8071 | C | | Credit card purchases | | | | Unknown |

Sheet no. __48__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,037.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Potential Claim | | | | |
| **Cris & Elizabeth J. Kern** **1854 E. Scorpio Place** **Chandler, AZ 85249** | C | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Curves** **100 Ritchie Road** **Waco, TX 76712** | C | | | | | | **Unknown** |
| Account No. | | | Membership Dues | | | | |
| **Curves** **100 Ritchie Road** **Waco, TX 76712** | C | | | | | | **Unknown** |
| Account No. | | | Goods | | | | |
| **D D Furniture** **161 E. Deuce of Clubs** **Show Low,, AZ 85901** | C | | | | | | **2,819.72** |
| Account No. | | | | | | | |
| **Dale Zingg Estate** **c/o Debbie Sable** **7562 Evergreen Ridge Drive** **Harbor Springs, MI 49740** | C | | | | | | **Unknown** |

Sheet no. __49__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,819.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                       **Debtors**
Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Dale Zingg Estate** **c/o Scott Nelson** **60 E. Rio Salado Pkwy Ste. 900** **Tempe, AZ 85281** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Dan Brown** **33 S. Popular Way** **Chandler, AZ 85226** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Dana Saar** **14625 N. Briarwood** **Fountain Hills, AZ 85268** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Daniel & Teresa Macleod** **1061 Fairway Dr.** **Show Low, AZ 85901** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Daniel Pierson** **6332 E. Earll Drive** **Scottsdale, AZ 85251** | C | | | | X | X | X | **Unknown** |

Sheet no. __50__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Gary A Martinson,**
       **Ronna L Martinson**                               Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Danny White** **902 E. San Angelo** **Gilbert, AZ 85234** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **David & Eileen Gonzalez** **1822 W. Maple Circle** **Mesa, AZ 85205** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **David & Penny Kinney** **941 N. Needles Creek Dr.** **Show Low, AZ 85901** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **David & Rosetta Sheer** **1260 N. Bison Golf Court** **Show Low, AZ 85901** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential claim. | | | | |
| **David Buckley** **4529 E. Rosemonte Dr.** **Phoenix, AZ 85050** | C | | | | X | X | X | **Unknown** |

Sheet no. \_\_**51**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims            Subtotal (Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**                                          Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **David G. Roberts & Assoc., Inc.** **4936 E. Justica** **Cave Creek, AZ 85331** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential claim. | | | | |
| **David Gonzalez** **1822 W. Maple Circle** **Mesa, AZ 85205** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **David Roberts** **4936 E. Justica** **Cave Creek, AZ 85331** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **David Sheer** **909 e. Cherrywood Place** **Chandler, AZ 85249** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **David Van Vlack** **4202 N. 57th Place** **Phoenix, AZ 85018** | C | | | | X | X | X | **Unknown** |

Sheet no. __52__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
                                    (Total of this page)       **0.00**

In re **Gary A Martinson,**
    **Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential Claim | | | | |
| Dawn Marie Olson Boring 713 Feather Brook Court Allen, TX 75002 | C | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| DBFG Investments Limited Partnership c/o Mortgages Ltd. 4455 East Camelback Road Phoenix, AZ 85018 | C | | | | | | | Unknown |
| Account No. | | | | Lawsuit against Mirage Homes Communities, LLC | | | | |
| De Lage Landen Financial Services P.O. Box 41601 Philadelphia, PA 19101 | - | | | | X | X | X | 69,000.00 |
| Account No. | | | | | | | | |
| De Lage Landen Financial Services P.O. Box 41601 Philadelphia, PA 19101 | C | | | | | | | 2,505.85 |
| Account No. | | | | | | | | |
| De Lage Landen Financial Services REF No. 24596560 Phila,, PA 19101-1601 | C | | | | | | | 3,743.66 |

Sheet no. __53__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    75,249.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                             Case No. _____
        **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Deb McLean** **5515 E. Evergreen Street** **Mesa, AZ 85205** | C | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Deborah Snodgrass** **17017 E. Jacklin** **Fountain Hills, AZ 85268** | C | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Deep South** **6363 N. state Highway 161, Suite 100** **Irving, TX 75038** | C | | | | | | | | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| **Delbert Snider** **15952 W. Palm Lane** **Surprise, AZ 85374** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Denis Smith** **PO Box 1115** **Overgaard, AZ 85933** | C | | | | | | | | Unknown |

Sheet no. \_\_**54**\_\_ of \_**211**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal                 **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Dennis & Carlene 691 N. 34th Dr. Show Low, AZ 85901 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Dennis Moran 11322 S. Ave. 12E Space 6 Yuma, AZ 85367 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | Potential indemnity claim for bond recovery | | | | |
| Department of Real Estate 2910 N. 44th Street Phoenix, AZ 85018 | H | | | | | | | Unknown |
| Account No. | | | | Potential Claim | | | | |
| Derek Sinani 6737 E. Duane Lane Scottsdale, AZ 85266 | C | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Desert Bay Builders, LLC c/o Bruce Martinson 10135 E. Via Linda Ste. #D124 Scottsdale, AZ 85258 | C | | | | | | | Unknown |

Sheet no. __55__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Gary A Martinson,**                       Case No. _____

          **Ronna L Martinson**

_____,

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| Desert Digital Imaging Inc. 10105 E. Via Linda, Suite 103 Scottsdale,, AZ 85258-5326 | C | | | | | | 127.28 |
| Account No. xxxx-xxxxxx-x2003 | | | Credit card purchases | | | | |
| Desert Mini Storage 26520 Alma School Road Scottsdale, AZ 85255 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| Desert Vista Condominiums, LLC c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259 | C | | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. Potential claim. | X | X | X | |
| Desi & Deidra Smith 5117 W. Potter Dr. Glendale, AZ 85308 | C | | | | | | Unknown |
| Account No. | | | Potential indemnity claim for bond recovery | | | | |
| Developers Surety & Indemnity 17780 Fitch, Suite 200 Irvine, CA 92614-6060 | H | | | X | X | | Unknown |

Sheet no. __56__ of __211__ sheets attached to Schedule of                 Subtotal        127.28
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re   **Gary A Martinson,**                Case No. _____
       **Ronna L Martinson**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Development Specialists, LLC** | C | | | | | | **Unknown** |
| Account No. <br><br>**Devin C. Day** <br>**1120 North Bison Golf Court** <br>**Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No. <br><br>**DEX West** <br>**P. O. Box 79167** <br>**Phoenix, AZ 85062-9167** | C | | | | | | **243.40** |
| Account No. <br><br>**Dianna Brader** <br>**29118 N. 69th Pl.** <br>**Scottsdale, AZ 85262** | C | | Potential claim. | X | X | X | **Unknown** |
| Account No. <br><br>**Dianne Hilligoss** <br>**1250 Hall Rd., #605** <br>**North Fort Myers, FL 33903** | X | H | **Bison Homes Construction LLC** <br><br>**Husband personal guaranty** | X | X | | **100,000.00** |

Sheet no. __57__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal          | **100,243.40**
                            (Total of this page)

In re    **Gary A Martinson,**
       **Ronna L Martinson**                                      Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dianne Hilligoss** <br>**6908 East Stagecoach Pass** <br>**Carefree, AZ 85377** | C | | | | | | **Unknown** |
| Account No. <br><br>**Digital Rez Corporation** <br>**Box 154 Emu Park** <br>**Queensisland, Australia 04710-0000** | C | | | | | | **Unknown** |
| Account No. **xxxx5896** <br><br>**Direct TV** <br>**PO Box 78626** <br>**Phoenix, AZ 85062-8626** | C | | Cable Service | | | | **443.32** |
| Account No. **xxxx-xxxxxx-x2003** <br><br>**Direct TV** <br>**PO BOX 78626** <br>**Phoenix, AZ 85062-8626** | C | | Credit card purchases | | | | **Unknown** |
| Account No. <br><br>**Direct TV** <br>**P.O. Box 60036** <br>**Los Angeles, CA 90060** | C | | | | | | **114.17** |

Sheet no. __**58**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal          |     **557.49**
                                       (Total of this page)

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card Purchases | | | | |
| **Direct TV** **PO Box 78626** **Phoenix, AZ 85062-8626** | | C | | | | | **Unknown** |
| Account No. | | | Cable Service | | | | |
| **Dish Network** **Dept 0063** **Palatine,, IL 60055-0001** | | C | | | | | **6,061.50** |
| Account No. | | | | | | | |
| **Dominion Consulting, Inc.** **4222 E. Thomas Rd.** **Phoenix, AZ 85018** | | C | | | | | **3,578.42** |
| Account No. | | | | | | | |
| **Dominion Consulting, Inc.** **4222 E. Thomas Rd.** **Phoenix, AZ 85018** | | C | | | | | **4,084.09** |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Don & Iris Terry** **3730 W. Old Linden Rd.** **Show Low, AZ 85901** | | C | | X | X | X | **Unknown** |

Sheet no. __59__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **13,724.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
       **Ronna L Martinson**        Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Don & Jane Staley 6797 Cheney Ranch Loop Show Low, AZ 85901 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential Claim | | | | |
| Don Doten 1927 S. 7th Ave. Yuma, AZ 85366 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | The Golf Villas at Show Low, LLC Investors | | | | |
| Don Liem Enterprises Defined Benefit Pension Plan 12623 S. 71st Street Tempe, AZ 85284 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Don Powell Carmichael & Powell 7301 N. 16th Street # 103 Phoenix, AZ 85020 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Donald & Janis Rauh 3460 W. Cooley Show Low, AZ 85901 | C | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __60__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     

In re  **Gary A Martinson,**
      **Ronna L Martinson**
                                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bison Club, LLC Investor | | | | |
| Donald & Merrey Lynn Luke 16224 N. 112th Way Scottsdale, AZ 85255 | | C | | | | | Unknown |
| Account No. | | | Potential claim. | | | | |
| Donald Grizel 12945 N. Woodburne Ave. Oro Valley, AZ 85755 | | C | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Donny Buckles PO Box 1577 Lakeside, AZ 85929 | | C | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Doris Murphy 3401 Country Club Dr. Show Low, AZ 85901 | | C | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Doug Reed Insurance Services 8711 E. Pinnacle Peak Rd. #F-110 Scottsdale, AZ 85255 | | C | | | | | Unknown |

Sheet no. __61__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **Gary A Martinson,**     Case No. _____
      **Ronna L Martinson**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential Claim | | | | |
| Douglas & Kendra Pillsbury 41103 N. Prosperity Way Phoenix, AZ 85086 | C | | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| Douglas Adamson 26445 S. Newton Drive Chandler, AZ 85248 | C | | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| Douglas Tabish 7626 E. San Fernando Drive Scottsdale, AZ 85255 | C | | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| Douglas Wendt 12519 E. Paradise Dr. Scottsdale, AZ 85259 | C | | | X | X | X | Unknown |
| Account No. | | | Services | | | | |
| DR Buck Productions P.O. Box 7123 Goodyear,, AZ 85338 | C | | | | | | 2,700.00 |

Sheet no. __62__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,700.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Gary A Martinson,**                                   Case No. _____
        **Ronna L Martinson**

_____,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dr. Howard and Mrs. Sally Lonn** **197020 Wessex Drive** **Surprise, AZ 85387** | | C | | | | | 1,290,000.00 |
| Account No. | | | | | | | |
| **Dr. Michael Flaming** **2601 SE Bella Vista Loop** **Vancouver, WA 98063-7671** | | C | | | | | 200,000.00 |
| Account No. | | | Working capital | | | | |
| **Dr. Robert and Kathy Johnson** **c/o J. Robert Eckley** **3602 E. Campbell Avenue** **Phoenix, AZ 85018** | | H | | X | X | X | 380,000.00 |
| Account No. | | | Potential liability arising from claimants golf membership. | | | | |
| **Dwayne Atwell** **PO Box 2230** **Show Low, AZ 85902** | X | C | Potential claim. | X | X | X | Unknown |
| Account No. | | | Services | | | | |
| **E & E Services, Inc.** **PO Box 2246** **Lakeside,, AZ 85929** | | C | | | | | 142.29 |

Sheet no. __63__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal         1,870,142.29
                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.**<br><br>**E+C2 Holdings, LLC**<br>**c/o Scott Nelson, Manager**<br>**60 E. Rio  Salado Pkwy Ste. 900**<br>**Tempe, AZ 85281** | C | | | | | | | **Unknown** |
| **Account No. xxxx-xxxxxx-x2003**<br><br>**E-Diets**<br>**1000 Corporate Drive #600**<br>**Ft. Lauderdale, FL 33334** | C | | | Credit card purchases | | | | **Unknown** |
| **Account No.**<br><br>**E-Diets**<br>**1000 Corporate Drive #600**<br>**Ft. Lauderdale, FL 33334** | C | | | | | | | **Unknown** |
| **Account No.**<br><br>**Eagles Landing Owners Association, Inc.**<br>**c/o Metro Property Services**<br>**150 E. Alamo Drive #3**<br>**Chandler, AZ 85225** | C | | | | | | | **Unknown** |
| **Account No.**<br><br>**Eagles Pass Owners Association, Inc.**<br>**150 E. Alamo Drive #3**<br>**Chandler, AZ 85225** | C | | | | | | | **Unknown** |

Sheet no. __**64**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Gary A Martinson,**                   Case No. _____
       **Ronna L Martinson**
_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ed & Donna Moore** <br> **1740 S. Ridge Crest Dr.** <br> **Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | <br><br><br> Unknown |
| Account No. <br><br> **Ed & Shirley Seeley** <br> **18321 N. Key Estrella Dr.** <br> **Surprise, AZ 85374** | C | | Potential liability arising from Claimants golf membership. | X | X | X | <br><br><br> Unknown |
| Account No. <br><br> **Ed Whal** <br> **10942 E. Chestnut Dr.** <br> **Sun Lakes, AZ 85248** | C | | Potential liability arising from Claimants golf membership. | X | X | X | <br><br><br> Unknown |
| Account No. <br><br> **Eddie Powell** <br> **1429 W. Morrow Dr.** <br> **Phoenix, AZ 85027** | C | | | | | | <br><br><br> Unknown |
| Account No. <br><br> **Edwin Wait** <br> **1310 W. Fir Street** <br> **Rogers, AR 72758** | C | | | | | | <br><br><br> Unknown |

Sheet no. __65__ of __211__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)       **0.00**

In re **Gary A Martinson,**           Case No. _____
        **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Edwin Wait**<br>**1310 W. Fir Street**<br>**Rogers, AR 72758** | C | | **Bison Cove, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Elbert Bridgman**<br>**1640 N. Fairway Dr.**<br>**Show Low, AZ 85901** | C | | **Potential liability arising from claimants golf membership.** | X | X | X | **Unknown** |
| Account No.<br><br>**Elliott Rovinsky**<br>**5841 E. Hummingbird**<br>**Paradise Valley, AZ 85253** | C | | | | | | **Unknown** |
| Account No.<br><br>**Elliott Rovinsky**<br>**5841 E. Hummingbird**<br>**Paradise Valley, AZ 85253** | C | | | | | | **Unknown** |
| Account No.<br><br>**Emily E.and Erik Nelson Stall**<br>**10296 E. Hillery Dr.**<br>**Paradise Valley, AZ 85253** | C | | **Bison Cove, LLC Investor** | | | | **Unknown** |

Sheet no. __66__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Emily E.and Erik Nelson Stall<br>10296 E. Hillery Dr.<br>Scottsdale, AZ 85255** | C | | | **Bison Cove, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Emily Tozer<br>4782 S. Kings Ranch Rd.<br>Gold Canyon, AZ 85218** | C | | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |
| Account No.<br><br>**Empire Southwest<br>P.O. Box 29879<br>Phoenix, AZ 85038** | H | | | **2009<br>Lawsuit/judgment against Gary Martinson, Preserve at Bison Crossing, LLC, Bison Crossing, LLC, and Bison Homes Construction, LLC** | | | | **32,000.00** |
| Account No.<br><br>**Empire Southwest<br>P.O. Box 29879<br>Phoenix, AZ 85038** | C | | | | | | | **26,871.75** |
| Account No.<br><br>**Evelyn Korbel<br>337 E. Vaughn Ave.<br>Gilbert, AZ 85234** | C | | | **Potential Claim** | X | X | X | **Unknown** |

Sheet no. __67__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,871.75**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Expedia** **333 108th Avenue NE** **Bellevue, WA 98004** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Farmer Bros. Co.** **File 55172** **Los Angeles, CA 90074-5172** | C | | | | | | **167.78** |
| Account No. | | | | | | | |
| **Farmer Brothers Company** **File 55172** **Los Angeles,, CA 90074-5172** | C | | | | | | **58.90** |
| Account No. | | | Potential Claim | | | | |
| **Fay Harris** **11875 Pigeon Pass Rd.** **Ste D-1, #526** **Moreno Valley, CA 92557** | C | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **FDIC** **1776 F Street, NW** **Washington, DC 20006** | C | | | | | | **Unknown** |

Sheet no. __68__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **226.68**

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE.** | | | | |
| Account No. | | | **Goods** | | | | |
| **Ferguson Door & Operator, Inc.**<br>**1852 W. Commerce Dr.**<br>**Lakeside,, AZ 85929** | C | | | | | | **850.00** |
| Account No. | | | **Goods** | | | | |
| **Ferguson Prehung Doors, INC**<br>**P.O. Box 156**<br>**Show Low, AZ 85902-0156** | C | | | | | | **3,700.00** |
| Account No. | | | | | | | |
| **First American Title**<br>**4801 E. Washington**<br>**Phoenix, AZ 85034** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **First American Title**<br>**1 First American Way**<br>**Santa Ana, CA 92707** | C | | | | | | **Unknown** |
| Account No. | | | **2009**<br>**Lawsuit/judgment against Gary Martinson, Bison Cove, LLC, and Bison Communities, LLC** | | | | |
| **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | | H | | | | | **900,000.00** |

Sheet no. __69__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**904,550.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                              Case No. _____
        **Ronna L Martinson**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7511**<br><br>**First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | X | H | **Matt Williams Homes LLC**<br>**Working Capital**<br><br>**Husband personal guaranty** | X | X | | 224,413.00 |
| Account No. **xxxxx2343**<br><br>**First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | X | H | 9/17/2007<br>**Bison Club LLC**<br>**Eagles Landing**<br>**Construction Loan**<br>**Foreclosed**<br><br>**Husband personal guaranty** | X | X | | 290,000.00 |
| Account No. **xxxxx9181**<br><br>**First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | X | H | 9/24/2008<br>**Personal Guaranty re Bison Cove**<br>**Condominium Project in Payson**<br>**Foreclosed**<br><br>**Husband personal guaranty** | X | X | X | 800,000.00 |
| Account No. **xxxxx2632**<br><br>**First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | X | H | 9/24/2007<br>**Personal guaranty re golf course master plan**<br>**in Show Low**<br>**Bison Crossing LLC**<br>**Community Center**<br>**Construction Loan**<br><br>**Husband personal guaranty** | X | X | X | 6,748,745.00 |
| Account No.<br><br>**First Community Bank**<br>**Loan Admin Service Center**<br>**Albuquerque,, NM 87190** | C | | | | | | 1,392.95 |

Sheet no. __**70**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
      (Total of this page)      **8,064,550.95**

In re   **Gary A Martinson,**                      Case No. _____
          **Ronna L Martinson**

                                                     ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Community Bank** <br>**Loan Admin Service Center** <br>**Albuquerque,, NM 87190** | | C | | | | | 1,392.95 |
| Account No. <br><br>**First Community Bank** <br>**c/o David Evers** <br>**2710 E Camelback Rd Ste. 100** <br>**Phoenix, AZ 85018** | | C | | | | | Unknown |
| Account No. <br><br>**First Horizon Construction Lending** <br>**2375 E. Camelback Rd., #380** <br>**Phoenix, AZ 85016** | | C | | | | | 2,875.41 |
| Account No. <br><br>**First Horizon Home Loan Corp.** <br>**2375 E. Camelback Rd., Ste. 60** <br>**Phoenix, AZ 85016** | X | H | **Matt Williams Homes, LLC** <br>**Torre Lakes** <br>**A&D Loan** <br><br>**Husband personal guaranty** | X | X | | 237,267.00 |
| Account No. <br><br>**Fitness Plus Magazine** <br>**4474 East 5th Street** <br>**Tucson,, AZ 85711** | | C | | | | | 212.60 |

Sheet no. \_\_**71**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **241,747.96**

In re   **Gary A Martinson,**
      **Ronna L Martinson**                                    Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential Claim | | | | |
| **Fiyodor Mikhael-fard 5043 Amestoy Ave. Encino, CA 91316** | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Floyd & Jean Schave 1039 N. Forest Mesa, AZ 85203** | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Foster Klima & Co LLC c/o Joh Nielson 920 Second Ave. South Minnepolis, MN 55402** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Four Paws Properties, L.L.C. Defined Benefit Plan Laura Martini & Lorinda S. Mullen, Trustees** | C | | | | | | Unknown |
| Account No. | | | Goods/Services | | | | |
| **Foxworth-Galbraith Lbr Co 5208 Highway 260 Lakeside,, AZ 85929** | C | | | | | | 168,551.44 |

Sheet no. __72__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)     **168,551.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re   **Gary A Martinson,**                                 Case No. _____
          **Ronna L Martinson**

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Foxworth-Galbraith Lumber Company** <br> **5208 Highway 260** <br> **Lakeside, AZ 85929** | | H | **2009** <br> **Lawsuit against Gary Martinson, Bison Homes Construction, LLC, Bison Crossing, LLC, and Bison Crossing Owners Association, Inc.** | X | X | X | 84,000.00 |
| Account No. <br><br> **Frank & Michelle Coen** <br> **3578 E. Vaughn Ct.** <br> **Gilbert, AZ 85234** | | C | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Frank A. & Alice R. Pecoraro** <br> **16650 Highland Valley Road** <br> **Ramona, CA 92065** | | C | **Potential Claim** | X | X | X | Unknown |
| Account No. <br><br> **Frank Marasco** <br> **6 Arbour Vista Road NW** <br> **Calgary, Canada** | | C | | | | | Unknown |
| Account No. <br><br> **Frank Marquis** <br> **7214 E. Baseline Rd.** <br> **Mesa, AZ 85209** | | C | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. \_\_**73**\_\_ of \_**211**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal         |    **84,000.00**
                                      (Total of this page)

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frank Mendez** <br> **PO Box 2662** <br> **Show Low, AZ 85902** | C | | | | | | 0.00 |
| Account No. <br><br> **Frank Rennhak** <br> **10850 E. Keats Ave.** <br> **Mesa, AZ 85212** | C | | Potential Claim | X | X | X | Unknown |
| Account No. <br><br> **Fred & Cherri Delgado** <br> **1041 Pine Oaks Dr.** <br> **Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Fred & Cindy Haubold** <br> **4131 W. Hawthorn Rd.** <br> **Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Fred Kent** <br> **2921 W. Billy Mayfair Loop** <br> **Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. __74__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fred Kent** <br> **10105 E. Elmwood Dr.** <br> **Chandler, AZ 85248** | C | | Potential liability arising from Claimants golf membership. <br><br> Potential claim. | X | X | X | <br><br> Unknown |
| Account No. <br><br> **Fred Mikhael-fard** <br> **5200 White Oak Ave** <br> **Unit 36** <br> **Encino, CA 91316** | C | | Potential Claim | X | X | X | <br><br> Unknown |
| Account No. <br><br> **Frederick R. Wright** <br> **3479 W. Dancer Lane** <br> **Queen Creek, AZ 85242** | C | | Potential Claim | X | X | X | <br><br> Unknown |
| Account No. <br><br> **Frontier** <br> **PO Box 20550** <br> **Rochester,, NY 14602-0550** | C | | | | | | <br><br> 155.50 |
| Account No. <br><br> **Frontier** <br> **P. O. Box 20550** <br> **Rochester, NY 14602-0550** | C | | | | | | <br><br> 0.00 |

Sheet no. __75__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155.50

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Frontier**<br>**P. O. Box 20550**<br>**Rochester, NY 14602-0550** | C | | | | | | | |
| | | | | | | | | 8,673.30 |
| Account No. | | | | | | | | |
| **Gamart Partners, LLC**<br>**c/o Bison Homes**<br>**10953 N. FLW Blvd, #110**<br>**Scottsdale, AZ 85259** | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Gary & Leann Knox**<br>**12142 S. Tomi Dr.**<br>**Phoenix, AZ 85029** | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Gary Bryan**<br>**1001 N. Central Ave**<br>**#D8**<br>**Show Low, AZ 85901** | C | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Gary H. Keck**<br>**5721 E. Horseshoe Rd**<br>**Paradise Valley, AZ 85253** | C | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __76__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,673.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**  **Ronna L Martinson**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| Gary Kunemund 9737 E. Plana Avenue Mesa, AZ 85212 | C | | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| Gary Schaner 10792 E. Caribbean Lane Scottsdale, AZ 85255 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| Gary Smith 37130 N. 15th Ave. Phoenix, AZ 85086 | C | | | | Potential claim. | X | X | X | Unknown |
| Account No. xxxxxxx4862 | | | | | | | | | |
| GE Capital PO Box 3083 Cedar Rapids, IA 52406-3083 | C | | | | | | | | 706.44 |
| Account No. | | | | | | | | | |
| Gemini Insurance Company 200 West Madison Street, Suite 2700 Chicago, IL 60606 | C | | | | | | | | Unknown |

Sheet no. __77__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   706.44

In re   **Gary A Martinson,**
      **Ronna L Martinson**                                Case No. _____

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **George Glenday** <br>**281 N. Retreat Dr.** <br>**Show Low, AZ 85901** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br> **George Glenday** <br>**24686 N. 120th Pl.** <br>**Scottsdale, AZ 85255** | C | | **Potential claim.** | X | X | X | <br><br>**Unknown** |
| Account No. <br><br> **Gila County** <br>**1400 East Ash Street** <br>**Globe, AZ 85501** | C | | | | | | <br><br>**Unknown** |
| Account No. <br><br> **Gilbery Solis** <br>**40 E. Center Street** <br>**Snowflake, AZ 85937** | C | | | | | | <br><br>**Unknown** |
| Account No. <br><br> **Giles Goral** <br>**29916 N. Baker Court** <br>**Scottsdale, AZ 85262** | C | | **Potential liability arising from Claimants golf membership.** <br><br>**Potential claim.** | X | X | X | <br><br>**Unknown** |

Sheet no. \_\_**78**\_\_ of \_**211**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal                 **0.00**
                                   (Total of this page)

In re **Gary A Martinson,**
  **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Glass & More Cleaning Svc.** **13639 N. 41st Place** **Phoenix,, AZ 85032** | C | | | | | | | 450.00 |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Glenn Fields** **961 N. Bison Golf Court** **Show Low, AZ 85901** | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential claim. | | | | |
| **Glenn Fields** **3460 W. Hansen** **Show Low, AZ 85901** | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential Claim | | | | |
| **Glenn Perry** **3831 N. Rio Verde Vista Drive** **Tucson, AZ 85750** | C | | | | X | X | X | Unknown |
| Account No. **xxx-xxxx-x0780** | | | | 07 Escalade | | | | |
| **GMAC** **P.O. Box 78234** **Phoenix, AZ 85062-8234** | C | | | | | | | 8,204.45 |

Sheet no. \_\_**79**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,654.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                                  Case No. _____
          **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x3900**<br><br>**GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | | C | 07 Cadi DTS | | | | 27,092.25 |
| Account No. **xxx-xxxx-x0780**<br><br>**GMAC**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | C | 2007 Escalade | | | | 8,204.45 |
| Account No. **xxx-xxxx-x3900**<br><br>**GMAC**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | C | 2007 Cadi DTS | | | | 27,092.25 |
| Account No.<br><br>**GMAC Financial Services**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | H | **Matt Williams, Homes, LLC**<br>**2006 Silverado**<br><br>**Husband personal guaranty** | X | X | | 20,005.00 |
| Account No.<br><br>**GMAC Financial Services**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | | H | **Purchase Money Loan to Bison Homes Construction, LLC**<br>**2006 Silverado**<br><br>**Husband personal guaranty** | X | X | | 18,857.00 |

Sheet no. __80__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                  Subtotal<br>(Total of this page)      **101,250.95**

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | Purchase money loan to Bison Homes Construction, LLC 2006 Silverado | | | | |
| **GMAC Financial Services P.O. Box 78234 Phoenix, AZ 85062-8234** | | H | | | | **Husband personal guaranty** | X | X | | |
| | | | | | | | | | | 15,927.00 |
| Account No. | | | | | | Purchase Money Loan to Bison Homes Construction, LLC 2005 Kodiak | | | | |
| **GMAC Financial Services P.O. Box 78234 Phoenix, AZ 85062-8234** | | H | | | | **Husband personal guaranty** | X | X | | |
| | | | | | | | | | | 25,000.00 |
| Account No. | | | | | | Purchase Money loan to Bison Homes Construction, LLC 2008 Silverado (repossessed) | | | | |
| **GMAC Financial Services P.O. Box 78234 Phoenix, AZ 85062-8234** | | H | | | | **Husband personal guaranty** | X | X | | |
| | | | | | | | | | | 24,000.00 |
| Account No. | | | | | | Purchase money loan to Bison Homes Construction, LLC 200__ Ford F150 King | | | | |
| **GMAC Financial Services P.O. Box 78234 Phoenix, AZ 85062-8234** | | H | | | | **Husband personal guaranty** | X | X | | |
| | | | | | | | | | | 30,603.00 |
| Account No. | | | | | | | | | | |
| **GMAC Payment Processing Center P.O. Box 9001948 Louisville,, KY 40290-1948** | | C | | | | | | | | |
| | | | | | | | | | | 7,979.45 |

Sheet no. __81__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,509.45

In re    **Gary A Martinson,**
       **Ronna L Martinson**                Case No. _____

_____
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GMAC Payment Processing Center** <br> **P.O. Box 9001948** <br> **Louisville,, KY 40290-1948** | C | | | | | | 4,536.70 |
| Account No. <br><br> **Golf Casitas at Torreon Owners Associati** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | Unknown |
| Account No. <br><br> **Golf Estates & Villas at Bison Crossing** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | Unknown |
| Account No. <br><br> **Golf Estates & Villas at Bison Crossing,** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | Unknown |
| Account No. <br><br> **Gort Metals Corporation** <br> **3623 South 7th Street** <br> **Phoenix,, AZ 85040** | C | | | | | | 12,786.55 |

Sheet no. __82__ of __211__ sheets attached to Schedule of            Subtotal          17,323.25
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Grace Hospitality International** <br> **10827 S. 51st Street #102** <br> **Phoenix, AZ 85044** | C | | | | | | **Unknown** |
| Account No. <br><br> **Graeme Tolson** <br> **7635 E. Tailfeather Drive** <br> **Scottsdale, AZ 85255** | C | | | | | | **Unknown** |
| Account No. <br><br> **Grant Helgeson** <br> **8141 E. Indian Bend Rd. #103** <br> **Scottsdale, AZ 85250** | C | | | | | | **Unknown** |
| Account No. xxx3163 <br><br> **Graves Propane** <br> **1342 E. White Mnt. Blvd.** <br> **Pinetop, AZ 85935** | C | | Gas - Golf Estates #36 | | | | **Unknown** |
| Account No. xxx3163 <br><br> **Graves Propane** <br> **1342 E. White Mnt. Blvd.** <br> **Pinetop, AZ 85935** | C | | Gas - Golf Estates #36 | | | | **0.00** |

Sheet no. __83__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re  **Gary A Martinson,**
       **Ronna L Martinson**
                                                              Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0001** | | | **Propane Tank Rent to Own Payment** | | | | |
| **Graves Propane** **1342 E. White Mnt. Blvd.** **Pinetop, AZ 85935** | | C | | | | | |
| | | | | | | | **4,119.55** |
| Account No. | | | | | | | |
| **Greater Phoenix Convention & Visitors** **400 E. Van Buren** **Phoenix, AZ 85004** | | C | | | | | |
| | | | | | | | **710.00** |
| Account No. | | | **Potential liability arising from Claimants golf membership.** | | | | |
| **Gus & Rosemary Swanson** **PO Box 21776** **Mesa, AZ 85277** | | C | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Potential claim.** | | | | |
| **Harry DoBell** **1664 E. Glenhaven Dr.** **Phoenix, AZ 85048** | | C | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Bison Club, LLC Investor** | | | | |
| **Harry L. Haas** **8191 S. Penninsula Drive** **Littleton, CO 80120** | | C | | | | | |
| | | | | | | | **Unknown** |

Sheet no. __**84**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,829.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                          Case No. _____
         **Ronna L Martinson**

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harry L. Haas** <br> **8191 S. Penninsula Drive** <br> **Littleton, CO 80120** | | C | **Bison Club, LLC Investor** | | | | **Unknown** |
| Account No. <br><br> **Hartford Financial Services** <br> **One Hartford Plaza** <br> **Hartford, CT 06155** | | C | | | | | **Unknown** |
| Account No. <br><br> **Harvey Cotter** <br> **36610 S. Ocotillo Canyon Dr.** <br> **Tucson, AZ 85739** | | C | **Potential claim.** | X | X | X | **Unknown** |
| Account No. <br><br> **Hatch Construction & Paving, INC** <br> **P.O. Box 127** <br> **Taylor, AZ 85939** | | C | | | | | **7,034.50** |
| Account No. <br><br> **HCC Surety Group** <br> **8751 N. 51st Avenue** <br> **Suite 121** <br> **Glendale, AZ 85302** | | H | **Potential indemnity claim for bond recovery** | X | X | | **Unknown** |

Sheet no. __85__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       | **7,034.50**
(Total of this page)

In re    **Gary A Martinson,**                  Case No. _____
       **Ronna L Martinson**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **HD SUPPLY PLUMBING/HVAC, LTD** **P.O. Box 79586** **City of Industry, CA 91716-9586** | C | | | | | | | | 5,585.29 |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Hebert Stephens** **8734 Devonshire Ave.** **Scottsdale, AZ 85251** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Helgeson, Grant** **8141 E. Indian Bend Rd. # 103** **Scottsdale, AZ 85250** | C | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Hennen Publishing & Marketing Group** **3645 N. Marshall Way, #3** **Scottsdale, AZ 85251** | C | | | | | | | | 986.00 |
| Account No. | | | | | | | | | |
| **Henry & Phoebe Pevear** **17421 E. Via Del Oro** **Fountain Hills, AZ 85268** | C | | | | | | | | Unknown |

Sheet no. __86__ of __211__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)      6,571.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re    **Gary A Martinson,**
         **Ronna L Martinson**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **Herbert Stephens** **8734 e. Devonshire Ave.** **Scottsdale, AZ 85251** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Hertz Equipment Rental Corporation** **PO Box 650280** **Dallas,, TX 75265-0280** | C | | | | | | | **2.31** |
| Account No. | | | | | | | | |
| **HOAMCO c/o Justin Scott** **P.O. Box 10000** **Prescott,, AZ 86301** | C | | | | | | | **4,017.53** |
| Account No. | | | | | | | | |
| **HOAMCO c/o Justin Scott** **P.O. Box 10000** **Prescott,, AZ 86301** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Home Depot Credit Services** **Dept.32-2534323294** **The Lakes,, NV 88901-6031** | C | | | | | | | **2,842.55** |

Sheet no. __87__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,862.39**

In re    **Gary A Martinson,**
       **Ronna L Martinson**                                    Case No. _____

_____,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Homes & Land of Scottsdale & Phoenix**<br>**8134 E. Cactus Rd. #600**<br>**Scottsdale,, AZ 85260** | C | | | | | | **1,890.00** |
| Account No. | | | | | | | |
| **Hotel Factory**<br>**2555 Southwest Grapevine Parkway, Suite**<br>**Grapevine, TX 76051** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Hughes - Calihan**<br>**P.O. Box 10322**<br>**Phoenix,, AZ 85064-0322** | C | | | | | | **583.60** |
| Account No. | | | | | | | |
| **IKON Financial Services**<br>**PO Box 650073**<br>**Dallas,, TX 75265-0073** | C | | | | | | **608.12** |
| Account No. | | | | | | | |
| **Insco Dico**<br>**17780 Fitch #200**<br>**Irvine, CA 92614** | C | | | | | | **Unknown** |

Sheet no. __88__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)        **3,081.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Integra Telecom, Inc.** **P.O. Box 53006** **Phoenix,, AZ 85072-3006** | C | | | | | | | **1,055.67** |
| Account No. | | | | | | | | |
| **Integra Telecom, Inc.** **P.O. Box 53006** **Phoenix,, AZ 85072-3006** | C | | | | | | | **1,055.67** |
| Account No. | | | | | | | | |
| **International Consulting & Eng., Inc.** **2250 N. Catalina Vista Loop** **Tucson,, AZ 85749** | C | | | | | | | **256.25** |
| Account No. | | | | | | | | |
| **International Consulting & Eng., Inc.** **2250 N. Catalina Vista Loop** **Tucson,, AZ 85749** | C | | | | | | | **256.25** |
| Account No. | | | | | | | | |
| **Ironshore Indemnity, Inc.** **2 Pine Tree Drive** **Arden Hills, MN 55112** | C | | | | | | | **Unknown** |

Sheet no. __89__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,623.84**

In re   **Gary A Martinson,**
         **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ironside Engineering** <br> **1500 S. White Mountain Rd. Ste. 201** <br> **Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **ItSynergy** <br> **7310 N. 16th Street #130** <br> **Phoenix, AZ 85020-8203** | C | | | | | | **25,584.93** |
| Account No. | | | **Potential liability arising from Claimants golf membership.** | | | | |
| **James & Carolyn Morrow** <br> **1600 N. 36th Circle** <br> **Show Low, AZ 85901** | C | | | X | X | X | **Unknown** |
| Account No. | | | **Potential liability arising from Claimants golf membership.** | | | | |
| **James & Karen Matteson** <br> **3424 W. Country Club Dr.** <br> **Show Low, AZ 85901** | C | | | X | X | X | **Unknown** |
| Account No. | | | **Potential liability arising from Claimants golf membership.** | | | | |
| **James & Mary Jordan** <br> **4642 E. Red Range Way** <br> **Cave Creek, AZ 85331** | C | | | X | X | X | **Unknown** |

Sheet no. __90__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         
(Total of this page)          **25,584.93**

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential Claim | | | | |
| James H. & Dolores Derr 17992 Rainier Dr. Santa Ana, CA 92705 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| James Haworth 10820 Bear Island Ave Orland Park, IL 60467 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | | | | | |
| James Haworth 10820 Bear Island Ave Orland Park, IL 60467 | C | | | | | | | 14,000.00 |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| James Hill 11655 N. 139th Place Scottsdale, AZ 85259 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| James Lomax 2622 W. Carla Vista Dr. Chandler, AZ 85224 | C | | | Potential claim. | X | X | X | Unknown |

Sheet no. __91__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,000.00

In re   **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **James Lueck** <br> **8499 E. Overlook Dr.** <br> **Scottsdale, AZ 85255** | C | | | | Potential liability arising from Claimants golf membership. <br><br> **Potential claim.** | X | X | X | **Unknown** |
| Account No. <br><br> **James Mellon** <br> **868 Little Beaver Lane** <br> **Show Low, AZ 85901** | C | | | | | | | | **Unknown** |
| Account No. <br><br> **James P. & Barbara McGloin** <br> **13493 E. Desert Trail** <br> **Scottsdale, AZ 85259** | C | | | | Potential Claim | X | X | X | **Unknown** |
| Account No. <br><br> **James Rutkowski** <br> **7974 E. Wilderness Trail** <br> **Apache Junction, AZ 85218** | C | | | | Potential Claim | X | X | X | **Unknown** |
| Account No. <br><br> **James Rutowski** <br> **261 N. Retreat Dr.** <br> **Show Low, AZ 85901** | C | | | | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |

Sheet no. __92__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

In re   **Gary A Martinson,**                Case No. _____
        **Ronna L Martinson**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Theis**<br>**4110 W Mogollon Drive**<br>**Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No.<br><br>**James Tuvell**<br>**P.O. Box 2855**<br>**Show Low, AZ 85902** | C | | Potential Claim | X | X | X | Unknown |
| Account No.<br><br>**Jameson Schaefer**<br>**2084 w. Weatherby Way**<br>**Chandler, AZ 85248** | C | | Potential Claim | X | X | X | Unknown |
| Account No.<br><br>**Jamie Eddy**<br>**19207 N. 34th Ave.**<br>**Phoenix, AZ 85027** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No.<br><br>**Jason Christiansen**<br>**3428 E. Jasmine Circle**<br>**Mesa, AZ 85213** | C | | Bison Crossing, LLC Investor | | | | Unknown |

Sheet no. __93__ of __211__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)       **0.00**

In re   **Gary A Martinson,**
       **Ronna L Martinson**                                             Case No. _____

                                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential Claim | | | | |
| Jason Skrnich 8505 E. Angel Spirit Drive Scottsdale, AZ 85255 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Bison Cove, LLC Investor | | | | |
| Jason Stall 20704 N. 90th Place #140 Scottsdale, AZ 85255 | C | | | | | | | | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| Jay & Betty Roland 21950 N. 97th St. Scottsdale, AZ 85255 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| Jeffrey Paver 3607 N. Crystal Lane Avondale, AZ 85323 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| Jerome & Judy Wallace 2136 E. Freeport Ln. Gilbert, AZ 85234 | C | | | | | X | X | X | Unknown |

Sheet no. __94__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal                   **0.00**
                                            (Total of this page)

In re    **Gary A Martinson,**                                            Case No. _____
           **Ronna L Martinson**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential claim. | | | | |
| Jerry Caldwell 14415 N. Springfield Way Fountain Hills, AZ 85268 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Horseshoeing | | | | |
| Jerry Caswell and Son Horseshoeing 4120 East Lone Mountain Rd Cave Creek, AZ 85331 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Horseshoeing | | | | |
| Jerry Caswell and Son Horseshoeing 4120 East Lone Mountain Rd Cave Creek, AZ 85331 | C | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Jim & Barbara Hemerson 1349 Leisure World Mesa, AZ 85206 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Jim & Mary McCoy 1060 S. Hunters Run Show Low, AZ 85901 | C | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __95__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                           (Total of this page)         **0.00**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

                                                       **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jim & Pam Brady** <br> **1133 N. Arroya** <br> **Mesa, AZ 85205** | C | | Potential liability arising from claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Jim and Debra Paxon** <br> **PO Box 4218** <br> **Show Low, AZ 85902** | C | | | | | | Unknown |
| Account No. <br><br> **Jim Eden** <br> **1923 S. Woodland Ln.** <br> **Pinetop, AZ 85935-7106** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **Jim Hill** <br> **13300 E. Via Linda, #120** <br> **Scottsdale, AZ 85259** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. <br><br> **JNJN Family Partners** <br> **11345 West Ricks Cricle** <br> **Dallas, TX 75230** | C | | Bison Cove, LLC Investor | | | | Unknown |

Sheet no. __96__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      (Total of this page)      **0.00**

In re **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

                                                     ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JNJN Family Partners 11345 West Ricks Cricle Dallas, TX 75230** | C | | Bison Cove, LLC Investor | | | | 0.00 |
| Account No. **Joe & Isolde Williams 101 E. Meadow Ridge Ln. Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. **Joe Endres 680 N. 34th Dr. Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. **Joe Netherwood 6501 E. Greenway Parkway #103-638 Scottsdale, AZ 85254** | C | | Balance due on paintings | | | | 10,000.00 |
| Account No. **Joe Netherwood 6501 E. Greenway Parkway #103-638 Scottsdale, AZ 85254** | C | | Buffalo Bill Painting | | | | 10,000.00 |

Sheet no. __97__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,000.00**

In re    **Gary A Martinson,**
       **Ronna L Martinson**                         Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joe Netherwood**<br>**6501 E. Greenway Parkway #103-638**<br>**Scottsdale, AZ 85254** | C | | **Buffalo Bill Painting** | | | | **10,000.00** |
| Account No.<br><br>**Joe Woods**<br>**10450 N. 25th Street**<br>**Phoenix, AZ 85028** | C | | **Potential Claim** | X | X | X | **Unknown** |
| Account No.<br><br>**John "Chip" McLeod**<br>**4770 W Covered Wagon Trail**<br>**Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No.<br><br>**John & Johanna Newman**<br>**2601 W. Ben Hogan Dr.**<br>**Tucson, AZ 85742** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |
| Account No.<br><br>**John & Kathy Harshaw**<br>**1133 Peppertree Dr.**<br>**Gilbert, AZ 85234** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |

Sheet no. __**98**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal          **10,000.00**
                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re **Gary A Martinson,**              Case No. _____
      **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**John & Louise Whitehill-Ward**<br>**2919 W. Fairway View Dr.**<br>**Tucson, AZ 85742** | C | | | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No.<br><br>**John & Lynn Glancy**<br>**2617 E. Turquoise Dr.**<br>**Phoenix, AZ 85028** | C | | | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No.<br><br>**John and Gloria Giansanti**<br>**PO Box 395**<br>**Overgaard, AZ 85933** | C | | | | | | | | Unknown |
| Account No.<br><br>**John Brambert**<br>**4602 W. Mosier Pass**<br>**Glendale, AZ 85310** | C | | | | Potential claim. | X | X | X | Unknown |
| Account No.<br><br>**John Brambert & Jenny Voder**<br>**4602 W. Mosier Pass**<br>**Glendale, AZ 85310** | C | | | | Potential liability arising from claimants golf membership. | X | X | X | Unknown |

Sheet no. __99__ of __211__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)        **0.00**

In re **Gary A Martinson,**
    **Ronna L Martinson**
                                                 ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Bison Cove, LLC Investor, and Bison Crossing, LLC Investor | | | | |
| John C. and Annimarie Wasielewski Cline 17310 Morningview Court Brookfield, WI 53045 | C | | | | | | | | Unknown |
| Account No. | | | | | Bison Cove, LLC Investor | | | | |
| John C. and Annimarie Wasielewski Cline 17310 Morningview Court Brookfield, WI 53045 | C | | | | | | | | Unknown |
| Account No. | | | | | Bison Crossing, LLC Investor | | | | |
| John C. and Annimarie Wasielewski Cline 17310 Morningview Court Brookfield, WI 53045 | C | | | | | | | | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. Potential claim. | X | X | X | |
| John Carr 3851 E. Zion Pl. Chandler, AZ 85249 | C | | | | | | | | Unknown |
| Account No. | | | | | Potential claim. | X | X | X | |
| John Collins 541 W. Sweetwater Ave. Phoenix, AZ 85029 | C | | | | | | | | Unknown |

Sheet no. __100__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Gary A Martinson,**               Case No. _____
       **Ronna L Martinson**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| John D. McLeod 13625 S 47th Street Phoenix, AZ 85044 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| John F. Kennedy 600 Ridge Drive Show Low, AZ 85901 | C | | | | | | Unknown |
| Account No. | | | Potential claim. | | | | |
| John Glancy 2617 E. Turquoise Phoenix, AZ 85028 | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| John Henningsen 16407 N. Paradox Drive Fountain Hills, AZ 85268 | C | | Potential claim. | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| John Hofdahl 5417 E. Via Los Caballos Paradise Valley, AZ 85253 | C | | | X | X | X | Unknown |

Sheet no. __101__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John James St. Aubin**<br>**28516 N. 111th Way**<br>**Scottsdale, AZ 85262** | C | | **Potential Claim** | X | X | X | **Unknown** |
| Account No.<br><br>**John K. Lassen**<br>**1250 Hall Rd. #605**<br>**North Fort Myers, FL 33903** | X | H | **12/31/2006**<br>**Loan to Bison Club, LLC**<br>**Bison Club working capital**<br><br>**Husband personal guaranty** | X | X | X | **303,523.00** |
| Account No.<br><br>**John K. Lassen**<br>**1250 Hall Rd. #605**<br>**North Fort Myers, FL 33903** | X | H | **Bison Homes Construction LLC**<br><br>**Husband personal guaranty** | X | X | | **200,000.00** |
| Account No.<br><br>**John K. Lassen**<br>**1250 Hall Rd. #605**<br>**North Fort Myers, FL 33903** | | H | **Loan to Bison Crossing, LLC**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X | | **565,000.00** |
| Account No.<br><br>**John Lassen**<br>**12614 E. Saddlehorn Trail**<br>**Scottsdale, AZ 85259** | C | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | **Unknown** |

Sheet no. __102__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,068,523.00**

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| John Lassen 6908 E Stagecoach Pass Carefree, AZ 85377 | C | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| John Looman 8729 W. Port Royale Ln. Peoria, AZ 85381 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| John Newman 2601 W. Ben Hogan Dr. Tucson, AZ 85742 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | Potential Claim | | | | |
| John Park 15979 W. Catalina Dr. Goodyear, AZ 85338 | C | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| John S. Kramer PO Box 25693 Scottsdale, AZ 85255 | C | | | | | | | Unknown |

Sheet no. **103** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **Gary A Martinson,**
　　　**Ronna L Martinson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **John Tremaine** **P.O. Box 79** **Tumacacori, AZ 85640** | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential Claim | | | | |
| **John Vincent** **11052 E. Natal Ave.** **Mesa, AZ 85209** | C | | | | X | X | X | Unknown |
| Account No. | | | | Bison Crossing, LLC Investor | | | | |
| **Johnathan Rende & Kerri Folmer** **526 Oak Parkway** **Redwood City, CA 94062** | C | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Jon & Jerilynn Hermanson** **22434 N. 53rd Pl.** **Phoenix, AZ 85054** | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. Potential claim. | | | | |
| **Jon Hermanson** **22434 N. 43rd Pl.** **Phoenix, AZ 85054** | C | | | | X | X | X | Unknown |

Sheet no. __104__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **Gary A Martinson,**
　　　　**Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Jon Lillis<br>38032 S. Flower Mesa Dr.<br>Tucson, AZ 85739 | C | | | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No.<br><br>Jon Lillis<br>38072 S. Flower Mesa Dr.<br>Tucson, AZ 85739 | C | | | | Potential liability arising from Claimants golf membership.<br><br>Potential claim. | X | X | X | Unknown |
| Account No.<br><br>Jonathan Ford<br>7554 E. Tailspin Ln.<br>Scottsdale, AZ 85255 | C | | | | Potential claim. | X | X | X | Unknown |
| Account No.<br><br>Joseph Hules<br>39661 S. Mountain Meadows Dr.<br>Tucson, AZ 85739 | C | | | | Potential liability arising from Claimants golf membership.<br><br>Potential claim. | X | X | X | Unknown |
| Account No.<br><br>Joseph S. and Ge Wager<br>P.O. Box 584<br>Tonto Basin, AZ 85553 | C | | | | Potential Claim | X | X | X | Unknown |

Sheet no. __105__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Gary A Martinson,**
         **Ronna L Martinson**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Josh and Natalie McCown**<br>**2814 Summit Drive**<br>**Jacksonville, TX 75766** | C | | | **Bison Crossing, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Joy Church**<br>**P.O. Box 17050**<br>**Fountain Hills, AZ 85269** | | H | | **Eagles Landing Condos**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X | | **1,000,000.00** |
| Account No.<br><br>**Joy Church**<br>**P.O. Box 17050**<br>**Fountain Hills, AZ 85269** | | H | | **Loan to Bison Crossing, LLC**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X | | **500,000.00** |
| Account No.<br><br>**Joy Church**<br>**P.O. Box 17050**<br>**Fountain Hills, AZ 85269** | C | | | | | | | **Unknown** |
| Account No.<br><br>**Joyce Lee**<br>**14447 Cameo Drive**<br>**Sun City, AZ 85351** | C | | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | **Unknown** |

Sheet no. **106** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,500,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re **Gary A Martinson,**        Case No. _____
      **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Judy Gilmore** **3101 N Central Ave** **Phoenix, AZ 85012** | C | | | | | | **Unknown** |
| Account No. | | | Potential claim. | | | | |
| **Julia Foster** **301 N. Retreat Way** **Show Low, AZ 85901** | C | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **K & K Insurance** **1712 Magnavox Way** **Fort Wayne, IN 46804** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **K & L Industries, LLC** **10652 DeAndra Drive, Suite 200** **Zionsville, IN 46077** | C | | | | | | **720.81** |
| Account No. | | | Bison Cove, LLC Investor | | | | |
| **K.A. Baker Consulting Engineer** **Restated** **16955 E. Parlin Drive** **Fountain Hills, AZ 85268** | C | | | | | | **Unknown** |

Sheet no. __107__ of __211__ sheets attached to Schedule of      Subtotal       **720.81**
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tatanka Resort Suites LLC Investors | | | | |
| K.A. Baker Consulting Engineer Restated 16955 E. Parlin Drive Fountain Hills, AZ 85268 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| Kaiser Investment Inc. Suite 450 707 7th Ave. S.W. Calgary, Canada T2P3H6 | C | | | | | | Unknown |
| Account No. | | | Bison Cove, LLC Investor | | | | |
| Karen Baker Retirement Plan 16955 E. Parlin Drive Fountain Hills, AZ 85268 | C | | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Karen Hewitt 2687 S. Santa Rita Way Chandler, AZ 85286 | C | | Potential claim. | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| Kathryn Gil 42502 W. Venture Rd. Maricopa, AZ 85239 | C | | | X | X | X | Unknown |

Sheet no. __108__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ken & Cynthia Hosley** **560 N. Yucca Circle** **Mesa, AZ 85201** | C | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ken Martinson** **4126 E Windrose Dr** **Phoenix, AZ 85032** | C | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ken Perguson** **P.O. Box 367** **Overgaard,, AZ 85933** | C | | | | | | |
| | | | | | | | **750.00** |
| Account No. | | | | | | | |
| **Kenneth E. Bain** **PO Box 1754** **Overgaard, AZ 85933** | C | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Kenneth Ehrhardt** **24206 S Lakeway Circle N** **Chandler, AZ 85248** | C | | | | | | |
| | | | | | | | **Unknown** |

Sheet no. __**109**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
     (Total of this page)      **750.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential Claim | | | | |
| Kenny Klaus 7254 E. Southern #105 Mesa, AZ 85209 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Kevin & Jolene Dicken 3542 E. Vaughn Ct. Gilbert, AZ 85234 | C | | | | X | X | X | Unknown |
| Account No. | | | | Bison Ridge Two LLC Investor | | | | |
| Kevin J. Parker 166 Superior Road Rochester, NY 14625 | C | | | | | | | Unknown |
| Account No. | | | | Bison Cove, LLC Investor | | | | |
| Kevin J. Parker 166 Superior Road Rochester, NY 14625 | C | | | | | | | Unknown |
| Account No. | | | | Bison Club, LLC Investor | | | | |
| Kim A. & Karen A. Baker 16955 E. Parlin Drive Fountain Hills, AZ 85268 | C | | | | | | | Unknown |

Sheet no. __110__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re    **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Kim Baker** **16955 E Parlin Drive** **Fountain Hills, AZ 85268** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **KIP America Inc.** **P.O. Box 100706** **Pasadena,, CA 91189-0706** | C | | | | | | | **2,514.48** |
| Account No. | | | | Potential Claim | | | | |
| **Kip McLean** **5515 E. Evergreen St.** **Mesa, AZ 85205** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Kip McLean** **5515 E. Evergreen St.** **Mesa, AZ 85205** | C | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Knox Attorney Service, Inc.** **2250 Fourth Avenue** **San Diego, CA 92101** | C | | | | | | | **21.08** |

Sheet no. \_\_**111**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,535.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary A Martinson,**
      **Ronna L Martinson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Knox Management Services** **2250 Fourth Avenue** **San Diego,, CA 92101** | C | | | | | | 412.63 |
| Account No. | | | | | | | |
| **Kotterman Plumbing INC** **1958 N. 16th Ave** **Show Low, AZ 85901** | C | | | | | | 11,142.00 |
| Account No. | | | | | | | |
| **Kristen L. Day** **1120 N Bison Golf Court** **Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No. | | | Potential claim. | | | | |
| **Kurt Cretors** **12568 E. Silver Spur St.** **Scottsdale, AZ 85259** | C | | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| **Kyle Harris** **39452 Brighton St.** **Murrieta, CA 92563** | C | | | X | X | X | Unknown |

Sheet no. __112__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,554.63

In re    **Gary A Martinson,**                 Case No. _____

        **Ronna L Martinson**

_____,

                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LaFamilia Financial Limited Partnership**<br>**1757 E. Baseline Rd. #110**<br>**Gilbert, AZ 85233** | | H | **Loan to Bison Ridge Two, LLC**<br>**Master plan in Show Low**<br>**Foreclosed**<br><br>**Husband personal guaranty** | X | X | | **1,603,363.00** |
| Account No.<br><br>**LaFamilia Financial Limited Partnership**<br>**1757 E. Baseline Rd. #110**<br>**Gilbert, AZ 85233** | | H | **Loan to MWH Phase I Bison Trails, LLC**<br>**(subdivision in Bison Trails in Show Low)**<br><br>**Husband personal guaranty** | X | X | | **1,603,363.00** |
| Account No.<br><br>**LaFamilia Financial Limited Partnership**<br>**1757 E. Baseline Rd. #110**<br>**Gilbert, AZ 85233** | C | | | | | | **Unknown** |
| Account No.<br><br>**Land America Title**<br>**1500 East Wolford #102**<br>**Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No.<br><br>**Larry & Cindy Spencer**<br>**1031 E. Hillside Dr.**<br>**Show Low, AZ 85901** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |

Sheet no. __113__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **3,206,726.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                                Case No. _____
         **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bison Cove, LLC Investor | | | | |
| **Larry R. Youdelman as Trustee of the Lar** <br> **4771 East Kelsea Place** <br> **Tucson, AZ 85718** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Larson Waste, Inc.** <br> **1440 W. Rutledge Dr.** <br> **Snowflake,, AZ 85937** | C | | | | | | **4,858.57** |
| Account No. | | | | | | | |
| **Larson Waste, Inc.** <br> **1440 W. Rutledge Dr.** <br> **Snowflake,, AZ 85937** | C | | | | | | **3,034.48** |
| Account No. | | | Potential Claim | | | | |
| **Laurence C. & Elaine Christian** <br> **4623 E. Sandra Terrace** <br> **Phoenix, AZ 85032** | C | | | X | X | X | **Unknown** |
| Account No. | | | Bison Crossing, LLC Investor | | | | |
| **Lawrence W. and Dianna L. Sitkiewicz** <br> **19205 N. 36TH Street** <br> **Phoenix, AZ 85050** | C | | | | | | **Unknown** |

Sheet no. \_\_**114**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal <br> (Total of this page)          **7,893.05**

In re    **Gary A Martinson,**
      **Ronna L Martinson**                    Case No. _____

_____ ,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lawyers Title**<br>**1500 East Wolford #102**<br>**Show Low, AZ 85901** | C | | | | | | **44.00** |
| Account No. <br><br>**Lee & Wendy Weber**<br>**2288 Leisure World**<br>**Mesa, AZ 85206** | C | | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |
| Account No. <br><br>**Lee Rozell**<br>**1051 N. Central Ave., #17**<br>**Show Low, AZ 85901** | C | | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |
| Account No. <br><br>**Lee Seeley**<br>**18321 N. Key Estrella Dr.**<br>**Surprise, AZ 85374** | C | | Potential Claim | X | X | X | **Unknown** |
| Account No. <br><br>**Legacy 9, LLC**<br>**5627 N. Casa Blanca**<br>**Paradise Valley, AZ 85253** | C | | | | | | **Unknown** |

Sheet no. __115__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal       **44.00**
       (Total of this page)

In re  **Gary A Martinson,**
     **Ronna L Martinson**
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Liberty Fence & Supply, LLC PO Box 2920 Show Low,, AZ 85902 | C | | | | | | | 3,734.61 |
| Account No. | | | | | | | | |
| Lihu Lu c/o Mortgages Ltd. 4455 E Camelback Rd Phoenix, AZ 85018 | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Limelight Networks 2220 W. 14th Street Tempe, AZ 85281 | C | | | | | | | Unknown |
| Account No. | | | | Potential Claim | | | | |
| Linda Machutas 5945 North 83rd Street Scottsdale, AZ 85250 | C | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Linden Landscape Center, LLC 20704 N. 90th Place #140 Scottsdale, AZ 85255 | C | | | | | | | Unknown |

Sheet no. __116__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,734.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re   **Gary A Martinson,**                                          Case No. _____
          **Ronna L Martinson**
                                            ,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Linden Pearce Construction, Inc.**<br>**1020 Pearce Road**<br>**Show Low,, AZ 85901** | | C | | | | | **2,156.72** |
| Account No. <br><br>**Lloyd Harvey**<br>**7056 Bustin Dutch Tr**<br>**Show Low, AZ 85901** | | C | | | | | **Unknown** |
| Account No. <br><br>**Lohman Company, PLLC**<br>**1630 S. Stapley Drive, Suite 108**<br>**Mesa, AZ 85204** | | H | **9/1/2009-12/10/2009**<br>**Accounting services** | | | | **14,995.00** |
| Account No. <br><br>**Lohman Company, PLLC**<br>**1630 S. Stapley Drive, Suite 108**<br>**Mesa, AZ 85204** | | C | **Accountant** | | | | **0.00** |
| Account No. <br><br>**Lois Davis**<br>**17844 N. Everson Dr.**<br>**Glendale, AZ 85308** | | C | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |

Sheet no. \_\_**117**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal           | **17,151.72**
                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lori Bain**<br>**1621 N. 36th Dr.**<br>**Show Low, AZ 85901** | C | | **Potential claim.** | X | X | X | **Unknown** |
| Account No. <br><br>**Lot 40 subs** | | H | **Subcontracting for Bison Homes Construction, LLC**<br>**Lot 40, ???**<br><br>**Husband personal guaranty** | X | X | | **13,572.00** |
| Account No. <br><br>**Lot 41 subs** | | H | **Subcontracting for Bison Homes Construction, LLC**<br>**Lot 41**<br><br>**Husband personal guaranty** | X | X | | **8,156.00** |
| Account No. <br><br>**Lot 42 subs** | | H | **Subcontracting for Bison Homes Construction, LLC**<br>**Lot 42 ???**<br><br>**Husband personal guaranty** | X | X | | **10,259.00** |
| Account No. <br><br>**Lot 44 subs** | | H | **Subcontracting for Bison Homes Construction, LLC**<br>**Lot 44, ??**<br><br>**Husband personal guaranty** | X | X | | **13,490.00** |

Sheet no. __118__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **45,477.00**

In re **Gary A Martinson,**　　　　　　　　　　　　　　　Case No. _____
　　　**Ronna L Martinson**

_____,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. <br><br> **Lowell Hull** <br> **2663 B. Summer Crest Court** <br> **Grand Junction, CO 81506** | C | | Potential liability arising from Claimants golf membership. <br><br> **Potential claim.** | X | X | X | **Unknown** |
| Account No. <br><br> **LTD Commodities LLC** <br> **PO Box 702** <br> **Bannockburn, IL 60015-0702** | C | | | | | | **12.16** |
| Account No. **2453** <br><br> **LTF Life Time MO - Dues** <br> **2902 Corporate Place** <br> **Chamhassen, MN 55317** | C | | **Credit card purchases** | | | | **Unknown** |
| Account No. <br><br> **LTF Life Time MO - Dues** <br> **2902 Corporate Place** <br> **Chamhassen, MN 55317** | C | | **$89.95/month - Credit Card Debit - Chase 2453** | | | | **Unknown** |
| Account No. <br><br> **Luke Brzycki** <br> **5805 Pinebrook Dr.** <br> **The Colony, TX 75056** | C | | Potential liability arising from claimants golf membership. | X | X | X | **Unknown** |

Sheet no. _**119**_ of _**211**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**12.16**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re **Gary A Martinson,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Ronna L Martinson**

_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Potential claim. | | | | |
| Luke Brzycki 6300 Thornbranch Dr. Plano, TX 75093 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| LVA 120 S. Ash Avenue Tempe, AZ 85281 | C | | | | | | | | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| Lyle Hand 3847 W. Kings Phoenix, AZ 85053 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential claim | | | | |
| Lynn Biel 13179 W. Hubbell St. Goodyear, AZ 85338 | C | | | | | X | X | X | Unknown |
| Account No. | | | | | 2009 Lawsuit against Bison Homes Construction, LLC | | | | |
| Madden Pre-Print Media 1650 E. Fort Lowell, Suite 100 Tucson, AZ 85719 | - | | | | | X | X | X | 1,500.00 |

Sheet no. __120_ of _211_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,500.00**

In re     **Gary A Martinson,**            Case No. _____
           **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | | |
| Account No. | | | | | | | | |
| **Madden Pre-Print Media** **1650 E. Fort Lowell, Suite 100** **Tucson, AZ 85719** | C | | | | | | | **2,954.70** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Maggie Palmer** **1509 E. Sheffield Ave.** **Chandler, AZ 85225** | C | | | Potential claim. | X | X | X | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Marcia Wahl** **PO Box 168** **Cave Creek, AZ 85327** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Maria Turcott** **1140 N. Judd Place** **Chandler, AZ 85226** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Property Taxes - Fountain Hills? | | | | |
| **Maricopa County Treasurer** **PO Box 52133** **Phoenix, AZ 85072-2133** | C | | | | | | | **Unknown** |

Sheet no. __121__ of __211__ sheets attached to Schedule of           Subtotal           **2,954.70**
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          

In re    **Gary A Martinson,**                  Case No. _____
        **Ronna L Martinson**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Maricopa County Treasurer** PO Box 52133 Phoenix, AZ 85072-2133 | C | | | | | | 30,000.00 |
| Account No. **Maricopa County Treasurer** PO Box 52133 Phoenix, AZ 85072-2133 | C | | | | | | 45,722.65 |
| Account No. **Maricopa County Treasurer** PO Box 78574 Phoenix, AZ 85062-8574 | C | | | | | | 1,374.76 |
| Account No. **Marilyn Lodwick** PO Box 4098 Show Low, AZ 85902 | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |
| Account No. **Marisa Teschke** 10999 E. Acoma Dr. Scottsdale, AZ 85255 | C | | Potential liability arising from Claimants golf membership. | X | X | X | Unknown |

Sheet no. __122__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **77,097.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Marisa Teschke** **1601 N. Stage Coach Circle** **Show Low, AZ 85901** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Mark Grace c/o Barry Axelrod Law Office** **2236 Encinitas Blvd** **Suite A** **Encinitas, CA 92024** | C | | | | | | | | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. Potential claim. | | | | |
| **Mark Knoell** **1079 S. Western Skies** **Gilbert, AZ 85296** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential liability arising from Claimants golf membership. Potential claim. | | | | |
| **Mark Macaluso** **3815 N. Paseo Del Sol** **Mesa, AZ 85207** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| **Mark Neal** **2552 W. Keating** **Mesa, AZ 85202** | C | | | | | X | X | X | Unknown |

Sheet no. __123__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **Gary A Martinson,**  
     **Ronna L Martinson**

Case No. _____

_____,  
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Bison Crossing, LLC Investor** | | | | |
| **Mark S. & Barbara E. Glazer 3112 W. Hidden Lake Rd Mequon, WI 53092** | C | | | | | | **Unknown** |
| Account No. | | | **Bison Cove, LLC Investor** | | | | |
| **Mark S. Glazer & Barbara E. Glazer Trust 3112 West Hidden Lake Rd Mequon, WI 53092** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Marshfield Furniture 137 West Ninth Street Marshfield,, WI 54449** | C | | | | | | **1,380.81** |
| Account No. | | | **Loan** | | | | |
| **Martinson Family Trust 16927 E. Saguaro Blvd Fountain Hills, AZ 85268** | H | | | | | | **58,000.00** |
| Account No. | | | | | | | |
| **Martinson Family Trust 16605 E. Palisades Blvd. #136 Fountain Hills, AZ 85268** | C | | | | | | **465,730.00** |

Sheet no. __124__ of __211__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**525,110.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Martinson, Bruce & Lesley 10105 E. Via Linda Ste. 103-180 Scottsdale, AZ 85258 | | C | | | | | **Unknown** |
| Account No. | | | Potential liability arising from claimants golf membership. | | | | |
| Marvin & Judy Arnold 3731 Country Club Dr. Show Low, AZ 85901 | X | C | | X | X | X | **Unknown** |
| Account No. | | | Potential claim. | | | | |
| Marvin Arnold 981 N. Bison Golf Court Show Low, AZ 85901 | | C | | X | X | X | **Unknown** |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Mary Kimmell 16424 S. 1st Avenue Phoenix, AZ 85045 | | C | Potential claim. | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| Matthew D. Williams 4400 N. Scottsdale Road #381 Scottsdale, AZ 85251 | | C | | | | | **Unknown** |

Husband, Wife, Joint, or Community

Sheet no. __125__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                         Case No. _____
           **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Matt Williams**<br>**5627 N. Casa Blanca**<br>**Paradise Valley, AZ 85253** | C | | | | | | Unknown |
| Account No. <br><br>**Matt Williams**<br>**c/o Jeff Shumway**<br>**7729 E. Greenway Road**<br>**Scottsdale, AZ 85260** | C | | | | | | Unknown |
| Account No. <br><br>**Matt Williams Homes, LLC**<br>**c/o Matt Williams**<br>**5627 N. Casa Blanca**<br>**Paradise Valley, AZ 85253** | C | | | | | | Unknown |
| Account No. <br><br>**Maureen A. Chapman**<br>**600 N. Tyler Parkway**<br>**Payson, AZ 85541** | C | | **Bison Ridge Two, LLC Investors** | | | | Unknown |
| Account No. <br><br>**Maureen A. Chapman Family Trust**<br>**600 N. Tyler Parkway**<br>**Payson, AZ 85541** | C | | **Bison Cove, LLC Investor** | | | | Unknown |

Sheet no. __126__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal                **0.00**
                              (Total of this page)

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mayo Foundation**<br>**13400 E. Shea Blvd.**<br>**Scottsdale, AZ 85259** | | H | **Loan to Bison Club, LLC**<br>**Eagles Landing Condos**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X | | 1,000,000.00 |
| Account No.<br><br>**Mayo Foundation**<br>**13400 E. Shea Blvd.**<br>**Scottsdale, AZ 85259** | | H | **Loan to Bison Crosing, LLC**<br>**Master plan in Show Low**<br><br>**Husband personal guaranty** | X | X | | 500,000.00 |
| Account No.<br><br>**Mayo Foundation**<br>**200 First Street SW**<br>**Rochester, MN 55905** | C | | | | | | Unknown |
| Account No.<br><br>**Metro Property Services**<br>**150 E. Alamo Drive #3**<br>**Chandler, AZ 85225** | C | | | | | | Unknown |
| Account No.<br><br>**Michael & Nancy Steele**<br>**14859 E. Vista View Ct.**<br>**Chandler, AZ 85286** | C | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | Unknown |

Sheet no. _127_ of _211_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,500,000.00

In re     **Gary A Martinson,**
          **Ronna L Martinson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential claim. | | | | |
| Michael Angelone 10836 N. 66th St. Scottsdale, AZ 85254 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential Claim | | | | |
| Michael L. Zaccardi 1747 E. Mallory St. Mesa, AZ 85203 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Michael Narramore 2821 W. Villa Loop Show Low, AZ 85901 | C | | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | Potential claim. | | | | |
| Michael Pearson PO Box 27 Winslow, AZ 86047 | C | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael Petty 8722 E. Via De Commercio Scottsdale, AZ 85258 | C | | | | | | | Unknown |

Sheet no. __128__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                        ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Weiss**<br>**18816 N. Lakeforest Drive**<br>**Sun City, AZ 85373** | C | | **Potential Claim** | X | X | X | Unknown |
| Account No.<br><br>**Mike Beishir**<br>**16529 E. Glenbrook Blvd.**<br>**Fountain Hills, AZ 85268** | C | | **Landscaping** | | | | 210.00 |
| Account No.<br><br>**Mike Beishir**<br>**16529 E. Glenbrook Blvd.**<br>**Fountain Hills, AZ 85268** | C | | **Landscaping Services** | | | | 210.00 |
| Account No.<br><br>**Mike Buckles Services LLC**<br>**PO Box 1557**<br>**Lakeside, AZ 85929** | C | | | | | | 160.00 |
| Account No.<br><br>**Mike Johnson**<br>**8478 E. Angel Spirit Dr.**<br>**Scottsdale, AZ 85255** | C | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | Unknown |

Sheet no. __**129**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **580.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
       **Ronna L Martinson**                                          Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **Mike Petrone** **14808 Cerro Alto Drive** **Fountain Hills, AZ 85268** | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential Claim | | | | |
| **Mike Satterfield** **6932 E. Hearn Road** **Scottsdale, AZ 85254** | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Minard-Ames Insurance Group** **4646 E. Van Buren St. #200** **Phoenix, AZ 85008** | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential indemnity claim for bond recovery | | | | |
| **Minard-Ames Insurance Services** **4646 E. Van Buren St., #200** **Phoenix, AZ 85008** | H | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Mirage Crossing Owners Association, Inc.** **c/o Rossmar & Graham** **9362 E. Raintree Drive** **Scottsdale,, AZ 85260-2098** | C | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __**130**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                          **0.00**
                                   (Total of this page)

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mirage Homes Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | **Bison Club, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Mirage Homes Communities**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | **Bison Club, LLC Investor** | | | | **Unknown** |
| Account No.<br><br>**Mirage Homes Communities, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** | H | | **Loan to Bison Club, LLC**<br>**Eagles Landing Condos**<br>**Working capital**<br><br>**Husband personal guaranty** | X | X | | **1,000,000.00** |
| Account No.<br><br>**Mirage Homes Communities, LLC**<br>**c/o Bison Homes**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | **Unknown** |
| Account No.<br><br>**Mirage Homes Construction, Inc.**<br>**c/o Bison Homes**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | **Unknown** |

Sheet no. __131__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,000,000.00**

In re   **Gary A Martinson,**
        **Ronna L Martinson**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Mirage Homes, L.L.C.** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mirage Manor, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mirage Mountain, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mirage on the Green Owners Association,** **c/o VIP Property Management** **26546 N. Alma School Rd. #100** **Scottsdale,, AZ 85255** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mirage on the Green, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |

Sheet no. __132__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mirage Park Resort Casitas Homeowners As c/o Cuellar Realty Service 1625 E. Northern Ave. #200 Phoenix,, AZ 85020** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Mirage Resort Casitas Condominiums Homeo c/o Ellithorpe Realty PO BOX 17237 Fountain Hills, AZ 85268** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Mirage Trail, LLC c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale AZ 85259** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Mobile Mini PO Box 79149 Phoenix, AZ 85062** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Morales & Morales Concrete & Masonry, LL P.O. Box 92 Holbrook, AZ 86025** | C | | | | | | 3,900.00 |

Sheet no. __133__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,900.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
       **Ronna L Martinson**                               Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Morley Bradford** <br> **2649 N. Layton Circle** <br> **Mesa, AZ 85207** | C | | Potential claim. | | | | **Unknown** |
| Account No. <br><br> **Mortgages Ltd** <br> **4455 East Camelback Road** <br> **Phoenix, AZ 85018** | C | | | | | | **1,500,000.00** |
| Account No. <br><br> **Mortgages Ltd. Deferred Benefit Plan** <br> **4455 E. Camelback Road** <br> **Phoenix, AZ 85018** | X | H | **Bisontown, LLC** <br> **Foreclosed** <br> **Husband personal guaranty** | X | X | | **1,200,000.00** |
| Account No. <br><br> **Mortgages Ltd. Opportunity Fund MP15 L.L** <br> **4455 East Camelback Road** <br> **Phoenix, AZ 85018** | C | | | | | | **Unknown** |
| Account No. <br><br> **Mountain Comfort Heating & Cooling** <br> **281 N. Central Avenue** <br> **Show Low,, AZ 85901** | C | | | | | | **2,923.27** |

Sheet no. \_\_**134**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)       **2,702,923.27**

In re    **Gary A Martinson,**                Case No. _____
        **Ronna L Martinson**

_____ ,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mountain High Publishing, LLC** <br>**1429 E. Cedar Lane** <br>**Payson,, AZ 85541** | C | | | | | | 210.00 |
| Account No. <br><br>**Mountain Standard, Inc.** <br>**308 W. Grace Lane** <br>**Payson,, AZ 85541** | C | | | | | | 950.00 |
| Account No. <br><br>**Mountain Standard, Inc.** <br>**Attn: Andy Romance** <br>**308 West Grace Lane** <br>**Payson, AZ 85541** | C | | | | | | Unknown |
| Account No. <br><br>**Mountainside Condominiums Owners Associa** | C | | | | | | Unknown |
| Account No. <br><br>**Mountainside Condominiums, LLC** <br>**c/o Bison Homes** <br>**10953 N. FLW Blvd. #110** <br>**Scottsdale, AZ 85259** | C | | | | | | Unknown |

Sheet no. **135** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,160.00**

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Moutaz Helwani** **9943 E. Laguna Azul Ave.** **Mesa, AZ 85209** | C | | Potential claim. | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Mr. Appliance** **4050 W. Ray Road** **Chandler, AZ 85226** | C | | | | | | |
| | | | | | | | **434.14** |
| Account No. | | | | | | | |
| **Mr. Curb** **15451 W. Meadowbrook Ave.** **Goodyear, AZ 85395** | C | | | | | | |
| | | | | | | | **3,810.00** |
| Account No. | | | | | | | |
| **MWH Phase I Bison Trails, LLC** **4400 N. Scottsdale Rd. #381** **Scottsdale, AZ 85251** | C | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Nancy Lewis** **2327 E. Speedway** **Tucson, AZ 85719** | C | | Potential claim. | X | X | X | |
| | | | | | | | **Unknown** |

Sheet no. \_\_**136**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,244.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
         **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C  Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nancy M. Moriuchi** <br> **1831 E. Marilyn Rd** <br> **Phoenix, AZ 85022** | C | | | | | | **Unknown** |
| Account No. <br><br> **Napa Auto Parts** <br> **330 W. Duece Of Clubs** <br> **Show Low, AZ 85901** | C | | | | | | **330.79** |
| Account No. <br><br> **Nathan R. Griffin** <br> **2320 N. Cottage Trial Unit 8** <br> **Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No. <br><br> **National Bank of Arizona** <br> **904 East Deuce of Clubs** <br> **Show Low, AZ 85901** | C | | | | | | **Unknown** |
| Account No. <br><br> **National Bank of Arizona** <br> **P.O. Box 80467** <br> **Phoenix, AZ 85060-0467** | C | | | | | | **51,089.21** |

Sheet no. __137__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **51,420.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
        **Ronna L Martinson**                                      Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**National Bank of Arizona**<br>**P.O. Box 80467**<br>**Phoenix,, AZ 85060-0467** | C | | | | | | 49,231.44 |
| Account No. **xxxxxx1020** <br><br>**National City Mortgage**<br>**P.O. Box 54828**<br>**Los Angeles, CA 90054-0828** | H | | 4/16/2002 | X | X | X | 261,754.48 |
| Account No. **2042** <br><br>**National City Mortgage**<br>**P.O. Box 856177**<br>**Louisville, KY 40285-6177** | C | | Dakota Ranch (2nd Account) | | | | 250,571.79 |
| Account No. **xxx8854** <br><br>**National City Mortgage**<br>**P.O. Box 54828**<br>**Los Angeles, CA 90054-0828** | C | | Dakota Ranch (1st Account) | | | | 989,737.03 |
| Account No. <br><br>**Navajo County Treasurer**<br>**PO Box 668**<br>**Holbrook, AZ 92117** | C | | Property Taxes - Dakota Ranch? | | | | Unknown |

Sheet no. __**138**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal          | 1,551,294.74
                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Navajo County Treasurer** <br>**100 East Carter Drive** <br>**Holbrook,, AZ 86025-0668** | C | | | | | | 1,233.12 |
| Account No. <br><br>**Navapache ChemDry** <br>**PO Box 1810** <br>**Show Low,, AZ 85902** | C | | | | | | 657.00 |
| Account No. **xx9407** <br><br>**Navopache Electric** <br>**1878 W. White Mnt Blvd.** <br>**Lakeside, AZ 85929** | C | | Electric - Dakota Ranch | | | | 128.55 |
| Account No. **xx9507** <br><br>**Navopache Electric** <br>**1878 W. White Mnt Blvd.** <br>**Lakeside, AZ 85929** | C | | Electric - Dakota Ranch Gate | | | | 20.98 |
| Account No. **xx9607** <br><br>**Navopache Electric** <br>**1878 W. White Mnt Blvd.** <br>**Lakeside, AZ 85929** | C | | Electric - Dakota Ranch Guest House | | | | 33.18 |

Sheet no. **139** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,072.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx9000** | | | | | **Electric - Lodges #10** | | | | |
| **Navopache Electric 1878 W. White Mnt Blvd. Lakeside, AZ 85929** | C | | | | | | | | **122.20** |
| Account No. | | | | | | | | | |
| **Navopache Electric Co-op 1878 W. White Mountain Blvd. Lakeside,, AZ 85929** | C | | | | | | | | **3,202.33** |
| Account No. | | | | | | | | | |
| **Navopache Electric Co-op 1878 W. White Mountain Blvd. Lakeside,, AZ 85929** | C | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Neil King 3320 W. Falling Leaf Show Low, AZ 85901** | C | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **NewHomesSection.Com 18892 E. Seagull Drive Queen Creek,, AZ 85242** | C | | | | | | | | **525.00** |

Sheet no. **140** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,849.53**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                                 Case No. _____

         **Ronna L Martinson**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7209** | | | **Credit card purchases** | | | | |
| **Nordstrom** **PO Box 79137** **Phoenix, AZ 85062-9137** | C | | | | | | 6,611.29 |
| Account No. | | | | | | | |
| **North Valley Magazine** **711 East Carefree Hwy** **Phoenix,, AZ 85085** | C | | | | | | 300.00 |
| Account No. | | | | | | | |
| **Northern Energy - Overgaard** **PO Box 430** **Overgaard,, AZ 85933** | C | | | | | | 6,986.59 |
| Account No. | | | | | | | |
| **Northern Energy-Pinetop DO NOT USE** **PO Box 1539** **Pinetop,, AZ 85935** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Northstar Custom Logworks, Inc.** **PO Box 1165** **Pinedale,, AZ 85934** | C | | | | | | 12,092.00 |

Sheet no. __141__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal                                   **25,989.88**

                                 (Total of this page)

In re   **Gary A Martinson,**                               Case No. _____
        **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Northstar Painting, Inc.** <br>**600 S. 23rd Avenue** <br>**Show Low,, AZ 85901** | C | | | | | | **4,000.00** |
| Account No. **xxxxxxxx7275** <br><br>**NTC & Co. F.B.O. Doanld J.** <br>**Schmalz-Princ** <br>**PO Box 173859** <br>**Denver, CO 80217** | C | | Bison Crossing, LLC Investor | | | | **Unknown** |
| Account No. **xxxxxxxx1701** <br><br>**NTC & Co. F.B.O. Ronald L.** <br>**Korn-Principa** <br>**10167 E. Chochise Drive** <br>**Scottsdale, AZ 85258** | C | | Bison Cove, LLC Investor | | | | **Unknown** |
| Account No. **xxxxxxxx1701** <br><br>**NTC & Co. F.B.O. Ronald L.** <br>**Korn-Principa** <br>**10167 E. Chochise Drive** <br>**Scottsdale, AZ 85258** | C | | Bison Crossing, LLC Investor | | | | **Unknown** |
| Account No. **xxxxxxxx1701** <br><br>**NTC & Co. F.B.O. Ronald L.** <br>**Korn-Principa** <br>**10167 E. Chochise Drive** <br>**Scottsdale, AZ 85258** | C | | Tatanka Resort Suites, LLC Investors | | | | **Unknown** |

Sheet no. **142** of **211** sheets attached to Schedule of                Subtotal                                                       **4,000.00**
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bison Crossing, LLC Investor | | | | |
| NTC & Co. F.B.O. Rosemary Schmalz 5640 E. Bell Road Unit #1098 Scottsdale, AZ 85254 | | C | | | | | Unknown |
| Account No. | | | | | | | |
| Nutrioso Custom Homes, Inc. PO Box 1390 Show Low,, AZ 85902 | | C | | | | | 52,027.50 |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Nyle R. & Joy L. Kleinau 11421 Chipmunk Lane Fountain Hills, AZ 85268 | | C | Potential claim. | X | X | X | Unknown |
| Account No. | | | BK Trustee Quarterly Payment | | | | |
| Office of the Trustee 230 N. First Ave. #204 Phoenix,, AZ 85003-1706 | | C | | | | | 325.00 |
| Account No. | | | Life Insurance | | | | |
| Ohio National Life PO Box 237 Cincinnati, OH 45201-0237 | | C | | | | | 1,254.02 |

Sheet no. __143__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,606.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Oliva & Associates** <br>**11770 Bernado Plaza Ct.** <br>**San Diego,, CA 92128** | C | | | | | | 22,966.00 |
| Account No. <br><br>**Oliva & Associates** <br>**11838 Bernardo Plaza Court** <br>**San Diego,, CA 92128** | C | | | | | | 584.00 |
| Account No. <br><br>**Onsager, Werner & Oberg, P.L.C.** <br>**Attn: Dick Onsager** <br>**3200 N. Central Ave. #1800** <br>**Phoenix, AZ 85012** | C | | | | | | Unknown |
| Account No. **9571** <br><br>**Onstar** <br>**PO Box 1027** <br>**Warren, MI 48090** | C | | Credit card purchases | | | | Unknown |
| Account No. <br><br>**Open Hospitality** <br>**729 Seventh Ave. 8th Floor** <br>**New York, NY 10019** | C | | | | | | Unknown |

Sheet no. __**144**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,550.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
    **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Orco Construction Supply** **P.O. Box 39000** **San Francisco, CA 94139-5891** | C | | | | | | | 1,171.87 |
| Account No. | | | | | | | | |
| **Overlook & Cottages at Bison Ridge Owner** **c/o Justin Scott** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Overlook & Cottages at Bison Ridge, LLC** **c/o Bison Homes** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | Unknown |
| Account No. | | | | Bison Crossing, LLC Investor | | | | |
| **Pacific Bean and Tea LLC Defined Benefit** **c/o David Kanter** **11409 E. Bella Vista** **Scottsdale, AZ 85259** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Paper Chase** **16674 N. 91st St STE 104** **Scottsdale,, AZ 85260** | C | | | | | | | 568.03 |

Sheet no. __145__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,739.90**

In re   **Gary A Martinson,**
        **Ronna L Martinson**                              Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Paramount Windows**<br>**550 W. Southern Avenue**<br>**Tempe, AZ 85282** | C | | | | | | 8,317.00 |
| Account No. | | | | | | | |
| **Park Valley Water Company**<br>**P.O. Box 487**<br>**Show Low,, AZ 85902-0487** | C | | | | | | 769.69 |
| Account No. | | | | | | | |
| **Partners in Action**<br>**7729 W. Greenway Rd. #500**<br>**Scottsdale, AZ 85260** | C | | | | | | Unknown |
| Account No. | | | **Loans to Bison Communities, LLC**<br>**Working capital**<br>**$100,000; $81,849; $200,000; and $20,000**<br><br>**Husband personal guaranty** | | | | |
| **Patricia Schmid**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** | | H | | X | X | | 401,849.00 |
| Account No. | | | | | | | |
| **Patricia Schmid**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** | C | | | | | | Unknown |

Sheet no. __146__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                 (Total of this page)     **410,935.69**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re **Gary A Martinson,** Case No. _____
     **Ronna L Martinson**
_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Patrick A. Bain** <br>**6789 Circle C Lane** <br>**Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No. <br><br>**Patrick McKernan** <br>**9441 Stonebrooke Court** <br>**Tinley Park, IL 60477** | C | | **Potential liability arising from Claimants golf membership.** <br><br>**Potential claim.** | X | X | X | Unknown |
| Account No. <br><br>**Patrick McKernan** <br>**9441 Stonebrooke Court** <br>**Tinley Park, IL 60477** | C | | | | | | 12,000.00 |
| Account No. <br><br>**Paul's Ace Hardaware** <br>**2845 North Scottsdale Rd.** <br>**Scottsdale, AZ 85257** | C | | | | | | 1.52 |
| Account No. <br><br>**Paxon, Jim & Debra** <br>**PO Box 4218** <br>**Show Low, AZ 85902** | C | | | | | | Unknown |

Sheet no. __147__ of __211__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)            **12,001.52**

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **PBCC PO Box 856460 Louisville,, KY 40285-6460** | C | | | | | | | | **Unknown** |
| Account No. **PC Pool Care 6131 E. Juniper Ave. Scottsdale, AZ 85254** | C | | | | Pool Service | | | | **Unknown** |
| Account No. **Perkins Precast PO Box 1078 Show Low, AZ 85902-1078** | C | | | | | | | | **56.00** |
| Account No. **Philadelphia Insurance Company One Bala Palza, Suite 100 Bala Cynwyd, PA 19004** | C | | | | | | | | **Unknown** |
| Account No. **Philadelphia Insurance Company P.O. Box 70251 Philadelphia, PA 19004-0251** | C | | | | | | | | **6,848.00** |

Sheet no. __148__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,904.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
      **Ronna L Martinson**
                                   Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Phillip Mortello 11701 E. Calle Del Valle Tucson, AZ 85749 | C | | Potential claim. | X | X | X | Unknown |
| Account No. | | | | | | | |
| Pine Country Cabinets, Inc. 1200 E. Meadow View Place Show Low,, AZ 85901 | C | | | | | | 19,487.00 |
| Account No. | | | | | | | |
| Pioneer Title 421 S. Beeline Hwy, Box 250 Payson, AZ 85547 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| Pitney Bowes Global Financial Services P.O. Box 856460 Luisville, KY 40285-6460 | C | | | | | | 297.65 |
| Account No. | | | | | | | |
| Pitney Bowes Global Financial Services P.O. Box 856460 Louisville,, KY 40285-6460 | C | | | | | | 407.40 |

Sheet no. __149__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,192.05**

In re   **Gary A Martinson,**
      **Ronna L Martinson**
                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Pitney Bowes Global FinancialServicesLLC<br>P.O. Box 856460<br>Louisville,, KY 40285-6460** | C | | | | | | | 300.37 |
| Account No.<br><br>**Pitney Bowes Inc.<br>P.O. Box 856390<br>Louisville,, KY 40285-6390** | C | | | | | | | Unknown |
| Account No.<br><br>**Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville,, KY 40285-6042** | C | | | | | | | 284.00 |
| Account No.<br><br>**Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042** | C | | | | | | | Unknown |
| Account No.<br><br>**Pollack Family L.L.C.<br>c/o Mortgages Ltd.<br>4455 East Camelback Road<br>Phoenix, AZ 85018** | C | | | | | | | Unknown |

Sheet no. __150__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

584.37

In re   **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Positive Side of Sports, LLC** **Attn: Roy Garibaldi** **16641 N. 91st Street** **Scottsdale, AZ 85258** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Poteet Construction, Inc.** **P.O. Box 2197** **Show Low,, AZ 85902-2197** | C | | | | | | | **1,785.00** |
| Account No. | | | | | | | | |
| **Premium Assignment Corporation** **P.O. Box 79153** **Baltimore,, MD 21279-0153** | C | | | | | | | **51.17** |
| Account No. | | | | | | | | |
| **Preserve at Bison Crossing Owners Associ** **c/o Justin Scott** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Preserve at Bison Crossing, LLC** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |

Sheet no. __**151**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,836.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                                       Case No. _____
            **Ronna L Martinson**

                                                                      ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Professional Event Management**<br>**4707 E. Baseline Road**<br>**Phoenix, AZ 85042** | C | | | | | | | 722.14 |
| **Account No. xxxxxxxx-xx-5156**<br><br>**Protection One**<br>**c/o Valentine & Kebartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842-0625** | C | | | Secutiry at Alameda | | | | 254.66 |
| **Account No.**<br><br>**Provident Properties Inc.**<br>**c/o Bill Kujat**<br>**Suite 450 707 7th Avenue S.W.,**<br>**Calgary,**<br>**Canada T2P3H6** | C | | | Bison Crossing, LLC Investor | | | | Unknown |
| **Account No.**<br><br>**Provident Properties Inc.**<br>**c/o Bill Kujat**<br>**Suite 450 707 7th Avenue S.W.,**<br>**Calgary,**<br>**Canada T2P3H6** | C | | | Bison Club, LLC Investor | | | | Unknown |
| **Account No.**<br><br>**Provident Properties Inc.**<br>**c/o Bill Kujat**<br>**Suite 450 707 7th Avenue S.W.,**<br>**Calgary,**<br>**Canada T2P3H6** | C | | | Bison Cove, LLC Investor | | | | Unknown |

Sheet no. __152__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                           (Total of this page)          976.80

In re **Gary A Martinson,**          Case No. _____
      **Ronna L Martinson**

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bison Ridge Two LLC Investors | | | | |
| Provident Properties Inc. c/o Bill Kujat Suite 450 707 7th Avenue S.W., Calgary, Canada T2P3H6 | | C | | | | | Unknown |
| Account No. | | | Preserve at Bison Crossing LLC Investors | | | | |
| Provident Properties Inc. Suite 450 707 7th Avenue S.W., Calgary, Canada T2P3H6 | | C | | | | | Unknown |
| Account No. | | | | | | | |
| Provident Properties Inc. c/o Bill Kujat Suite 450 707 7th Avenue S.W., Calgary, Canada T2P3H6 | | C | | | | | Unknown |
| Account No. | | | Bison Ridge LLC Husband personal guaranty | | | | |
| Provident Properties, LLC Suite 450 707 7th Ave. S.W. Calgary, Canada T2P3H6 | X | H | | X | X | | 380,000.00 |
| Account No. | | | | | | | |
| Provident Properties, LLC c/o Bill Kujat Suite 450 707 7th Ave. S.W. Calgary, Canada T2P3H6 | | C | | | | | Unknown |

Sheet no. **153** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
            (Total of this page)       **380,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Q & L Design<br>1148 N. Larkspur Ct.<br>Gilbert,, AZ 85234** | C | | | | | | 1,105.00 |
| Account No. **xxxxxxxxxx979R**<br><br>**Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040** | C | | Service | | | | 147.17 |
| Account No.<br><br>**Qwest<br>P. O. Box 29039<br>Phoenix, AZ 85038-9039** | C | | Services | | | | 215.00 |
| Account No.<br><br>**Rachael Martin<br>575 W. Pecos Rd. #1030<br>Chandler, AZ 85225** | C | | | | | | Unknown |
| Account No.<br><br>**Rachael Martin<br>1460 E. Bell Road #2061<br>Phoenix, AZ 85022** | C | | Preserve at Bison Crossing LLC Investors | | | | Unknown |

Sheet no. \_\_**154**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,467.17

In re  **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Raintree Resort Casitas Owners Associati** c/o Jeff Hennick **9362 E. Raintree Drive #146** **Scottsdale,, AZ 85260** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ralph Levario** **1400 N. 40th Dr.** **Show Low, AZ 85901** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Ramons Landscaping LLC** **P.O. Box 1175** **Lakeside, AZ 85929** | C | | | | | | | **8,426.81** |
| Account No. | | | | Preserve at Bison Crossing LLC Investors | | | | |
| **Randall** **200 N. Tonto Street** **Payson, AZ 85541** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Randy Richmond** **6961 Thomas Ranch Rd** **Show Low, AZ 85901** | C | | | | | | | **Unknown** |

Sheet no. __155__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,426.81**

In re   **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ray Brothers Granite, LLC**<br>**1926 N. Ashland**<br>**Mesa,, AZ 85203** | C | | | | | | **4,623.77** |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ray Russell**<br>**3298 Rainbow Lake Dr.**<br>**Lakeside, AZ 85929** | C | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Reata Condominiums, LLC**<br>**c/o Tom Kautz**<br>**16605 E. Palisades Blvd. #136**<br>**Fountain Hills, AZ 85268** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Reata Condominiums, LLC**<br>**c/o William Stevenson**<br>**#17 Laguna del Mar, 441 West Bay Road, P**<br>**Grand Cayman, Caymans KY1-1205** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Redland Insurance Company**<br>**88 Pine Street, 16th Floor**<br>**New York, NY 10005** | C | | | | | | **Unknown** |

Sheet no. __156__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,623.77**

In re   **Gary A Martinson,**
      **Ronna L Martinson**                    Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br>**Reginald Moorby** <br>**1748 Farnsworth Street** <br>**Lakeside, AZ 85929** | C | | | | | | **Unknown** |
| **Account No.** <br><br>**Registrar of Contractors, Recovery Fund** <br>**3838 N. Central Ave., Ste 400** <br>**Phoenix, AZ 85012** | H | | **2009** <br>**Potential indemnity claim** | X | X | | **Unknown** |
| **Account No.** <br><br>**Reidhead Sand & Rock, Inc.** <br>**PO Box 7** <br>**Taylor, AZ 85939** | C | | | | | | **454.76** |
| **Account No.** <br><br>**Rena Westenburg** <br>**PO Box 2284** <br>**Show Low, AZ 85902** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |
| **Account No.** <br><br>**Renee Brzycki** <br>**2720 Billy Mayfair Loop** <br>**Show Low, AZ 85901** | C | | **Potential liability arising from Claimants golf membership.** | X | X | X | **Unknown** |

Sheet no. __157__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                  (Total of this page)      **454.76**

In re **Gary A Martinson,**                  Case No. _____
       **Ronna L Martinson**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Rennie Crittenden** **3591 W. Thornton** **Show Low, AZ 85901** | | C | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **ResortQuest** **14505 N. Hayden Road** **Scottsdale, AZ 85260-6953** | | C | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Rex & Debra Mueller** **13401 N. Manzanita Lane** **Fountain Hills, AZ 85268** | | C | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from claimants golf membership. | | | | |
| **Rex Allen** **3000 W. Billy Mayfair Loop** **Show Low, AZ 85901** | X | C | | X | X | X | Unknown |
| Account No. | | | Potential claim. | | | | |
| **Rex Allen** **24654 N. Lake Pleasant Pkwy, #1** **Peoria, AZ 85383** | | C | | X | X | X | Unknown |

Sheet no. __158__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal         **0.00**
                                (Total of this page)

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Rian Norris 860 N. 36th Drive Show Low, AZ 85901 | C | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Richard & Laura Page 1500 N. Stellers Jay Ave. Green Valley, AZ 85614 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Richard & Patricia 121 Timber Ridge Loop Show Low, AZ 85901 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential Claim | | | | |
| richard A. & Leann Williams 39918 N. Majesty Trail Phoenix, AZ 85086 | C | | | | X | X | X | Unknown |
| Account No. | | | | Potential claim. | | | | |
| Richard Connor 20291 N. 86th St. Scottsdale, AZ 85255 | C | | | | X | X | X | Unknown |

Sheet no. __159__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Gary A Martinson,**                              Case No. _____
         **Ronna L Martinson**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Richard Meitz 3509 E. Windsong Dr. Phoenix, AZ 85048 | C | | Potential claim. | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Richard Putz 6101 W. Rose Garden Ln. Glendale, AZ 85308 | C | | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| Richard Putz 6101 W. Rose Garden Ln. Glendale, AZ 85308 | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Richard Smalley 2560 W Stock Show Low, AZ 85901 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| Richard Walseth 3201 W Old Linden Road Show Low, AZ 85901 | C | | | | | | Unknown |

Sheet no. __160__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal          **0.00**
                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
         **Ronna L Martinson**
                                                   Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Rick Lodwick** **2656 N. 56th St., #145** **Mesa, AZ 85215** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Rim Country Mechanical, INC** **261 North 8th Street** **Show Low, AZ 85901** | C | | | | | | | |
| | | | | | | | | **4,075.76** |
| Account No. | | | | | | | | |
| **Rim Country Regional Chamber of Commerce** **PO Box 1380** **Payson,, AZ 85547** | C | | | | | | | |
| | | | | | | | | **390.00** |
| Account No. | | | | Potential liability arising from claimants golf membership. | | | | |
| **Robert Alvarado** **PO Box 1450** **Queen Creek, AZ 85142** | X C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Bison Cove, LLC Investor | | | | |
| **Robert and Judith Stall** **7420 E. Onyx Court** **Scottsdale, AZ 85258** | C | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __161__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                        (Total of this page)       **4,465.76**

In re   **Gary A Martinson,**              Case No. _____
      **Ronna L Martinson**

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert D. Harbin**<br>**4311 W Box Elder Ln**<br>**Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No.<br><br>**Robert DeBrocke**<br>**912 E. Menlo Circle**<br>**Mesa, AZ 85207** | C | | | | | | Unknown |
| Account No.<br><br>**Robert E. Pittman**<br>**301 S. Signal Butte Road, Lot 618**<br>**Apache Junction, AZ 85220** | C | | **Bison Cove, LLC Investor** | | | | Unknown |
| Account No.<br><br>**Robert G. and Karen Franklin**<br>**1704 W. Aloe Vera Dr.**<br>**Phoenix, AZ 85085** | C | | **Potential Claim** | X | X | X | Unknown |
| Account No.<br><br>**Robert Gruler**<br>**21469 NOrth 83rd Street**<br>**Scottsdale, AZ 85255** | C | | **Potential liability arising from Claimants golf membership.**<br><br>**Potential claim.** | X | X | X | Unknown |

Sheet no. __162__ of __211__ sheets attached to Schedule of                Subtotal              **0.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re  **Gary A Martinson,**  Case No. _____
     **Ronna L Martinson**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Robert Kaiser** **10441 E. Lambert Dr.** **Chandler, AZ 85248** | C | | | Potential claim. | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Robert Kuhnau** **1141 N. Bison Golf Court** **Show Low, AZ 85901** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Robert Kuhnau** **63443 E. Harmony Drive** **Tucson, AZ 85739** | C | | | Potential claim. | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Robert Leonard** **20347 N. 78th St.** **Scottsdale, AZ 85255** | C | | | Potential claim. | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Robert Schabloski** **520 E. Helena Dr.** **Phoenix, AZ 85022** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**163**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal                **0.00**
    (Total of this page)

In re    **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **Robert Schabloski** **520 E. Helena Dr.** **Phoenix, AZ 85022** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Robert Stanbery** **4261 Sugar Pine Loop** **Show Low, AZ 85901** | C | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Robert Stanbery** **4261 Sugar Pine Loop** **Show Low, AZ 85901** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Robert Stanbery** **4261 Sugar Pine Look** **Show Low,, AZ 85901** | C | | | | | | | **1,200.00** |
| Account No. | | | | Potential Claim | | | | |
| **Robert Urban** **14015 Trail Ridge Drive** **Sun City West, AZ 85375** | C | | | | X | X | X | **Unknown** |

Sheet no. __164__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,200.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
       **Ronna L Martinson**       Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential Claim | | | | |
| **Robert Walters** **909 W. Madera Lane** **Payson, AZ 85541** | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Roger Goto** **948 S. Fox Hunt Dr.** **Show Low, AZ 85901** | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Roger Olsen** **2723 N Winthrop** **Mesa, AZ 85213** | C | | | | | | Unknown |
| Account No. | | | Bison Crossing, LLC Investor | | | | |
| **Roger W. Damgaard** **PO BOX 5027** **Sioux Falls, SD 57117** | C | | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ronald & Carolyn Hernandez** **8038 S. 38th Pl.** **Phoenix, AZ 85042** | C | | | X | X | X | Unknown |

Sheet no. __165__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal          **0.00**
                 (Total of this page)

In re **Gary A Martinson,**  
**Ronna L Martinson**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential claim. | | | | |
| Ronald Epperson 2401 E. Ocotillo Rd. Phoenix, AZ 85016 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential liability arising from Claimants golf membership. | | | | |
| Ronald Hernandez 8038 S. 38th Place Phoenix, AZ 85042 | C | | | Potential claim. | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Bison Club, LLC Investor | | | | |
| Ronald Korn 1252 N. Joplin Mesa, AZ 85207 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Potential Claim | | | | |
| Ronald R. & Darlene Matlewsky 7809 W. Jenan Dr. Peoria, AZ 85345 | C | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ronna Lea's Country, L.L.C. c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259 | C | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __166__ of __211__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

0.00

In re    **Gary A Martinson,**
      **Ronna L Martinson**                  Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Ronna's Interiors, L.L.C. c/o Bison Homes 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Bison Crossing, LLC Investor | | | | |
| **Rosemary Turner 15029 N. Thompson Peak Pkwy #B111-531 Scottsdale, AZ 85260** | C | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Roy Garibaldi 8101 E. Wingspan Way Scottsdale, AZ 85255** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ruth & Harry Nelson PO Box 3613 Show Low, AZ 85902-3613** | C | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Ruth Fletcher 1191 N. 27th Ave. Show Low, AZ 85901** | C | | | | | X | X | X | **Unknown** |

Sheet no. __**167**__ of __**211**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                Subtotal (Total of this page)      **0.00**

In re    **Gary A Martinson,**            Case No. _____
        **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**S.E. Consultants, Inc**<br>**5800 E. Thomas Rd.**<br>**Scottsdale, AZ 85251** | C | | | | | | 13,950.00 |
| Account No.<br><br>**Safeguard**<br>**P.O. Box 12847**<br>**Scottsdale,, AZ 85267-2847** | C | | | | | | 20,706.68 |
| Account No.<br><br>**SafeGuard**<br>**PO Box 5870**<br>**Scottsdale, AZ 85261-5870** | C | | | | | | 144.00 |
| Account No.<br><br>**Safeguard Security &**<br>**Communications**<br>**P. O. Box 12847**<br>**Scottsdale, AZ 85267-2847** | H | | **2009**<br>**Lawsuit pending against Gary Martinson and Bison Homes Construction, LLC** | X | X | X | 13,752.00 |
| Account No. xxxx-xxxxxx-x2003<br><br>**Safeguard Security & Storage**<br>**PO Box 5870**<br>**Scottsdale, AZ 85261-5870** | C | | **Credit card purchases** | | | | Unknown |

Sheet no. **168** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **48,552.68**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Services | | | | |
| **Saline Pest Management** <br> **PO Box 1628** <br> **Taylor, AZ 85939** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Services | | | | |
| **Saline Pest Management, Inc.** <br> **PO Box 1628** <br> **Taylor, AZ 85939** | C | | | | | | | | **215.00** |
| **Account No.** | | | | | | | | | |
| **Sam Ciatu** <br> **11184 N. 119th Place** <br> **Scottsdale, AZ 85259** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Services | | | | |
| **Sam the Bug Man** <br> **16605 E. Palisades #124 PMB 354** <br> **Fountain Hills, AZ 85268** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Sanders & McNeil** <br> **2229 S. Sycamore Ave.** <br> **Los Angeles, CA 90016** | C | | | | Potential claim. | X | X | X | **Unknown** |

Sheet no. __**169**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**215.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                                Case No. _____
           **Ronna L Martinson**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Sarah B. Muzrall** **2300 N. Cottage Trail #1** **Show Low, AZ 85901** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **SCF Arizona** **3030 N. 3rd Street** **Phoenix, AZ 85012** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **SCF of Arizona** **PO Box 33049** **Phoenix, AZ 85067-3049** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Schedule A Property, under the R and C A** **4455 East Camelback Road** **Phoenix, AZ 85018** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Scott and Barbara Nelson** **60 E. Rio Salado Pkwy Suite 900** **Tempe, AZ 85281** | C | | | | | | | **Unknown** |

Sheet no. __170__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal         **0.00**
                                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Gary A Martinson,**                       Case No. _____
        **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Scott and Barbara Nelson Holdings, LLLP**<br>**140 E. Rio Salado Pkwy #606**<br>**Tempe, AZ 85281** | | H | **Bison Crossings LLC**<br>**Retreat at Bison Crossing Unit 64**<br>**Construction Loan**<br><br>**Husband personal guaranty** | X | X | | **290,000.00** |
| Account No.<br><br>**Scott and Barbara Nelson Holdings, LLLP**<br>**140 E. Rio Salado Pkwy #606**<br>**Tempe, AZ 85281** | X | H | **Bison Homes Construction LLC**<br><br>**Husband personal guaranty** | X | X | | **50,000.00** |
| Account No.<br><br>**Scott and Barbara Nelson Holdings, LLLP**<br>**60 E. Rio  Salado Pkwy Ste. 900**<br>**Tempe, AZ 85281** | | C | | | | | **Unknown** |
| Account No.<br><br>**Scott and Laura Heideman**<br>**6726 E Horned Owl Trail**<br>**Scottsdale, AZ 85252** | | C | | | | | **Unknown** |
| Account No.<br><br>**Scott G. Martinson**<br>**10114 E Tierra Buena Lane**<br>**Scottsdale, AZ 85255** | | C | | | | | **Unknown** |

Sheet no. __171__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **340,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
      **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Scott Kay** **1441 N. Fairway Dr.** **Show Low, AZ 85901** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | Potential Claim | | | | |
| **Scott Lawless** **149 Taylor Blvd.** **Lagrange, OH 44050** | C | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Scott Nelson** **140 E Rio Salado Pkwy Unit 606** **Scottsdale, AZ 85259** | C | | | | | | | | Unknown |
| Account No. | | | | | 4/16/2009 Lease of residence at 8539 E. Camino Vivaz, Scottsdale, AZ | | | | |
| **Scott Nelson Family Ltd. Partnership** **140 E. Rio Salado Pkwy. #606** **Tempe, AZ 85281** | H | | | | | | | | 32,500.00 |
| Account No. | | | | | | | | | |
| **Scott Properties Limited Partnership** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | | Unknown |

Sheet no. __172__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **32,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                  Case No. _____
        **Ronna L Martinson**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential Claim | | | | |
| **Scott Schleifer** **7301 E. 3rd Ave., #321** **Scottsdale, AZ 85251** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Scott Wood** **5818 E. Grandview Road** **Scottsdale, AZ 85254** | C | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Scottsdale Air Park News** **15855 N. Greenway-Hayden Loop** **Scottsdale, AZ 85260** | C | | | | | | | |
| | | | | | | | | **813.20** |
| Account No. | | | | | | | | |
| **Scottsdale Area Association of Realtors** **4221 N. Scottsdale Road** **Scottsdale,, AZ 85251** | C | | | | | | | |
| | | | | | | | | **370.00** |
| Account No. | | | | | | | | |
| **Scottsdale Area Chamber of Commerce** **4725 N. Scottsdale Rd. #210** **Scottsdale, AZ 85251-7622** | C | | | | | | | |
| | | | | | | | | **395.00** |

Sheet no. __173__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal                  | **1,578.20**
(Total of this page)

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Scottsdale Association of Realtors** <br> **4221 N. Scottsdale Road** <br> **Scottsdale, AZ 85251-3909** | C | | | | | | 400.00 |
| Account No. <br><br> **Scottsdale Convention & Visitors Bureau** <br> **4343 N. Scottsdale Road** <br> **Scottsdale,, AZ 85251** | C | | | | | | 1,212.50 |
| Account No. <br><br> **Scottsdale Fine Properties** <br> **10105 E. Via Linda Ste. 103-180** <br> **Scottsdale, AZ 85258** | C | | | | | | Unknown |
| Account No. <br><br> **Scottsdale Fine Properties** <br> **10135 E. Via Linda** <br> **Scottsdale,, AZ 85258** | C | | | | | | 1,854.05 |
| Account No. <br><br> **Scottsdale.Com, LLC** <br> **16624 N. 90th St., Ste 104** <br> **Scottsdale,, AZ 85260** | C | | | | | | 813.20 |

Sheet no. __174__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,279.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sentry Fire & Welding Supply, Inc. 5577 Bear Run Rd Lakeside, AZ 85929 | C | | | | | | 1.38 |
| Account No. | | | | | | | |
| Sentry Fire & Welding Supply, Inc. 5577 Bear Run Rd Lakeside, AZ 85929 | C | | | | | | 25.46 |
| Account No. | | | | | | | |
| Service Plus, Inc 200 W. Aero Payson, AZ 85541 | C | | | | | | 918.97 |
| Account No. | | | | | | | |
| Seven Mile Max, LLC #17 Laguna del Mar, 441 West Bay Road, P Grand Cayman, Caymans KY1-1205 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| Seven Mile Max, LLC 60 E. Rio  Salado Pkwy Ste. 900 Tempe, AZ 85281 | C | | | | | | Unknown |

Sheet no. __175_ of _211_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

945.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Sharon P. Kopp** <br> **PO Box 2093** <br> **Show Low, AZ 85902** | C | | | | | | | **Unknown** |
| Account No. <br><br> **Sharon Pillsbury** <br> **3615 W. Keller Court** <br> **Phoenix, AZ 85086** | C | | | Potential Claim | X | X | X | **Unknown** |
| Account No. <br><br> **Sherwin Williams** <br> **5435 Highway 260** <br> **Lakeside, AZ 85929** | C | | | | | | | **39.39** |
| Account No. <br><br> **Shopping A to Z TV** <br> **28248 N. Tatum Blvd. B-435** <br> **Cave Creek, AZ 85331** | C | | | | | | | **2,808.00** |
| Account No. <br><br> **Show Low Auto Parts** <br> **680 N. Penrod** <br> **Show Low, AZ 85901** | C | | | | | | | **282.39** |

Sheet no. __176__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,129.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re    **Gary A Martinson,**
       **Ronna L Martinson**                  Case No. _____

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Show Low Chamber of Commerce 81 E. Deuce of Clubs Show Low,, AZ 85901 | C | | | | | | 425.00 |
| Account No. | | | | | | | |
| Sidewinder Supply Inc. 1190 E. Huning Show Low, AZ 85901 | C | | | | | | 19,761.86 |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Sidney & Audrey Durham 440 N. Retreat Dr. Show Low, AZ 85901 | C | | | X | X | X | Unknown |
| Account No. | | | Potential claim. | | | | |
| Sidney Durham 10036 E. Nacoma Dr. Sun Lakes, AZ 85248 | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Sidney Ters 872 E. Ivanhoe Ct. Gilbert, AZ 85296 | C | | Potential claim. | X | X | X | Unknown |

Sheet no. __177__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
          (Total of this page)        **20,186.86**

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Silver Creek Electric, Inc.** <br> **8376 Dog Leg Place** <br> **Show Low,, AZ 85901-8164** | C | | | | | | **6,108.03** |
| **Account No.** <br><br> **Simon Key** <br> **6070 E. Starlight Ridge** <br> **Lakeside, AZ 85909** | C | | **Potential liability arising from Claimants golf membership.** <br><br> **Potential claim.** | X | X | X | **Unknown** |
| **Account No.** <br><br> **Simpson Norton Corp.** <br> **P.O. Box 52534** <br> **Phoenix, AZ 85072-2534** | C | | | | | | **57.37** |
| **Account No.** <br><br> **Sodden Planning & Design pllc** <br> **8641 East Clydesdale Trail** <br> **Scottsdale, AZ 85258** | C | | | | | | **3,933.77** |
| **Account No.** <br><br> **Southwest Farm Services** <br> **11926 W. Southern Ave.** <br> **Tolleson, AZ 85353** | H | | **2009** <br> **Trade debt** | | | | **8,304.00** |

Sheet no. **178** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,403.17**

In re  **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Southwest Farm Services** **6225 North 24th Street #125** **Phoenix,, AZ 85016** | C | | | | | | | | **Unknown** |
| Account No. **xxx-xxxxxx2-004** | | | | | | | | | |
| **Southwest Gas** **PO Box 52075** **Phoenix, AZ 85072** | C | | | | | | | | **Unknown** |
| Account No. **xxx-xxxxxx2-004** | | | | | Gas for Camino Vivaz | | | | |
| **Southwest Gas** **PO Box 52075** **Phoenix, AZ 85072** | C | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Sparkletts** **PO Box 660579** **Dallas, TX 75266-0579** | C | | | | | | | | **41.24** |
| Account No. | | | | | | | | | |
| **Sparkletts Water** **P.O. Box 911** **Taylor, AZ 85939** | C | | | | | | | | **0.20** |

Sheet no. **179** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **41.44**

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Sparkletts Water**<br>**P.O. Box 911**<br>**Taylor, AZ 85939** | C | | | | | | | | 6.00 |
| Account No. <br><br>**Speedie and Associates**<br>**3331 E. Wood Street**<br>**Phoenix, AZ 85040** | C | | | | | | | | 7,332.50 |
| Account No. <br><br>**Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | C | | | | | | | | 169.52 |
| Account No. <br><br>**Sprint**<br>**PO Box 54977**<br>**Los Angeles, CA 90054** | C | | | | | | | | 838.52 |
| Account No. <br><br>**SRP**<br>**P.O. Box 2950**<br>**Phoenix, AZ 85062-2950** | C | | | | | | | | 1,494.08 |

Sheet no. __**180**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,840.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| St Paul Travelers - Inland Marine 2401 W. Peoria Ave., 2nd floor Phoenix, AZ 85029 | C | | | | | | Unknown |
| Account No. | | | | | | | |
| St. Lucia Holdings, LLC 10953 N. FLW Blvd. #110 Scottsdale, AZ 85259 | C | | | | | | Unknown |
| Account No. | | | Potential Claim | | | | |
| Stace Kautz 16605 E. Palisades #136 Fountain Hills, AZ 85268 | C | | | X | X | X | Unknown |
| Account No. | | | Potential claim. | | | | |
| Stanley Drake 15375 W. Skyview Way Surprise, AZ 85374 | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Staples Business Advantage Dept LA Chicago,, IL 60696-3689 | C | | | | | | 164.04 |

Sheet no. __181__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          164.04

In re    **Gary A Martinson,**
       **Ronna L Martinson**                               Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stephen & Ellen Hofmann**<br>**6253 W. Monona Dr.**<br>**Glendale, AZ 85308** | | C | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |
| Account No.<br><br>**Stephen & Joan Lora**<br>**1013 E. Grandview Rd.**<br>**Phoenix, AZ 85022** | | C | Potential liability arising from Claimants golf membership. | X | X | X | **Unknown** |
| Account No.<br><br>**Stephen Dixon**<br>**7241 E. Visao Dr.**<br>**Scottsdale, AZ 85262** | | C | Potential claim. | X | X | X | **Unknown** |
| Account No.<br><br>**Stephen Lora**<br>**1013 S. Grandview Rd**<br>**Phoenix, AZ 85022** | | C | Potential liability arising from Claimants golf membership.<br>Potential claim. | X | X | X | **Unknown** |
| Account No.<br><br>**Stephen Paulson**<br>**7141 E. Cozy Camp Dr.**<br>**Prescott Valley, AZ 86314** | | C | Potential liability arising from Claimants golf membership.<br>Potential claim. | X | X | X | **Unknown** |

Sheet no. **182** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
              (Total of this page)       **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Gary A Martinson,**                 Case No. _____
         **Ronna L Martinson**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Steve & Patricia Colborn 1932 E. Desert Greens Ln. Fort Mohave, AZ 86426** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | Potential Claim | | | | |
| **Steve Dominguez 855 W. Highland St. Chandler, AZ 85225** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | Potential liability arising from Claimants golf membership. Potential claim. | | | | |
| **Steve Froemming 7275 E. Arlington Rd. Scottsdale, AZ 85251** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Steve Price 2110 S. Sierra Park Trail Show Low, AZ 85901** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Steve Voller 1301 E. Meadow View Pl. Show Low, AZ 85901** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __**183**__ of __**211**__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re    **Gary A Martinson,**
       **Ronna L Martinson**                            Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| **Steven & Rae Hane** **4555 S. Mission Rd., #442E** **Tucson, AZ 85746** | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Steven and Wendy Voss** **420 S. Ash Avenue** **Tempe, AZ 85281** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Steven K. Williams** **4161 Sugar Pine Loops** **Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No. | | | Potential Claim | | | | |
| **Steven L. & Beverly Clindaniel** **10020 N. 15th Ave.** **Phoenix, AZ 85021** | C | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Stowe Architecture** **1129 West Palm Lane** **Phoenix, AZ 85007** | C | | | | | | 6,000.00 |

Sheet no. __184__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal      **6,000.00**
                      (Total of this page)

In re    **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential claim. | | | | |
| **Stuart Capers** <br> **6446-80 E. Trailridge Circle** <br> **Mesa, AZ 85215** | | C | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Sue Layvas** <br> **PO Box 113** <br> **Overgaard, AZ 85933** | | C | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Sullivan Designs, Inc.** <br> **7878 North 16th Street #270** <br> **Phoenix, AZ 85020** | | C | | | | | **15,000.00** |
| Account No. | | | | | | | |
| **Sullivan Designs, Inc.** <br> **7878 North 16th Street #270** <br> **Phoenix, AZ 85020** | | C | | | | | **15,000.00** |
| Account No. | | | | | | | |
| **Summit Development** <br> **17207 N. Perimeter Drive #200** <br> **Scottsdale, AZ 85255** | | C | | | | | **Unknown** |

Sheet no. _**185**_ of _**211**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **30,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
     **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential Claim | | | | |
| **Sundown Equipment LLC** **8185 E. Alameda Road** **Scottsdale, AZ 85255** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Sunstate Equipment Company** **P.O. Box 52581** **Phoenix, AZ 85072-2581** | C | | | | | | | | |
| | | | | | | | | | **702.26** |
| Account No. | | | | | | | | | |
| **Sunstate Marketing Solutions** **7689 E. Paradise Lane** **Scottsdale, AZ 85260** | C | | | | | | | | |
| | | | | | | | | | **267.08** |
| Account No. | | | | | | | | | |
| **Supra, A Division Of GE Security** **P.O. Box 660007** **Dallas,, TX 75266-0007** | C | | | | | | | | |
| | | | | | | | | | **146.75** |
| Account No. | | | | | | | | | |
| **Surface Contracting** **PO Box 3708** **Glendale, AZ 85311** | C | | | | | | | | |
| | | | | | | | | | **25,509.34** |

Sheet no. __**186**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,625.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
　　　　**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| **Susan Robb** **1125 N Bavarian Way** **Payson, AZ 85541** | C | | | | | | **Unknown** |
| Account No. | | | Potential claim. | | | | |
| **Suzanne Goble** **3847 E. Rolling Green Way** **Chandler, AZ 85249** | C | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **SWCA Environmental Consultants** **PO Box 92170** **Elk Grove,, IL 60009** | C | | | | | | **1,233.98** |
| Account No. | | | | | | | |
| **T & J Gross Trust Agreement dated May 20** **4455 East Camelback Road** **Phoenix, AZ 85018** | C | | | | | | **Unknown** |
| Account No. | | | Potential Claim | | | | |
| **T.L. Wells** **17211 N. 79th Street** **Scottsdale, AZ 85255** | C | | | X | X | X | **Unknown** |

Sheet no. __**187**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,233.98**

In re    **Gary A Martinson,**           Case No. _____
       **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Take 5 Entertainment & News Guide** **16810 Avenue of the Fountains** **Fountain Hills,, AZ 85268** | C | | | | | | | 179.55 |
| Account No. | | | | | | | | |
| **Tatanka Center, LLC** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tatanka Resort Casitas Owners Associatio** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | | 1,692.00 |
| Account No. | | | | | | | | |
| **Tatanka Resort Suites, LLC** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | | **Unknown** |
| Account No. | | | | Potential Claim | | | | |
| **Teresa Conrow** **603 Woodlawn Ave.** **Venice, CA 90291** | C | | | | X | X | X | **Unknown** |

Sheet no. __**188**__ of __**211**__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)     **1,871.55**

In re   **Gary A Martinson,**
       **Ronna L Martinson**
                                                  Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Terrell Hastings**<br>**1024 E. Rosemonte Drive**<br>**Phoenix, AZ 85024** | | C | **Potential Claim** | X | X | X | Unknown |
| Account No.<br><br>**Terry & Loretta Baughman**<br>**4900 N. Avenida De Vizcaya**<br>**Tucson, AZ 85718** | X | C | **Potential liability arising from claimants golf membership.**<br><br>**Potential claim.** | X | X | X | Unknown |
| Account No.<br><br>**Tetra Tech**<br>**431 South Beeline Highway #A**<br>**Payson, AZ 85541** | | C | | | | | Unknown |
| Account No.<br><br>**The Golf Villas at Show Low Owners Assoc**<br>**3205 Lakeside Village**<br>**Prescott,, AZ 86301** | | C | | | | | Unknown |
| Account No.<br><br>**The Golf Villas at Show Low Owners Assoc**<br>**3205 Lakeside Village**<br>**Prescott,, AZ 86301** | | C | | | | | Unknown |

Sheet no. __189__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                                  (Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                           Case No. _____

        **Ronna L Martinson**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Golf Villas at Show Low, LLC** <br> **10953 N. FLW Blvd. #110** <br> **Scottsdale, AZ 85259** | C | | | | | | Unknown |
| Account No. <br><br> **The Golf Villas at Torreon Owners Associ** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | Unknown |
| Account No. <br><br> **The Lodges at Show Low Owners Associatio** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | Unknown |
| Account No. <br><br> **The Overlook at Bison Ridge Owners Assoc** <br> **3205 Lakeside Village** <br> **Prescott,, AZ 86301** | C | | | | | | Unknown |
| Account No. <br><br> **The Overlook at Scottsdale Mountain II O** <br> **150 E. Alamo Drive #3** <br> **Chandler, AZ 85225** | C | | | | | | Unknown |

Sheet no. __190__ of __211__ sheets attached to Schedule of             Subtotal          | **0.00**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

In re   **Gary A Martinson,**             Case No. _____
      **Ronna L Martinson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Overlook at Scottsdale Mountain Owne** <br>**150 E. Alamo Drive #3** <br>**Chandler, AZ 85225** | C | | | | | | **Unknown** |
| Account No. <br><br>**The Real Estate Book AZ** <br>**P.O. Box 142** <br>**Pinetop,, AZ 85935** | C | | | | | | **258.00** |
| Account No. <br><br>**The Retreat at Legend Trail Owners Assoc** <br>**PO Box 62073** <br>**Phoenix,, AZ 85082** | C | | | | | | **Unknown** |
| Account No. <br><br>**The Rock Yard** <br>**200 N. Tonto Street** <br>**Payson,, AZ 85541** | C | | | | | | **9,130.42** |
| Account No. <br><br>**Thomas Howard** <br>**9613 W. Avenida Del Sol** <br>**Peoria, AZ 85383** | C | | Potential liability arising from Claimants golf membership. <br><br>**Potential claim.** | X | X | X | **Unknown** |

Sheet no. **191** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **9,388.42**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Thomas J. Butler**<br>**PO Box 485**<br>**Show Low, AZ 85902** | C | | | | | | Unknown |
| Account No. <br><br>**Thomas J. Shay**<br>**13300 E Via Linda**<br>**#1010**<br>**Scottsdale, AZ 85259** | C | | | | | | Unknown |
| Account No. <br><br>**Thomas Kautz**<br>**16605 E. Palisades #136**<br>**Fountain Hills, AZ 85268** | C | | Potential Claim | X | X | X | Unknown |
| Account No. <br><br>**Thomas Novak**<br>**24051 N. 22nd Way**<br>**Phoenix, AZ 85024** | C | | Potential liability arising from Claimants golf membership.<br><br>Potential claim. | X | X | X | Unknown |
| Account No. <br><br>**Thomas Venerable**<br>**2533 N. Miller Rd.**<br>**Scottsdale, AZ 85257** | C | | Potential liability arising from Claimants golf membership.<br><br>Potential claim. | X | X | X | Unknown |

Sheet no. __**192**__ of __**211**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

In re **Gary A Martinson,**
     **Ronna L Martinson**
                                      ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1900** <br><br> **Thor Credit** <br> **PO Box 51826** <br> **Los Angeles, CA 90051-6126** | C | | **Deficient, if any, on motor home** | | | | **137,269.42** |
| Account No. <br><br> **Tiffani Carpenter** <br> **5408 E. Woodridge Drive** <br> **Scottsdale, AZ 85254** | C | | **Potential Claim** | X | X | X | **Unknown** |
| Account No. <br><br> **Timothy J. Bennett** <br> **14616 N Winston Lane** <br> **Fountain Hills, AZ 85268** | C | | | | | | **Unknown** |
| Account No. <br><br> **Timothy Maas** <br> **4307 N. Sage Creek Circle** <br> **Mesa, AZ 85207** | C | | **Potential liability arising from Claimants golf membership.** <br><br> **Potential claim.** | X | X | X | **Unknown** |
| Account No. <br><br> **TKE Corp.** <br> **P.O. Box 933004** <br> **Atlanta,, GA 31193-3004** | C | | | | | | **514.42** |

Sheet no. \_\_**193**\_\_ of \_\_**211**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**137,783.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Tom and Cheryl Kautz 16606 E. Palisa Fountain Hills, AZ 85268 | C | | | | | | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Tom Howard 9613 W. Avenida Del Sol Peoria, AZ 85383 | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Tom Packhouz 10165 E. Wethersfield Rd. Scottsdale, AZ 85260 | C | | | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Tom Packouz 10165 E. Wethersfield Scottsdale, AZ 85260 | C | | Potential claim. | X | X | X | Unknown |
| Account No. | | | Potential liability arising from Claimants golf membership. | | | | |
| Tom Paige 261 N. Retreat Way Show Low, AZ 85901 | C | | | X | X | X | Unknown |

Sheet no. __194__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Gary A Martinson,**
　　　**Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Tom Paige** **951 S. Copper Key Court** **Gilbert, AZ 85233** | C | | | Potential liability arising from Claimants golf membership. Potential claim. | X | X | X | **Unknown** |
| Account No. **Torreon Community Assn., Inc.** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | | **7,705.80** |
| Account No. **xxL-010** **Torreon Community Association** **/co Hoamco Box 10000** **Prescott, AZ 86304** | C | | | Association Dues - Lodges #10 | | | | **633.00** |
| Account No. **Torreon Community Association Inc.** **3205 Lakeside Village** **Prescott,, AZ 86301** | C | | | | | | | **2,366.40** |
| Account No. **0338** **Torreon Golf Club** **651 S. Torreon Loop** **Show Low, AZ 85901** | C | | | Golf Club Dues & Fees - Lodges #10 | | | | **1,417.78** |

Sheet no. __195__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,122.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**                        Case No. _____
       **Ronna L Martinson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6010**<br><br>**Torreon Golf Club**<br>**651 S. Torreon Loop**<br>**Show Low, AZ 85901** | | C | Golf Club Dues & Fees | | | | **Unknown** |
| Account No. **6010**<br><br>**Torreon Golf Club**<br>**651 S. Torreon Loop**<br>**Show Low, AZ 85901** | | C | Gold Club Dues and Dees - Gary and Ronna Martinson | | | | **0.00** |
| Account No.<br><br>**Torreon Golf Club**<br>**651 S. Torreon Loop**<br>**Show Low, AZ 85901** | | C | | | | | **4,466.21** |
| Account No.<br><br>**Torreon Golf Club LLC**<br>**17207 N. Perimeter Drive #200**<br>**Scottsdale, AZ 85255** | | C | | | | | **1,134.56** |
| Account No.<br><br>**Toshiba Business Solutions**<br>**2622 S. 24th Stree**<br>**Phoenix,, AZ 85034** | | C | | | | | **288.84** |

Sheet no. **196** of **211** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,889.61**

In re    **Gary A Martinson,**
     **Ronna L Martinson**
_____
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Toshiba Business Solutions** **2622 S. 24th Stree** **Phoenix,, AZ 85034** | C | | | | | | | 1,391.47 |
| Account No. | | | | | | | | |
| **Town of Fountain Hills** **16705 E. Avenue of the Fountains** **Fountain Hills, AZ 85268** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Town of Oro Valley** **1100 N. La Canada Drive** **Oro Valley, AZ 85737** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Town of Payson** **303 N. Beeline Hwy** **Payson, AZ 85541** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Transnation Title** **1500 East Wolford #102** **Show Low, AZ 85901** | C | | | | | | | Unknown |

Sheet no. __197__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,391.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Gary A Martinson,**
      **Ronna L Martinson**                         Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Travis Hulbert Plumbing, LLC** **3280 Pine Needle Drive** **Show Low,, AZ 85901** | C | | | | | | | 3,950.00 |
| Account No. | | | | | | | | |
| **Trendwest Resorts** **8427 SouthPark Circle** **Orlando, FL 32819** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **True West Publishing, Inc.** **P.O. Box 8008** **Cave Creek,, AZ 85327** | C | | | | | | | 539.00 |
| Account No. | | | | | | | | |
| **Tudor Insurance** **400 Parsons Pond Dr** **Franklin Lakes, NJ 07417** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **U.S. Insulation** **440 N. Industrial Drive** **Snowflake,, AZ 85937** | C | | | | | | | 9,070.00 |

Sheet no. **198** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                        **13,559.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**United Rentals Northwest, Inc.**<br>**FILE 51122**<br>**Los Angeles, CA 90074-1122** | C | | | | | | **64.86** |
| Account No. <br><br>**United Specialty Insurance**<br>**13403 Northwest Freeway**<br>**Houston, TX 77040** | C | | | | | | **Unknown** |
| Account No. <br><br>**United States Department of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530** | C | | | | | | **325.00** |
| Account No. **xxxxxx0000** <br><br>**UNS Gas**<br>**PO Box 80078**<br>**Prescott, AZ 86304-8094** | C | | Gas | | | | **Unknown** |
| Account No. **xxxxxx0000** <br><br>**UNS Gas**<br>**PO Box 80078**<br>**Prescott, AZ 86304-8094** | C | | Gas | | | | **Unknown** |

Sheet no. **199** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**389.86**

In re   **Gary A Martinson,**                     Case No. _____
        **Ronna L Martinson**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Val J. Kennedy** <br>**600 Ridge Drive** <br>**Show Low, AZ 85901** | C | | | | | | <br><br><br>**Unknown** |
| Account No. <br><br>**Vanderveer Investment Inc.** <br>**c/o Al Vanderveer** <br>**923 Lake Placid Drive SE** <br>**Alberta, Canada T2J4C4** | C | | **Bison Crossing, LLC Investor** | | | | <br><br><br>**Unknown** |
| Account No. <br><br>**Vanderveer Investment Inc.** <br>**923 Lake Placid Drive SE, Calgary, Alber** <br>**Canada T2J4C4** | C | | **Bison Ridge Two LLC Investor** | | | | <br><br><br>**Unknown** |
| Account No. <br><br>**Vanderveer Investment Inc.** <br>**923 Lake Placid Drive SE, Calgary, Alber** <br>**Canada T2J4C4** | C | | **Preserve at Bison Crossing LLC Investor** | | | | <br><br><br>**Unknown** |
| Account No. **xxxxxxxxx-x0001** <br><br>**Verizon Wireless** <br>**PO Box 96088** <br>**Bellevue, WA 98009** | C | | **Credit card purchases** | | | | <br><br><br>**Unknown** |

Sheet no. __200__ of __211__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)        **0.00**

In re   **Gary A Martinson,**                                    Case No. _____
        **Ronna L Martinson**

_____,

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Verizon Wireless** <br>**PO Box 96088** <br>**Bellevue, WA 98009** | C | | | | | | 609.38 |
| Account No. <br><br>**Verizon Wireless** <br>**P.O. Box 9622** <br>**Mission Hills, CA 91346** | C | | | | | | 439.29 |
| Account No. <br><br>**Victoria's Secret** <br>**PO Box 659728** <br>**San Antonio, TX 78265-9728** | C | | Credit card purchases | | | | Unknown |
| Account No. <br><br>**Vincent Wood** <br>**1802 W. Thunderhill Drive** <br>**Phoenix, AZ 85045** | C | | Potential Claim | X | X | X | Unknown |
| Account No. <br><br>**Vineet & Dana Sir Singla** <br>**9926 E. Rosemary Ln** <br>**Scottsdale, AZ 85260** | C | | Potential liability arising from Claimants golf membership. <br><br>Potential claim. | X | X | X | Unknown |

Sheet no. __201__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal <br> (Total of this page)     **1,048.67**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Wallace Nichols** **16825 Hawk Dr.** **Fountain Hills, AZ 85268** | C | | | | Potential claim. | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Wally & Helen Voight** **3841 E. Elm St.** **Phoenix, AZ 85018** | C | | | | Potential Claim | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Waste Management of AZ** **P. O. Box 78251** **Phoenix, AZ 85062-8251** | C | | | | | | | | |
| | | | | | | | | | **2,324.89** |
| Account No. | | | | | Potential liability arising from Claimants golf membership. | | | | |
| **Wayne & Lynne** **18902 Place Merquette** **Lutz, FL 33558** | C | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Wells Fargo Financial Leasing** **P.O. Box 6434** **Carol Stream, IL 60197-6434** | C | | | | | | | | |
| | | | | | | | | | **2,571.37** |

Sheet no. __202__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,896.26**

In re   **Gary A Martinson,**
       **Ronna L Martinson**                                        Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Western Grade** <br> **391 W Deuce of Clubs** <br> **Show Low, AZ 85901** | C | | | | | | 640.00 |
| Account No. <br><br> **Western States Roofing Consultants, Inc.** <br> **36420 N. 7th Avenue** <br> **Phoenix, AZ 85086** | C | | | | | | 1,060.00 |
| Account No. <br><br> **Westfield Insurance** <br> **PO Box 5001** <br> **Westfield Center, OH 44251** | C | | | | | | Unknown |
| Account No. <br><br> **Westland Properties** <br> **8141 E. Indian Bend Rd. #103** <br> **Scottsdale, AZ 85250** | C | | | | | | Unknown |
| Account No. <br><br> **White Mountain 76 Fuels, LLC** <br> **PO Box 2768** <br> **Show Low,, AZ 85901** | C | | | | | | 478.24 |

Sheet no. __203__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,178.24

In re   **Gary A Martinson,**
        **Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**White Mountain Association of Realtors** <br>**5658 Hwy 260, Suite D** <br>**Lakeside,, AZ 85929** | C | | | | | | 530.00 |
| Account No. <br><br>**White Mountain Publishing Co.** <br>**PO Box 1570** <br>**Show Low,, AZ 85902** | C | | | | | | 541.53 |
| Account No. <br><br>**White Mountain Ready Mix** <br>**3561 E. Deuce of Clubs** <br>**Show Low, AZ 85901** | C | | | | | | 4,850.00 |
| Account No. <br><br>**White Mountain Rock Products, LLC** <br>**3561 E. Deuce of Clubs** <br>**Show Low, AZ 85901** | C | | | | | | 4,797.38 |
| Account No. <br><br>**Wilford (Danny) White** <br>**902 E San Angelo Avenue** <br>**Gilbert, AZ 85234** | C | | | | | | Unknown |

Sheet no. __204__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     10,718.91

In re    **Gary A Martinson,**
       **Ronna L Martinson**                                            Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William & Elizabeth Grewell** <br> **23641 N. 81st Dr.** <br> **Peoria, AZ 85383** | C | | **Potential Claim** | X | X | X | Unknown |
| Account No. <br><br> **William & Frances Brilliant** <br> **14411 N. Century Drive** <br> **Fountain Hills, AZ 85268** | C | | **Bison Crossing, LLC Investor** | | | | Unknown |
| Account No. <br><br> **William & Maxine Stevenson** <br> **10401 N. 100th Street** <br> **#13** <br> **Scottsdale, AZ 85258** | C | | | | | | Unknown |
| Account No. <br><br> **William Brettell** <br> **5023 E. Justila St.** <br> **Cave Creek, AZ 85331** | C | | **Potential claim.** | X | X | X | Unknown |
| Account No. <br><br> **William E. & Jane Lucey III** <br> **32241 N. Dog Leg Ct.** <br> **Queen Creek, AZ 85243** | C | | **Potential Claim** | X | X | X | Unknown |

Sheet no. __205__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                        Subtotal (Total of this page)       **0.00**

In re   **Gary A Martinson,**
       **Ronna L Martinson**

                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**William J. Pittman**<br>**407 North Street**<br>**Murphysboro, IL 62966** | C | | | | | | **Unknown** |
| Account No. <br><br>**William Lucey Enterprises**<br>**1600 W. Chandler Blvd. #180**<br>**Chandler, AZ 85244** | C | | | | | | **Unknown** |
| Account No. <br><br>**William Lund**<br>**6632 N. 66th Place**<br>**Paradise Valley, AZ 85253** | C | | | | | | **0.00** |
| Account No. <br><br>**William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** | X | H | **Bison Communities LLC**<br><br>**Husband personal guaranty** | X | X | | **20,000.00** |
| Account No. <br><br>**William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** | X | H | **Bison Communities LLC**<br><br>**Husband personal guaranty** | X | X | | **79,297.00** |

Sheet no. **206** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
(Total of this page)     **99,297.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,** Case No. _____
    **Ronna L Martinson**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bison Communities LLC | | | | |
| William Norman Schmid as Trustee of Patricia Ann Schmid Living Trust 15034 Los Mochas Court Fountain Hills, AZ 85268 | X | H | Husband personal guaranty | X | X | | 100,000.00 |
| Account No. | | | Bison Communities LLC | | | | |
| William Norman Schmid as Trustee of Patricia Ann Schmid Living Trust 15034 Los Mochas Court Fountain Hills, AZ 85268 | X | H | Husband personal guaranty | X | X | | 200,000.00 |
| Account No. | | | Potential Claim | | | | |
| William Powell 12651 N. 56th Way Scottsdale, AZ 85254 | | C | | X | X | X | Unknown |
| Account No. | | | Potential Claim | | | | |
| William Rush 6116 W. Starlight Ridge Parkway Lakeside, AZ 85929 | | C | | X | X | X | Unknown |
| Account No. | | | | | | | |
| William T. Jackling 6174 Spruce Drive Lakeside, AZ | | C | | | | | Unknown |

Sheet no. **207** of **211** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **300,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Gary A Martinson,**
       **Ronna L Martinson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William Ulrich** <br> **10522 Mississippi Circle** <br> **Minneapolis, MN 55443** | C | | Potential Claim | X | X | X | Unknown |
| Account No. <br><br> **William W. Stevenson** <br> **#17 Laguna del Mar** <br> **PO Box 31238 (SMB)** <br> **Grand Cayman, BWI** | X | H | Golf Estate & Villas at Bison Crossing LLC <br><br> Husband personal guaranty | X | X | | 4,851,335.00 |
| Account No. <br><br> **William W. Stevenson** <br> **#17 Laguna del Mar** <br> **PO Box 31238 (SMB)** <br> **Grand Cayman, BWI** | X | H | Golf Estate & Villas at Bison Crossing A&D Loan <br><br> Husband personal guaranty | X | X | | 900,810.00 |
| Account No. <br><br> **William W. Stevenson** <br> **#17 Laguna del Mar** <br> **PO Box 31238 (SMB)** <br> **Grand Cayman, BWI** | | H | 7/27/2006 | X | X | X | 2,880,000.00 |
| Account No. <br><br> **William W. Stevenson** <br> **#17 Laguna del Mar** <br> **PO Box 31238 (SMB)** <br> **Grand Cayman, BWI** | X | H | Bison Ranch Resort Suites Inc. Construction refinance loan <br><br> Husband personal guaranty | X | X | | 1,980,000.00 |

Sheet no. __208__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,612,145.00

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Windermere** **1500 S. White Mountain Road** **Show Low, AZ 85901** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Windmill Feed** **P.O. Box 813** **Clay Springs,, AZ 85923** | C | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **WMVC Associates, LLC** **10953 N. FLW Blvd. #110** **Scottsdale, AZ 85259** | C | | | | | | Unknown |
| Account No. | | | Bison Crossing, LLC Investor | | | | |
| **Woodroffe Family Trust** **c/o William & Barbara Woodroffe** **1926 E. Todd Drive** **Tempe, AZ 85283** | C | | | | | | Unknown |
| Account No. | | | | | | | |
| **Woodson Engineering and Surveying Inc.** **124 N. Elden Street** **Flagstaff, AZ 86001** | C | | | | | | 15,523.95 |

Sheet no. __209__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,523.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Gary A Martinson,**
**Ronna L Martinson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Worldmark** **9805 Willows Road** **Redmond, WA 98052** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Worldmark** **PO Box 283** **Overgaard, AZ 85933** | C | | | | | | | Unknown |
| Account No. | | | | 5/29/2007 **Personal Guaranty re former corporate office building for 16641 LLC** **Husband personal guaranty** | X | X | X | |
| **Wright Brothers Investments II, LLC** **P.O. Box 13750** **Scottsdale, AZ 85257** | X | H | | | | | | 6,200,000.00 |
| Account No. | | | | | | | | |
| **Wright Brothers Investments, LLC** **PO Box 13750** **Scottsdale, AZ 85267** | C | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **WS & RB #70** **#17 Laguna del Mar, 441 West Bay Road, P** **Grand Cayman, Caymans KY1-1205** | C | | | | | | | Unknown |

Sheet no. __210__ of __211__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,200,000.00

In re    **Gary A Martinson,**
       **Ronna L Martinson**                              Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| **XM Satellite Radio**<br>**PO Box 78054**<br>**Phoenix, AZ 85062** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Yale Goldberg**<br>**Frazer, Ryan, Goldberg & Arnold, LLP**<br>**3101 N Central Avenue**<br>**Phoenix, AZ 85012** | C | | | | | | **2,270.10** |
| Account No. | | | | | | | |
| **Your Limo, LLC**<br>**10953 N. FLW Blvd. #110**<br>**Scottsdale, AZ 85259** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Zurich Insurance Services, Inc**<br>**PO Box 10197**<br>**Jacksonville, FL 32247** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __211__ of __211__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,270.10**

Total
(Report on Summary of Schedules)      **153,981,352.16**

In re    **Gary A Martinson,**                                   Case No. _____
         **Ronna L Martinson**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Scott Nelson Family Ltd. Partnership**<br>**140 E. Rio Salado Pkwy. #606**<br>**Tempe, AZ 85281** | **Lease of residential real property at 8539 E. Camino Vivaz, Scottsale, AZ 85255**<br>**Term of Lease: 4/16/2009-4/30/2014). Debtors breached lease; debtors are unaware if lease has been terminated.** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **Gary A Martinson,**                             Case No. _____

       **Ronna L Martinson**

_____,

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **16641 LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Wright Brothers Investments II, LLC**<br>**P.O. Box 13750**<br>**Scottsdale, AZ 85257** |
| **Bison Club LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **John K. Lassen**<br>**1250 Hall Rd. #605**<br>**North Fort Myers, FL 33903** |
| **Bison Club LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William Norman Schmid as Trustee of**<br>**Patricia Ann Schmid Living Trust**<br>**15034 Los Mochas Court**<br>**Fountain Hills, AZ 85268** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Amin Elnefeidi**<br>**1921 S. Alma School Rd., Ste. 305**<br>**Mesa, AZ 85210** |
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Amin Elnefeidi**<br>**1921 S. Alma School Rd., Ste. 305**<br>**Mesa, AZ 85210** |

**6**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**
         **Ronna L Martinson**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bison Communities LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **BDL Foundation**<br>**Attn:  William S. Lund**<br>**6632 N. 66th Place**<br>**Paradise Valley, AZ 85253** |
| **Bison Cove LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Rex Allen**<br>**3000 W. Billy Mayfair Loop**<br>**Show Low, AZ 85901** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Robert Alvarado**<br>**PO Box 1450**<br>**Queen Creek, AZ 85142** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Chris & Molly Anderson**<br>**26815 N. 46th Place**<br>**Cave Creek, AZ 85331** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Marvin & Judy Arnold**<br>**3731 Country Club Dr.**<br>**Show Low, AZ 85901** |
| **Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Dwayne Atwell**<br>**PO Box 2230**<br>**Show Low, AZ 85902** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Gary A Martinson,**                                               Case No. _____

        **Ronna L Martinson**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bison Crossing LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Terry & Loretta Baughman**<br>4900 N. Avenida De Vizcaya<br>Tucson, AZ 85718 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Rex Allen**<br>3000 W. Billy Mayfair Loop<br>Show Low, AZ 85901 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Robert Alvarado**<br>PO Box 1450<br>Queen Creek, AZ 85142 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Chris & Molly Anderson**<br>26815 N. 46th Place<br>Cave Creek, AZ 85331 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Marvin & Judy Arnold**<br>3731 Country Club Dr.<br>Show Low, AZ 85901 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Dwayne Atwell**<br>PO Box 2230<br>Show Low, AZ 85902 |
| **Bison Golf & Country Club LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Terry & Loretta Baughman**<br>4900 N. Avenida De Vizcaya<br>Tucson, AZ 85718 |
| **Bison Homes Construction LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Dianne Hilligoss**<br>1250 Hall Rd., #605<br>North Fort Myers, FL 33903 |
| **Bison Homes Construction LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **John K. Lassen**<br>1250 Hall Rd. #605<br>North Fort Myers, FL 33903 |
| **Bison Homes Construction LLC**<br>c/o 10953 N. Frank Lloyd Wright Blvd.<br>Suite 110<br>Scottsdale, AZ 85259 | **Scott and Barbara Nelson Holdings, LLLP**<br>140 E. Rio Salado Pkwy #606<br>Tempe, AZ 85281 |

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Codebtors

In re    **Gary A Martinson,**                            Case No. _____

           **Ronna L Martinson**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bison Ranch Resort Suites Inc.**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William W. Stevenson**<br>**#17 Laguna del Mar**<br>**PO Box 31238 (SMB)**<br>**Grand Cayman, BWI** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Rex Allen**<br>**3000 W. Billy Mayfair Loop**<br>**Show Low, AZ 85901** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Robert Alvarado**<br>**PO Box 1450**<br>**Queen Creek, AZ 85142** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Chris & Molly Anderson**<br>**26815 N. 46th Place**<br>**Cave Creek, AZ 85331** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Marvin & Judy Arnold**<br>**3731 Country Club Dr.**<br>**Show Low, AZ 85901** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Dwayne Atwell**<br>**PO Box 2230**<br>**Show Low, AZ 85902** |
| **Bison Realty LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Terry & Loretta Baughman**<br>**4900 N. Avenida De Vizcaya**<br>**Tucson, AZ 85718** |
| **Bison Ridge LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Provident Properties, LLC**<br>**Suite 450 707 7th Ave. S.W.**<br>**Calgary, Canada T2P3H6** |
| **Bison Ridge LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Bison Ridge LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re   **Gary A Martinson,**                                Case No. _____

           **Ronna L Martinson**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bison Ridge Two LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Coppercrest Funding**<br>**2222 W. Pinnacle Peak Rd., Suite 360**<br>**Phoenix, AZ 85027** |
| **Bison Ridge Two LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Coppercrest Funding**<br>**2222 W. Pinnacle Peak Rd., Suite 360**<br>**Phoenix, AZ 85027** |
| **Bisontown LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Mortgages Ltd. Deferred Benefit Plan**<br>**4455 E. Camelback Road**<br>**Phoenix, AZ 85018** |
| **Bisontown LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Bisontown LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William W. Stevenson**<br>**#17 Laguna del Mar**<br>**PO Box 31238 (SMB)**<br>**Grand Cayman, BWI** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **William W. Stevenson**<br>**#17 Laguna del Mar**<br>**PO Box 31238 (SMB)**<br>**Grand Cayman, BWI** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Rex Allen**<br>**3000 W. Billy Mayfair Loop**<br>**Show Low, AZ 85901** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Robert Alvarado**<br>**PO Box 1450**<br>**Queen Creek, AZ 85142** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Chris & Molly Anderson**<br>**26815 N. 46th Place**<br>**Cave Creek, AZ 85331** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re    **Gary A Martinson,**
         **Ronna L Martinson**                                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Marvin & Judy Arnold**<br>**3731 Country Club Dr.**<br>**Show Low, AZ 85901** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Dwayne Atwell**<br>**PO Box 2230**<br>**Show Low, AZ 85902** |
| **Golf Estates & Villas at Bison Crossing**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Terry & Loretta Baughman**<br>**4900 N. Avenida De Vizcaya**<br>**Tucson, AZ 85718** |
| **Matt Williams Homes, LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** |
| **Matt Williams Homes, LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **First Horizon Home Loan Corp.**<br>**2375 E. Camelback Rd., Ste. 60**<br>**Phoenix, AZ 85016** |
| **Preserve at Bison Crossing LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Reata Condominiums LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Bison Communities, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** |
| **Reata Condominiums LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Reata Condominiums LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Black Seven Development Inc.**<br>**c/o William V. Stevenson**<br>**PO Box 31238 (SMR)**<br>**Grand Cayman, BWI** |
| **Reata Condominiums LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary A Martinson,**                                                 Case No. _____

           **Ronna L Martinson**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Reata Condominiums LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |
| **Tatanka Resort Suites LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **Bison Ridge, LLC**<br>**16927 E. Saguaro Blvd.**<br>**Fountain Hills, AZ 85268** |
| **The Golf Villas at Show Low LLC**<br>**c/o 10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** | **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               

In re **Gary A Martinson**
**Ronna L Martinson**

Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Development** | **Unemployed** |
| Name of Employer | **Bison Homes Construction, LLC** | |
| How long employed | | |
| Address of Employer | **10953 N. Frank Lloyd Wright Blvd., #110 Scottsdale, AZ 85259** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,125.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,125.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | **225.00** | $ | **0.00** |
|   b. Insurance | $ | **0.00** | $ | **0.00** |
|   c. Union dues | $ | **0.00** | $ | **0.00** |
|   d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **225.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **900.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **900.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **900.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Mr. Martinson had been earning approximately $250,000 in salary as the principal for the various development entities that he controlled. His last paycheck of that amount was payroll ending December 18, 2009. The wages reflected in this schedule represent his anticipated earnings going forward, if funds can be located to pay these expenses, until other employment opportunities develop.**

In re   **Gary A Martinson**
     **Ronna L Martinson**                       Case No. _____

                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,984.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 1,450.00 |
|            b. Water and sewer | $ | 50.00 |
|            c. Telephone | $ | 100.00 |
|            d. Other   **See Detailed Expense Attachment** | $ | 750.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 400.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 1,300.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 300.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 1,641.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 13,925.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 900.00 |
| b.   Average monthly expenses from Line 18 above | $ | 13,925.00 |
| c.   Monthly net income (a. minus b.) | $ | -13,025.00 |

In re   **Gary A Martinson**
       **Ronna L Martinson**                                      Case No. _____

                                     Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable TV/Internet (Show Low)** | $ | **200.00** |
| **Refuse (Show Low)** | $ | **50.00** |
| **Cell phone** | $ | **300.00** |
| **Direct TV (Scottsdale)** | $ | **200.00** |
| **Total Other Utility Expenditures** | $ | **750.00** |

# United States Bankruptcy Court
## District of Arizona

In re    **Gary A Martinson**
         **Ronna L Martinson**

                                    Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **237** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 31, 2009**            Signature    **/s/ Gary A Martinson**
                                                       **Gary A Martinson**
                                                       Debtor

Date    **December 31, 2009**            Signature    **/s/ Ronna L Martinson**
                                                       **Ronna L Martinson**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **Gary A Martinson**
        **Ronna L Martinson**                                Case No.
                                           Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$225,641.00** | **2009 YTD (December 10, 2009) Wages** |
| **$266,667.00** | **2008 Wages** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $348,892.00 | **Arizona Tax Refund received 12/3/09** |
| $2,337.00 | **Martinson Family Irrevocable Trust 2008 - interest (phantom income)** |
| $12,000.00 | **Sale/leaseback of 2001 Mercedes Benz S500** |
| $321.00 | **Mirage Stone, LLC - interest** |
| $49.00 | **National City Mortgage - interest** |
| $98,288.00 | **Mirage Homes Communities, LLC - interest** |
| $25,000.00 | **Mirage Stone, LLC - Note** |
| $1,673.00 | **Cambric Real Estate Holdings, LLC - interest** |
| $16,872.00 | **Bisontown, LLC - interest** |
| $341,175.00 | **Bison Communities, LLC - interest** |
| $346,612.00 | **Bison Homes Construction, LLC - interest** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See also Attachment No. 8 in response to Question 10** | **see attachment** | **$0.00** | **$0.00** |
| **Arizona Department of Revenue** <br> **P.O. Box 29079** <br> **Phoenix, AZ 85038-9079** | | **$10,000.00** | **$0.00** |
| **Auto insurance for Escalade and Cadillac** | | **$5,000.00** | **$0.00** |
| **AMEX** <br> **P. O. Box 7871** <br> **Fort Lauderdale, FL 33329** | | **$8,000.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Rent at Camino** | **6 months rent @ $5,000 per month** | **$10,000.00** | **$0.00** |
| **National City Bank**<br>**P.O. Box 54828**<br>**Los Angeles, CA 90054-0828** | **to bring current payments on Ken Bain Ranch** | **$5,597.73** | **$0.00** |
| **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | **9/1/09**<br>**Account 13002** | **$2,110.44** | **$0.00** |
| **Jerry Caswell and Son Horseshoeing**<br>**4120 East Lone Mountain Rd**<br>**Cave Creek, AZ 85331** | **9/1/09** | **$720.00** | **$0.00** |
| **CHASE CARD SERVICES**<br>**CARDMEMBER SERVICE**<br>**PO BOX 9001950**<br>**Louisville, KY 40290-1950** | **9/1/2009**<br>**credit card xxx-2453** | **$2,167.01** | **$0.00** |
| **Navopache Electric**<br>**1878 W. White Mnt Blvd.**<br>**Lakeside, AZ 85929** | **9/2/09**<br>**224.49 (Dakota Ranch electric)**<br>**103.80 (Lodge 10 electric)**<br>**89.77 (Golf Estates #36 electric)** | **$418.06** | **$0.00** |
| **National City Bank**<br>**P.O. Box 54828**<br>**Los Angeles, CA 90054-0828** | **9/2/09 (Dakota Ranch-2nd)** | **$726.57** | **$0.00** |
| **Arizona Department of Revenue**<br>**P.O. Box 29079**<br>**Phoenix, AZ 85038-9079** | **9/16/09**<br>**Taxes for Myles Martinson (son)** | **$752.00** | **$0.00** |
| **GMAC**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | **9/16/09**<br>**2007 Cadillac DTS** | **$2,231.78** | **$27,092.95** |
| **Ohio National Life**<br>**PO Box 237**<br>**Cincinnati, OH 45201-0237** | **9/20/09**<br>**Life insurance premium** | **$1,254.00** | **$0.00** |
| **Arizona Public Service**<br>**P.O. Box 2906**<br>**Phoenix, AZ 85062** | **9/21/09** | **$757.47** | **$0.00** |
| **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | **9/23/09**<br>**Credit card xxx-0830** | **$1,000.00** | **$0.00** |
| **GMAC**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | **10/15/09**<br>**2007 Escalade** | **$1,640.89** | **$0.00** |
| **Ohio National Life**<br>**PO Box 237**<br>**Cincinnati, OH 45201-0237** | **10/20/09**<br>**Life insurance premium** | **$1,254.02** | **$0.00** |
| **Arizona Public Service**<br>**P.O. Box 2906**<br>**Phoenix, AZ 85062** | **10/21/09**<br>**Camino Vivaz electric** | **$849.89** | **$0.00** |
| **GMAC**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | **11/2/09** | **$1,640.89** | **$8,204.45** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CHASE CARD SERVICES CARDMEMBER SERVICE PO BOX 9001950 Louisville, KY 40290-1950** | **11/2/09 Credit card xxx-2453** | **$250.00** | **$4,546.65** |
| **Amy Tuomi** | **11/2/09 (Daughter)** | **$2,500.00** | **$0.00** |
| **Bank of America P.O. Box 15726 Wilmington, DE 19886** | **11/10/09 Credit card xxx-9571** | **$581.00** | **$19,655.38** |
| **Arizona Public Service P.O. Box 2906 Phoenix, AZ 85062** | **11/12.09 Camino Vivaz Electric** | **$416.22** | **$0.00** |
| **Navopache Electric 1878 W. White Mnt Blvd. Lakeside, AZ 85929** | **11/12/09 122.20 (Lodge 10 electric) 182.71 (Dakota Ranch electric)** | **$304.91** | **$0.00** |
| **American Family Insurance 6000 American Parkway Madison, WI 53783** | **11/10/09 (Auto insurance)** | **$606.37** | **$0.00** |
| **Bank of America P.O. Box 15726 Wilmington, DE 19886** | **11/12/09 credit card xxx-9571** | **$581.00** | **$19,655.38** |

None    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐      creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mirage Homes Communities, LLC** | **8/11/09 - $2,500 8/12/09 - $1,000 8/13/09 - $2,000** | **$5,500.00** | **$0.00** |
| **100% owned by Gary Martinson** | | | |
| **Mirage Homes, LLC** | **8/31/09** | **$3,000.00** | **$0.00** |
| **10% owned by Gary Martinson** | | | |
| **Bison Homes Construction, LLC** | **11/3/2008 re sale of Alameda** | **$1,041,252.85** | **$0.00** |
| **100% owned by Gary Martinson** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐      this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See Attachment No. 5** | | | |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC Financial Services**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062-8234** | **11/30/09** | **2007 Cadillac DTS**<br>**Value: $18,125.00** |
| **Mortgages Ltd.**<br>**4455 E. Camelback Road**<br>**Phoenix, AZ 85018** | **11/24/09** | **Foreclosure of second deed of trust on Retreat Center at Main Lodge House - Bison Ranch Loan amount was $1,500,000.** |
| **Thor Credit Corp.**<br>**15707 Rockfield Blvd.**<br>**Suite 200**<br>**Irvine, CA 92618** | **June/July 2009** | **2005 Winnegabo Horizon motorhome. 9000 miles. Returned due to inability to make payments.** |
| **Joe Netherwood**<br>**6501 E. Greenway Parkway #103-638**<br>**Scottsdale, AZ 85254** | **12/8/09** | **Buffalo Bill painting**<br>**Value: $18,000**<br>**$8,000 paid to artist; returned in exchange for forgiveness of remaining $10,000 debt obligation** |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **See Attachment No. 6**<br>**(Gifts or contributions from Gary**<br>**Martinson only)** | **see attachment** | **see attachment** | **see attachment** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Engelman Berger, P.C.** <br> **3636 N. Central Avenue** <br> **Suite 700** <br> **Phoenix, AZ 85012** | **See Attachment No. 7.** | |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **See Attachment No. 8** | | **This attachment describes disbursements of Debtors state income tax refund received in December 2009** |
| **See Attachment No. 9** | | **This attachment reflects Debtors transfers of real property** |
| **See Attachment No. 10** | | **This attachment reflects Debtors transfers of personal property** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **See Attachment No. 11** | **see attachment** | **see attachment** |

**12. Safe deposit boxes**

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Ronna Martinson**<br>**5550 Paint Pony Trail**<br>**Show Low, AZ 85901** | **Bank account held jointly wth Myles Martinson (son)** | **Bank of America** |
| **Sam Ciatu**<br>**11184 N. 119th Place**<br>**Scottsdale, AZ 85259** | **Triton Pro X Keyboard**<br>**Original price approx. $3,000** | **Debtor's Residence** |

**15. Prior address of debtor**

None
☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **5550 Paint Pony Trail, Show Low, AZ 85901** | **Gary A Martinson**<br>**Ronna L Martinson** | **6/22/05 to Present** |
| **8251 N. Alameda Rd., Scottsdale, AZ 85255** | **Gary A Martinson**<br>**Ronna L Martinson** | **8/15/05 - 10/30/08** |
| **11615 E. Cochise Drive, Scottsdale, AZ 85259** | **Gary A Martinson**<br>**Ronna L Martinson** | **11/1/08 - 4/17/09** |
| **8539 E. Camino Vivaz, Scottsdale, AZ 85259** | **Gary A Martinson**<br>**Ronna L Martinson** | **4/18/09 - 12/4/09** |
| **27000 N. Alma School Road #1017, Scottsdale, AZ 85255** | **Gary A Martinson**<br>**Ronna L Martinson** | **12/4/09 to Present** |
| **1000 N. Bison Golf Ct., Show Low, AZ 85901** | **Gary A Martinson**<br>**Ronna L Martinson** | **4/30/08 - 8/7/08** |
| **1081 N. Bison Golf Ct., Show Low, AZ 85901** | **Gary A Martinson**<br>**Ronna L Martinson** | **8/8/08 - 8/17/08** |
| **980 N. Bison Golf Ct., Show Low, AZ 85901** | **Gary A Martinson**<br>**Ronna L Martinson** | **8/18/08 - 9/1/09** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

**See Attachment No. 3**

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Lohman Company, PLLC**<br>**1630 S. Stapley Drive, Suite 108**<br>**Mesa, AZ 85204** | **1993 - Present** |
| **Alan Zeigler**<br>**4131 E. Coolidge Street**<br>**Phoenix, AZ 85018** | **2/13/07 to present**<br>**(no longer employed; providing services as independent consultant)** |
| **Bill Pittman**<br>**407 North Street**<br>**Murphysboro, IL 62966** | **9/9/02 to 8/18/09** |
| **Rachael Martin**<br>**575 W. Pecos Rd. #1030**<br>**Chandler, AZ 85225** | **3/15/07 to present**<br>**(no longer employed; providing services as independent consultant)** |
| **Debbie Snodgrass**<br>**17017 E. Jacklin**<br>**Fountain Hills, AZ 85268** | **8/18/1997 to present** |
| **Sam Ciatu**<br>**11184 N. 119th Place**<br>**Scottsdale, AZ 85259** | **6/1/1997 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Alan Zeigler** | **4131 E. Coolidge Street**<br>**Phoenix, AZ 85018** | **Within last two years** |
| **Bill Pittman** | **407 North Street**<br>**Murphysboro, IL 62966** | **Within last two years** |
| **Rachael Martin** | **575 W. Pecos Rd. #1030**<br>**Chandler, AZ 85225** | **Within last two years** |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Debbie Snodgrass** | **17017 E. Jacklin**<br>**Fountain Hills, AZ 85268** | **Within last two years** |
| **Sam Ciatu** | **11184 N. 119th Place**<br>**Scottsdale, AZ 85259** | **Within last two years** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Lohman Company, PLLC** | **1630 S. Stapley Drive, Suite 108**<br>**Mesa, AZ 85204** |
| **Sam Ciatu** | **10953 N. Frank Lloyd Wright Blvd.**<br>**Suite 110**<br>**Scottsdale, AZ 85259** |
| **Alan Zeigler** | **4131 E. Coolidge Street**<br>**Phoenix, AZ 85018** |
| **Debbie Snodgrass** | **17017 E. Jacklin**<br>**Fountain Hills, AZ 85268** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **AmTrust Bank**<br>**6900 E. Camelback Rd., #350**<br>**Scottsdale, AZ 85251** | **2009** |
| **First Community Bank**<br>**1838 W. Parkside Lane**<br>**Phoenix, AZ 85027** | **2009** |
| **Mortgages Ltd.**<br>**55 E.Thomas Road**<br>**Phoenix, AZ 85012** | **2008** |
| **Coppercrest Funding**<br>**2222 W. Pinnacle Peak Rd., Suite 360**<br>**Phoenix, AZ 85027** | **2008** |
| **LaFamilia Financial Limited Partnership**<br>**1757 E. Baseline Rd. #110**<br>**Gilbert, AZ 85233** | **2008** |
| **David Roberts**<br>**4936 E. Justica**<br>**Cave Creek, AZ 85331** | **2009** |
| **National Bank of Arizona**<br>**904 East Deuce of Clubs**<br>**Show Low, AZ 85901** | **2009** |
| **First Horizon Construction Lending**<br>**2375 E. Camelback Rd., #380**<br>**Phoenix, AZ 85016** | **2009** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|---------------------|--------------------------------------------------------------------|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                 RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE                      AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                         OR DESCRIPTION AND
                                                                         VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**December 31, 2009**__          Signature    **/s/ Gary A Martinson**
                                                    **Gary A Martinson**
                                                    Debtor

Date __**December 31, 2009**__          Signature    **/s/ Ronna L Martinson**
                                                    **Ronna L Martinson**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re **Gary A Martinson**
**Ronna L Martinson**

Case No. _____

Debtor(s)

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Buddy and Renee Jobe** | **Describe Property Securing Debt:**<br>**The debtors own 3 horses outright, and one horse jointly with another. Two of the three horses owned outright are old and have no resale value. The other horse, a quarterhorse gelding, may bring $2000.**<br><br>**The jointly owned horse is also a** |
|---|---|

Property will be (check one):

☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __**Retain with payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt    ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**GMAC Financial Services** | **Describe Property Securing Debt:**<br>**2007 Cadillac Escalade**<br>**5550 Paint Pony Trail**<br>**Show Low, AZ 85901** |
|---|---|

Property will be (check one):

☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt    ☐ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Financial Services** | **Describe Property Securing Debt:**<br>**2007 Cadillac DTS Sedan**<br>**surrendered** |

Property will be (check one):

■Surrendered       □Retained

If retaining the property, I intend to (check at least one):
    □Redeem the property
    □Reaffirm the debt
    □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □Claimed as Exempt       ■Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**Dakota Ranch House:**<br>**5550 Paint Pony Trail**<br>**Show Low, Arizona 85901**<br>**6.6 acres residential real property**<br>**APN 409-32-022C**<br>**Family residence**<br>**FRM per appraisal 10/15/2009** |

Property will be (check one):

□Surrendered       ■Retained

If retaining the property, I intend to (check at least one):
    □Redeem the property
    ■Reaffirm the debt
    □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■Claimed as Exempt       □Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**Dakota Ranch House:**<br>**5550 Paint Pony Trail**<br>**Show Low, Arizona 85901**<br>**6.6 acres residential real property**<br>**APN 409-32-022C**<br>**Family residence**<br>**FRM per appraisal 10/15/2009** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Thor Credit Corp.** | **Describe Property Securing Debt:**<br>**2005 Winnebago Horizon**<br>**9000 miles**<br>**(surrendered)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**December 31, 2009**__      Signature __**/s/ Gary A Martinson**__

                                                       **Gary A Martinson**

                                                       Debtor

Date __**December 31, 2009**__      Signature __**/s/ Ronna L Martinson**__

                                                       **Ronna L Martinson**

                                                       Joint Debtor

# United States Bankruptcy Court
## District of Arizona

In re   **Gary A Martinson**
       **Ronna L Martinson**

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 31, 2009**

**/s/ David Wm. Engelman**
**David Wm. Engelman 004193**
**ENGELMAN BERGER, P.C.**
**3636 N. Central Avenue**
**Suite 700**
**Phoenix, AZ 85012**
**602-271-9090  Fax: 602-222-4999**

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### District of Arizona

In re    **Gary A Martinson**
       **Ronna L Martinson**                          Case No.

                                      Debtor(s)         Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Gary A Martinson** | X   **/s/ Gary A Martinson**         **December 31, 2009** |
| **Ronna L Martinson** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor         Date |
| | |
| Case No. (if known) _____ | X   **/s/ Ronna L Martinson**        **December 31, 2009** |
| | Signature of Joint Debtor (if any)       Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Arizona

In re **Gary A Martinson**
**Ronna L Martinson**

Debtor(s)

Case No.

Chapter **7**

# DECLARATION

We, **Gary A Martinson and Ronna L Martinson** , do hereby certify, under penalty of perjury, that the Master Mailing List,

consisting of __89__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **December 31, 2009**

**/s/ Gary A Martinson**

**Gary A Martinson**
Signature of Debtor

Date: **December 31, 2009**

**/s/ Ronna L Martinson**

**Ronna L Martinson**
Signature of Debtor

Date: **December 31, 2009**

**/s/ David Wm. Engelman**

Signature of Attorney
**David Wm. Engelman 004193**
**ENGELMAN BERGER, P.C.**
**3636 N. Central Avenue**
**Suite 700**
**Phoenix, AZ 85012**
**602-271-9090   Fax: 602-222-4999**

MML-5

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Martinson, Gary and Ronna -

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114

101 DEVELOPMENT PARTNERS, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

16641 LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259

16641, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

2325 WYATT, LLC
C/O BILL CARNES
8023 N. CASAS PLACE
TUCSON AZ 85742

24 HOUR FITNESS
ATTN. MEMBER SERVICES
PO BOX 2689
CARLSBAD CA 92018

6418 TANQUE VERDE, LLC
C/O BILL CARNES
8023 N. CASAS PLACE
TUCSON AZ 85742

ABD ANTIQUE APPRAISERS
PO BOX 543
GLENDALE AZ 85301

ACE HARDWARE OF SHOW LOW
221 W. DEUCE OF CLUBS
SHOW LOW AZ 85901

ACE HARDWARE OF THE WHITE MOUNTAINS
PO BOX 3210
PINETOP AZ 85935

Martinson, Gary and Ronna -


ADAM & LESLIE GLAZER
3137 WARBLER PLACE
HIGHLAND PARK IL 60035


ADVANTA BANK CORP
PO BOX 8088
PHILADELPHIA PA 19101-8088


AGAPE INTERNATIONAL LTD.
C/O MRS. JOE COUILLARD
40250 TWP RD. 250, CALGARY, ALBERTA
CANADA T3Z2P6


AGAPE INTERNATIONAL LTD.
C/O JOW COULLARD
40250 TWP RD. 250, CALGARY, ALBERTA
CANADA T3Z2P6


AGAPE INTERNATIONAL LTD.
40250 TWP RD. 250, CALGARY, ALBERTA
CANADA T3Z2P6


AGR PAVING & SEALING, INC.
5840 SHERRIL
PRESCOTT AZ 86314


AICCO, INC
45 EAST RIVER PARK PLACE, WEST SUITE 308
FRESNO CA 93720


ALAN GAEDE
130 E. REID HEAD
SHOW LOW AZ 85901


ALAN ZEIGLER
4131 E. COOLIDGE STREET
PHOENIX AZ 85018


ALFRED TUSSING
1660 WEST HALL
SHOW LOW AZ 85901

ALLAN D. JOHNSON, DDS, PC,
EMPLOYEES RETIREMENT PLAN & TRUST
14640 N. TATUM
PHOENIX AZ 85032


ALLAN D. JOHNSON, DDS, PC, EMPLOYEES RET
14640 N. TATUM
PHOENIX AZ 85032


ALLETTA KENT
10105 E. ELMWOOD DR.
SUN LAKES AZ 85248


ALLIANCE LUMBER
6770 W. NORTHERN AVENUE
GLENDALE, AZ 85303


ALLIANT INSURANCE
P.O. BOX 120670
SAN DIEGO, CA 92112-0670


ALLIANT INSURANCE SERVICES, INC
2415 E. CAMELBACK ROAD, STE 420
PHOENIX AZ 85016


ALLIED WASTE SERVICES #756
PO BOX 78829
PHOENIX, AZ 85062-8829


ALLTEL
PO BOX 79033
PHOENIX AZ


ALMQUIST & GILBERT, PC
10245 E. VIA LINDA #106
SCOTTSDALE AZ 85258-5316


ALSAC/ST JUDE DONATION
262 DANNY THOMAS PLACE
MEMPHIS TN 38105


ALTA "LYNN" SMITH
PO BOX 1115
OVERGAARD AZ 85933

Martinson, Gary and Ronna -


ALTA MESA OWNERS ASSOCIATION, INC.
C/O JOMAR ASSOCIATION SERVICES
1514 W. TODD DRIVE #B-103
TEMPE AZ 85283


AMANDA SERVICE
PO BOX 1319
LAKESIDE AZ 85929


AMANDA YOUNG
621 E. PHOENIX ST.
PAYSON AZ 85541


AMERICAN BUILDERS & CONTR. SUPPLY CO.
C/O TIMOTHY D. DUCAR, ESQ.
3003 N. CENTRAL #1500
PHOENIX AZ 85012


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 85268-6646


AMIN ELNEFEIDI
1921 S. ALMA SCHOOL RD., STE. 305
MESA AZ 85210


AMTRUST BANK
6900 E. CAMELBACK RD., #350
SCOTTSDALE AZ 85251


AMTRUST BANK
1801 EAST 9TH STREET
CLEVELAND, OH 44114


AMTRUST BANK
C/O JIM SAWITZKE
6900 E. CAMELBACK RD., #350
SCOTTSDALE AZ 85251

Martinson, Gary and Ronna -


ANDRES MARTINEZ
5089 W. COYOTE GULCH LOOP
MARANA AZ 85653


ANDREW & BEA KUGLER
PO BOX 2244
LAKESIDE AZ 85929


ANDREW DOMINQUEZ
28401 N. 33RD AVE.
PHOENIX AZ 85085


ANDY ROMANCE
308 WEST GRACE LANE
PAYSON AZ 85541


APS
PO BOX 2906
PHOENIX AZ 85062-2906


ARIZONA BANK & TRUST, CUSTODIAN FBO
GARY NELSON IRA #A54250
7032 N. SECOND AVENUE
PHOENIX AZ 85021


ARIZONA DEPARTMENT OF REVENUE
BOX 29086
PHOENIX AZ 85038-9086


ARIZONA DRIVE GUIDE
11428 E. WHITEHORN DR.
SCOTTSDALE, AZ 85262


ARIZONA REPUBLIC
200 E. VAN BUREN
PHOENIX AZ 85004


ARIZONA SHINGLES, LLC
1891 N. 36TH DR
SHOW LOW AZ 85901


ARIZONA WATER COMPANY
PO BOX 29098
PHOENIX, AZ 85038-9098

Martinson, Gary and Ronna -


ARTHUR CASTELLANOS
40425 N. MICHNER WAY
PHOENIX AZ 85086


ARTHUR ELLIOT
1610 S CANYON RIDGE TRAIL
SHOW LOW AZ 85901


ASPCA
424 E. 92ND STREET
NEW YORK NY 10128


AT & T
P.O. BOX 78225
PHOENIX AZ 85062-8225


AUDLEY & NADEEN HENDRICKS
8607 LEONARD DRIVE
SILVER SPRING MD 20910


AUDLEY HENDRICKS IRA
8607 LEONARD DRIVE
SILVER SPRING MD 20910


AUGUSTINE LAU
11278 E. DEL GOLFO
YUMA AZ 85367


AUTO OWNERS INSURANCE
6101 ANACAPRI BLVD.
LANSING MI 48917


AUTO OWNERS INSURANCE COMPANY
PO BOX 30315
LANSING MI 48909-7815


AVONTI MANUFACTURING, INC.
941 W. DEER VALLEY ROAD
PHOENIX, AZ 85027


AZTEC ALARMS INC.
P.O. BOX 302
PAYSON, AZ 85547

Martinson, Gary and Ronna -


BAKER FAMILY TRUST
16955 E. PARLIN DRIVE
FOUNTAIN HILLS AZ 85268


BAKER FAMILY TRUST
C/O KIM BAKER
16955 E. PARLIN DRIVE
FOUNTAIN HILLS AZ 85268


BAKER'S OFFICE CITY
601 E OLD LINDEN ROAD
SHOW LOW, AZ 85901


BANANA JONS
1116 PEARCE LANE
SHOW LOW, AZ 85901


BANANA-JONS PORTABLE TOILETS
1116 PEARCE LANE
SHOW LOW, AZ 85901-3974


BANK OF AMERICA
P.O. BOX 15726
WILMINGTON DE 19886


BANK OF AMERICA
PO BOX 301200
LOS ANGELES CA 90030-1200


BANK OF AMERICA
PO BOX 851001
DALLAS TX 75285-1000


BARBARA HAM
941 N. 36TH DR.
SHOW LOW AZ 85901


BARRY CURSEADEN
19725 N. RIM DR.
SURPRISE AZ 85374


BART C. WILLIAMS
P.O. BOX 1434
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


BART WILLIAMS
P.O. BOX 1434
SHOW LOW AZ 85901


BDL FOUNDATION
ATTN: WILLIAM S. LUND
6632 N. 66TH PLACE
PARADISE VALLEY AZ 85253


BDL FOUNDATION
C/O WILLIAM S. LUND
6632 N. 66TH PLACE
PARADISE VALLEY AZ 85253


BEVERLY CARPENTER
29415 N. 164TH PL.
SCOTTSDALE AZ 85262


BILL & JANE LUCEY
1600 W. CHANDLER BLVD. #180
CHANDLER AZ 85244


BILL & TAMMY BRETTELL
5023 E. JUSTICA ST.
CAVE CREEK AZ 85331


BILL CARNES
8023 N. CASAS PLACE
TUCSON AZ 85742


BILL KUJAT
SUITE 450 707 7TH AVE S.W.
CALGARY, CANADA T2P3H6


BISON CLUB LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON CLUB, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


BISON COMMUNITIES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON COMMUNITIES LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON COMMUNITIES, LLC
16927 E. SAGUARO BLVD.
FOUNTAIN HILLS AZ 85268


BISON COMMUNITIES, LLC
C/O BISON HOMES
10953 N. FLW BLVD. # 110
SCOTTSDALE AZ 85259


BISON COVE LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON COVE OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISON COVE, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON CROSSING LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON CROSSING OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301

Martinson, Gary and Ronna -


BISON CROSSING, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON GOLF & COUNTRY CLUB
ONE N. PRESERVE DRIVE
SHOW LOW AZ 85901


BISON GOLF & COUNTRY CLUB LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON GOLF & COUNTRY CLUB, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON HEIGHTS, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON HOMES CONSTRUCTION LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON HOMES CONSTRUCTION, LLC
16927 E. SAGUARO BLVD.
FOUNTAIN HILLS AZ 85268


BISON HOMES CONSTRUCTION, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON RANCH OPERATING COMPANY, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON RANCH OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301

Martinson, Gary and Ronna -


BISON RANCH RESORT SUITES INC.
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON RANCH RESORT SUITES, INC.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON REALTY LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON REALTY, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON RESORT CABINS II OWNERS ASSOCIATIO
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISON RETREATS, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISON RIDGE LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISON RIDGE OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISON RIDGE TWO LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


BISON RIDGE TWO OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISON RIDGE, LLC
16927 E. SAGUARO BLVD.
FOUNTAIN HILLS AZ 85268


BISON RIDGE, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BISONRANCHRESORTSUITES OWNERS ASSOC. INC
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISONTOWN 1 OWNERS ASSOCIATION, INC.
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


BISONTOWN LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


BISONTOWN, L.L.C.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


BLACK SEVEN DEVELOPMENT INC.
C/O WILLIAM V. STEVENSON
PO BOX 31238 (SMR)
GRAND CAYMAN, BWI


BLACK SEVEN DEVELOPMENT, INC.
ATTN: TOM KAUTZ
16605 E. PALISADES BLVD. #136
FOUNTAIN HILLS AZ 85268

Martinson, Gary and Ronna -


BLACK SEVEN DEVELOPMENT, INC.
C/O BILL STEVENSON
#17 LAGUNA DEL MAR, 441 WEST BAY
GRAND CAYMAN, CAYMANS KY1-1205


BLAKE WHITEMAN
RIDENOUR, HIENTON & LEWIS, PLLC
201 N. CENTRAL, SUITE 3300
PHOENIX AZ 85004


BLASE TREVOR
P.O. BOX 8381
APACHE JUNCTION AZ 85278


BLUE CROSS BLUE SHIELD OF ARIZONA
PO BOX 81049
PHOENIX, AZ 85069-1049


BOB & NANCY DOLAN
1079 S. PARKCREST ST.
GILBERT AZ 85296


BOB HUDSON
340 E. 10TH DRIVE
MESA AZ 85210


BOBBIE BOLINGER
3591 W. THORNTON
SHOW LOW AZ 85901


BRENT & JUDY HAVENS
4332 E. CORTEZ
PHOENIX AZ 85028


BRET THOMPSON
6327 JUNIPER RIDGE RD.
SHOW LOW AZ 85901


BRETT EDDY
19207 N. 34TH AVE.
PHOENIX AZ 85027


BRIAN GIANNINI
25448 N. 40TH LANE
GLENDALE AZ 85310

Martinson, Gary and Ronna -


BRIAN OAKES
P.O. BOX 289
SKULL VALLEY AZ 86338


BRIAN REED
2250 E. INDIAN WELLS DR.
CHANDLER AZ 85249


BRIAN SCHUE
5237 E. PERSHING AVE.
SCOTTSDALE AZ 85254


BRIDGE STONE SERVICES
1056 SNOWY ROCK RIDGE DRIVE
SHOW LOW, AZ 85901


BROWN & BROWN
2800 N. CENTRAL AVENUE, #1600
PHOENIX AZ 85004


BROWN & BROWN INSURANCE OF ARIZONA
2800 N. CENTRAL AVE. #1600, BOX 2800
PHOENIX AZ 85002-2800


BRUCE & KIM BUTLER
PO BOX 485
SHOW LOW AZ 85902


BRUCE AND LESLEY MARTINSON
10528 E. SUNNYSIDE
SCOTTSDALE AZ 85258


BRUCE J. ETKIN
C/O MORTGAGES LTD.
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


BRUCE JOHNSON
4880 S. 31ST ST.
SHOW LOW AZ 85901


BUDDY AND RENEE JOBE
8185 E. ALAMEDA ROAD
SCOTTSDALE AZ 85255

Martinson, Gary and Ronna -


BUDDY JOBE
8185 E. ALAMEDA ROAD
SCOTTSDALE AZ 85255


BUDY AND RENEE JOBE
8185 E. ALAMEDA ROAD
SCOTTSDALE AZ 85255


BUILDERS CUSTOM LIGHTING, INC.
7895 E. ACOMA #102
SCOTTSDALE, AZ 85260


BURNS PEST ELIMINATION
2620 W. GROVERS AVENUE
PHOENIX AZ 85053


BUSINESS IMAGINING SYSTEMS
P.O. BOX 41601
PHILA, PA 19101-1601


CABLE ONE
1314 E. THORNTON STREET
SHOW LOW AZ 85901


CABLE ONE
P.O. BOX 78407
PHOENIX, AZ 85062-8407


CALI DOWNING
2161 W. STRATTON ROAD
SHOW LOW AZ 85901


CAMBRIC REAL ESTATE HOLDINGS, L.L.C.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


CAMBRIC REAL ESTATE HOLDINGS, LLC
16605 E. PALISADES BLVD., SUITE 144
FOUNTAIN HILLS AZ 85268


CAMERON CRANDELL
1871 ROCK LANE
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


CAMPFIRE HOSPITALITY, LLC
C/O DANA SAAR
2341 QUARTER HORSE TRAIL
OVERGAARD AZ 85933


CANDI MCLEOD


CARDINAL LANDING OWNERS ASSOCIATION, INC
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


CARDINAL LANDING, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


CARISSA NICKOLS
PO BOX 1561
OVERGAARD AZ 85933


CARL ROBERSON
10999 E. ACOMA DR.
SCOTTSDALE AZ 85255


CARL ROBERSON
1601 N. STAGE COACH CIRCLE
SHOW LOW AZ 85901


CARLSON ELECTRIC AND WATER WORKS
1332 FLAG HOLLOW ROAD
LAKESIDE, AZ 85929


CARMEN STEPHENS
8734 DEVONSHIRE AVE.
SCOTTSDALE AZ 85251


CARNES PROPERTIES
C/O BILL CARNES
8023 N. CASAS PLACE
TUCSON AZ 85742

Martinson, Gary and Ronna -


CAT'S PAW TRUST AGREEMENT DATED JUNE 15
1998 C/O MARK & JET MOSKOWITZ, TRUSTEES
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


CATALIN ISFAN AND/OR ASSIGNEE
19632 N. 34TH PLACE
PHOENIX AZ 85050


CENTURY 21 - KERN REALTY
C/O PHYLLIS KERN
17251 E. SHEA BLVD.
FOUNTAIN HILLS AZ 85268


CENTURY 21 KERN REALTY
17031 E. EL LAGO BLVD.
FOUNTAIN HILLS AZ 85268


CERTIFIED FOLDER DISPLAY SERVICE, INC.
ATTN: ROB GUTHERIE
PHOENIX, AZ 85040


CHAPARRAL CITY WATER COMPANY
12021 N. PANORAMA DRIVE
FOUNTAIN HILLS AZ 85268


CHARLES & FEMKE KNUDSON
5601 ROCK CREEK RD. BX 182
WISDOM MT 59761


CHARLES & GAIL HANSON
3381 W. COOLEY
SHOW LOW AZ 85901


CHARLES ATKINSON
7961 VIA SIERRA
SCOTTSDALE AZ 85258


CHARLES E. WAIT, D.D.S., P.C., PROFIT SH
10629 N. 71ST PLACE
SCOTTSDALE AZ 85254


CHARLES L. & SUSAN PILLSBURY
3101 W. STEINBECK DR.
PHOENIX AZ 85086

Martinson, Gary and Ronna -


CHARLES LARSON
5535 EAST VIA MONTOYA DRIVE
PHOENIX AZ 85054


CHARLES MICHAEL, LTD PROFIT SHARING PLAN
C/O MIKE SNODGRASS
17017 E. JACKLIN DRIVE
FOUNTAIN HILLS AZ 85268


CHARLES YALE
809 E. PHOENXI STREET
PAYSON AZ 85541


CHASE CARD SERVICES
P. O. BOX 94014
PALATINE IL 60094-4014


CHERYL CRANDELL
PO BOX 535
HEBER AZ 85928


CHERYL'S INTERIORS
LEGAL ENTITY C/O TOM KAUTZ
16605 E. PALISADES BLVD. #136
FOUNTAIN HILLS AZ 85268


CHLO WINTERS
10920 N. 75TH DRIVE
PEORIA AZ 85345


CHRIS & MOLLY ANDERSON
26815 N. 46TH PLACE
CAVE CREEK AZ 85331


CHRIS ROBERTSON
4226 E. CLARENDON AVE.
PHOENIX AZ 85048


CHRISTOPHER HUNT
6100 N. CASA BLANCA DR.
PARADISE VALLEY AZ 85253

Martinson, Gary and Ronna -


CHRISTOPHER J. OLSON
C/O MARTGAGES LTD.
4455 E. CAMELBACK RD.
PHOENIX AZ 85018


CITY OF CHANDLER
MAIL STOP 701
P.O. BOX 4008
CHANDLER AZ 85244


CITY OF MESA
BOX 1466
MESA AZ 85211


CITY OF SCOTTSDALE
7447 E. INDIAN SCHOOL ROAD
SCOTTSDALE AZ 85252


CITY OF SCOTTSDALE
3939 N. DRIKWATER BLVD.
SCOTTSDALE AZ 85251


CITY OF SCOTTSDALE
P. O. BOX 1788
SCOTTSDALE AZ 85252


CITY OF SHOW LOW
180 N. 9TH STREET
SHOW LOW AZ 85901


CITY OF SHOW LOW
200 W. COOLEY ROAD
SHOW LOW, AZ 85901


CLUB CAR. INC
75 REMITTANCE DRIVE SUITE 1811
CHICAGO IL 60675


COMMERCIAL NEWSPAPER SERVICE INC.-ID
PO BOX 1788
NAMPA ID 83653-1788


COMPASS BANK
11475 E. VIA LINDA
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


COMPASSION INTERNATIONAL
12290 VOYAGER PKWY
COLORADO SPRINGS CO 80997


CONNIE KWOK
8466 WILLOW MIST DR.
LAS VEGAS NV 89147


CONRAD AFFHOLTER
37480 N. BOULDER VIEW DR.
SCOTTSDALE AZ 85262


CONTINUOUS RAINGUTTER SYSTEMS
PO BOX 719
VERNON AZ 85940


COOL MOUNTAIN VACATIONS
2051 N. BISON RIDGE TRAIL
SHOW LOW AZ 85901


COPPERCREST FUNDING
2222 W. PINNACLE PEAK RD., SUITE 360
PHOENIX AZ 85027


COPPERCREST FUNDING, LLC
2222 W. PINNACLE PEAK RD. #360
PHOENIX AZ 85027


CORDER COMMUNITY SERVICES, INC.
1321 E. LUMBERMENS LOOP
SHOW LOW AZ 85901


CORNELIUS MCCORMICK
1542 N.W. BALTIMORE AVE.
BEND OR 97701


COURTNEY HUNT
PO BOX 12496
TEMPE AZ 85284


COURTNEY R. LOSCAVIO
7500 E. DEER VALLEY #131
SCOTTSDALE AZ 85255

Martinson, Gary and Ronna -


COX COMMUMICATIONS
PO BOX 78071
PHOENIX AZ 85062-8071


COX COMMUNICATIONS
P.O. BOX 78071
PHOENIX, AZ 85062-8071


CRIS & ELIZABETH J. KERN
1854 E. SCORPIO PLACE
CHANDLER AZ 85249


CURVES
100 RITCHIE ROAD
WACO TX 76712


D D FURNITURE
161 E. DEUCE OF CLUBS
SHOW LOW, AZ 85901


DALE ZINGG ESTATE
C/O DEBBIE SABLE
7562 EVERGREEN RIDGE DRIVE
HARBOR SPRINGS MI 49740


DALE ZINGG ESTATE
C/O SCOTT NELSON
60 E. RIO  SALADO PKWY STE. 900
TEMPE AZ 85281


DAN BROWN
33 S. POPULAR WAY
CHANDLER AZ 85226


DANA SAAR
14625 N. BRIARWOOD
FOUNTAIN HILLS AZ 85268


DANIEL & TERESA MACLEOD
1061 FAIRWAY DR.
SHOW LOW AZ 85901


DANIEL PIERSON
6332 E. EARLL DRIVE
SCOTTSDALE AZ 85251

Martinson, Gary and Ronna -


DANNY WHITE
902 E. SAN ANGELO
GILBERT AZ 85234


DAVID & EILEEN GONZALEZ
1822 W. MAPLE CIRCLE
MESA AZ 85205


DAVID & PENNY KINNEY
941 N. NEEDLES CREEK DR.
SHOW LOW AZ 85901


DAVID & ROSETTA SHEER
1260 N. BISON GOLF COURT
SHOW LOW AZ 85901


DAVID BUCKLEY
4529 E. ROSEMONTE DR.
PHOENIX AZ 85050


DAVID G. ROBERTS & ASSOC., INC.
4936 E. JUSTICA
CAVE CREEK AZ 85331


DAVID GONZALEZ
1822 W. MAPLE CIRCLE
MESA AZ 85205


DAVID ROBERTS
4936 E. JUSTICA
CAVE CREEK AZ 85331


DAVID SHEER
909 E. CHERRYWOOD PLACE
CHANDLER AZ 85249


DAVID VAN VLACK
4202 N. 57TH PLACE
PHOENIX AZ 85018


DAWN MARIE OLSON BORING
713 FEATHER BROOK COURT
ALLEN TX 75002

Martinson, Gary and Ronna -


DBFG INVESTMENTS LIMITED PARTNERSHIP
C/O MORTGAGES LTD.
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


DE LAGE LANDEN FINANCIAL SERVICES
P.O. BOX 41601
PHILADELPHIA PA 19101


DE LAGE LANDEN FINANCIAL SERVICES
REF NO. 24596560
PHILA, PA 19101-1601


DEB MCLEAN
5515 E. EVERGREEN STREET
MESA AZ 85205


DEBORAH SNODGRASS
17017 E. JACKLIN
FOUNTAIN HILLS AZ 85268


DEEP SOUTH
6363 N. STATE HIGHWAY 161, SUITE 100
IRVING TX 75038


DELBERT SNIDER
15952 W. PALM LANE
SURPRISE AZ 85374


DENIS SMITH
PO BOX 1115
OVERGAARD AZ 85933


DENNIS & CARLENE
691 N. 34TH DR.
SHOW LOW AZ 85901


DENNIS MORAN
11322 S. AVE. 12E SPACE 6
YUMA AZ 85367


DEPARTMENT OF REAL ESTATE
2910 N. 44TH STREET
PHOENIX AZ 85018

Martinson, Gary and Ronna -


DEREK SINANI
6737 E. DUANE LANE
SCOTTSDALE AZ 85266


DESERT BAY BUILDERS, LLC
C/O BRUCE MARTINSON
10135 E. VIA LINDA STE. #D124
SCOTTSDALE AZ 85258


DESERT DIGITAL IMAGING INC.
10105 E. VIA LINDA, SUITE 103
SCOTTSDALE, AZ 85258-5326


DESERT MINI STORAGE
26520 ALMA SCHOOL ROAD
SCOTTSDALE AZ 85255


DESERT VISTA CONDOMINIUMS, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


DESI & DEIDRA SMITH
5117 W. POTTER DR.
GLENDALE AZ 85308


DEVELOPERS SURETY & INDEMNITY
17780 FITCH, SUITE 200
IRVINE CA 92614-6060


DEVELOPMENT SPECIALISTS, LLC


DEVIN C. DAY
1120 NORTH BISON GOLF COURT
SHOW LOW AZ 85901


DEX WEST
P. O. BOX 79167
PHOENIX AZ 85062-9167


DIANNA BRADER
29118 N. 69TH PL.
SCOTTSDALE AZ 85262

Martinson, Gary and Ronna -


DIANNE HILLIGOSS
1250 HALL RD., #605
NORTH FORT MYERS FL 33903


DIANNE HILLIGOSS
6908 EAST STAGECOACH PASS
CAREFREE AZ 85377


DIGITAL REZ CORPORATION
BOX 154 EMU PARK
QUEENSISLAND, AUSTRALIA 04710-0000


DIRECT TV
PO BOX 78626
PHOENIX AZ 85062-8626


DIRECT TV
P.O. BOX 60036
LOS ANGELES CA 90060


DISH NETWORK
DEPT 0063
PALATINE, IL 60055-0001


DOMINION CONSULTING, INC.
4222 E. THOMAS RD.
PHOENIX AZ 85018


DON & IRIS TERRY
3730 W. OLD LINDEN RD.
SHOW LOW AZ 85901


DON & JANE STALEY
6797 CHENEY RANCH LOOP
SHOW LOW AZ 85901


DON DOTEN
1927 S. 7TH AVE.
YUMA AZ 85366


DON LIEM ENTERPRISES DEFINED BENEFIT
PENSION PLAN
12623 S. 71ST STREET
TEMPE AZ 85284

Martinson, Gary and Ronna -


DON POWELL
CARMICHAEL & POWELL
7301 N. 16TH STREET # 103
PHOENIX AZ 85020


DONALD & JANIS RAUH
3460 W. COOLEY
SHOW LOW AZ 85901


DONALD & MERREY LYNN LUKE
16224 N. 112TH WAY
SCOTTSDALE AZ 85255


DONALD GRIZEL
12945 N. WOODBURNE AVE.
ORO VALLEY AZ 85755


DONNY BUCKLES
PO BOX 1577
LAKESIDE AZ 85929


DORIS MURPHY
3401 COUNTRY CLUB DR.
SHOW LOW AZ 85901


DOUG REED INSURANCE SERVICES
8711 E. PINNACLE PEAK RD. #F-110
SCOTTSDALE AZ 85255


DOUGLAS & KENDRA PILLSBURY
41103 N. PROSPERITY WAY
PHOENIX AZ 85086


DOUGLAS ADAMSON
26445 S. NEWTON DRIVE
CHANDLER AZ 85248


DOUGLAS TABISH
7626 E. SAN FERNANDO DRIVE
SCOTTSDALE AZ 85255


DOUGLAS WENDT
12519 E. PARADISE DR.
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


DR BUCK PRODUCTIONS
P.O. BOX 7123
GOODYEAR, AZ 85338


DR. HOWARD AND MRS. SALLY LONN
197020 WESSEX DRIVE
SURPRISE AZ 85387


DR. MICHAEL FLAMING
2601 SE BELLA VISTA LOOP
VANCOUVER WA 98063-7671


DR. ROBERT AND KATHY JOHNSON
C/O J. ROBERT ECKLEY
3602 E. CAMPBELL AVENUE
PHOENIX AZ 85018


DWAYNE ATWELL
PO BOX 2230
SHOW LOW AZ 85902


E & E SERVICES, INC.
PO BOX 2246
LAKESIDE, AZ 85929


E+C2 HOLDINGS, LLC
C/O SCOTT NELSON, MANAGER
60 E. RIO  SALADO PKWY STE. 900
TEMPE AZ 85281


E-DIETS
1000 CORPORATE DRIVE #600
FT. LAUDERDALE FL 33334


EAGLES LANDING OWNERS ASSOCIATION, INC.
C/O METRO PROPERTY SERVICES
150 E. ALAMO DRIVE #3
CHANDLER AZ 85225


EAGLES PASS OWNERS ASSOCIATION, INC.
150 E. ALAMO DRIVE #3
CHANDLER AZ 85225

Martinson, Gary and Ronna -


ED & DONNA MOORE
1740 S. RIDGE CREST DR.
SHOW LOW AZ 85901


ED & SHIRLEY SEELEY
18321 N. KEY ESTRELLA DR.
SURPRISE AZ 85374


ED WHAL
10942 E. CHESTNUT DR.
SUN LAKES AZ 85248


EDDIE POWELL
1429 W. MORROW DR.
PHOENIX AZ 85027


EDWIN WAIT
1310 W. FIR STREET
ROGERS AR 72758


ELBERT BRIDGMAN
1640 N. FAIRWAY DR.
SHOW LOW AZ 85901


ELLIOTT ROVINSKY
5841 E. HUMMINGBIRD
PARADISE VALLEY AZ 85253


EMILY E.AND ERIK NELSON STALL
10296 E. HILLERY DR.
PARADISE VALLEY AZ 85253


EMILY E.AND ERIK NELSON STALL
10296 E. HILLERY DR.
SCOTTSDALE AZ 85255


EMILY TOZER
4782 S. KINGS RANCH RD.
GOLD CANYON AZ 85218


EMPIRE SOUTHWEST
P.O. BOX 29879
PHOENIX AZ 85038

Martinson, Gary and Ronna -

EVELYN KORBEL
337 E. VAUGHN AVE.
GILBERT AZ 85234

EXPEDIA
333 108TH AVENUE NE
BELLEVUE WA 98004

FARMER BROS. CO.
FILE 55172
LOS ANGELES CA 90074-5172

FARMER BROTHERS COMPANY
FILE 55172
LOS ANGELES, CA 90074-5172

FAY HARRIS
11875 PIGEON PASS RD.
STE D-1, #526
MORENO VALLEY CA 92557

FDIC
1776 F STREET, NW
WASHINGTON DC 20006

FERGUSON DOOR & OPERATOR, INC.
1852 W. COMMERCE DR.
LAKESIDE, AZ 85929

FERGUSON PREHUNG DOORS, INC
P.O. BOX 156
SHOW LOW AZ 85902-0156

FIRST AMERICAN TITLE
4801 E. WASHINGTON
PHOENIX AZ 85034

FIRST AMERICAN TITLE
1 FIRST AMERICAN WAY
SANTA ANA CA 92707

FIRST COMMUNITY BANK
1838 W. PARKSIDE LANE
PHOENIX AZ 85027

Martinson, Gary and Ronna -


FIRST COMMUNITY BANK
LOAN ADMIN SERVICE CENTER
ALBUQUERQUE, NM 87190


FIRST COMMUNITY BANK
C/O DAVID EVERS
2710 E CAMELBACK RD STE. 100
PHOENIX AZ 85018


FIRST HORIZON CONSTRUCTION LENDING
2375 E. CAMELBACK RD., #380
PHOENIX AZ 85016


FIRST HORIZON HOME LOAN CORP.
2375 E. CAMELBACK RD., STE. 60
PHOENIX AZ 85016


FITNESS PLUS MAGAZINE
4474 EAST 5TH STREET
TUCSON, AZ 85711


FIYODOR MIKHAEL-FARD
5043 AMESTOY AVE.
ENCINO CA 91316


FLOYD & JEAN SCHAVE
1039 N. FOREST
MESA AZ 85203


FOSTER KLIMA & CO LLC
C/O JOH NIELSON
920 SECOND AVE. SOUTH
MINNEPOLIS MN 55402


FOUR PAWS PROPERTIES, L.L.C.
DEFINED BENEFIT PLAN LAURA MARTINI
& LORINDA S. MULLEN, TRUSTEES


FOXWORTH-GALBRAITH LBR CO
5208 HIGHWAY 260
LAKESIDE, AZ 85929


FOXWORTH-GALBRAITH LUMBER COMPANY
5208 HIGHWAY 260
LAKESIDE AZ 85929

Martinson, Gary and Ronna -


FRANK & MICHELLE COEN
3578 E. VAUGHN CT.
GILBERT AZ 85234


FRANK A. & ALICE R. PECORARO
16650 HIGHLAND VALLEY ROAD
RAMONA CA 92065


FRANK MARASCO
6 ARBOUR VISTA ROAD NW
CALGARY, CANADA


FRANK MARQUIS
7214 E. BASELINE RD.
MESA AZ 85209


FRANK MENDEZ
PO BOX 2662
SHOW LOW AZ 85902


FRANK RENNHAK
10850 E. KEATS AVE.
MESA AZ 85212


FRED & CHERRI DELGADO
1041 PINE OAKS DR.
SHOW LOW AZ 85901


FRED & CINDY HAUBOLD
4131 W. HAWTHORN RD.
SHOW LOW AZ 85901


FRED KENT
2921 W. BILLY MAYFAIR LOOP
SHOW LOW AZ 85901


FRED KENT
10105 E. ELMWOOD DR.
CHANDLER AZ 85248


FRED MIKHAEL-FARD
5200 WHITE OAK AVE
UNIT 36
ENCINO CA 91316

Martinson, Gary and Ronna -


FREDERICK R. WRIGHT
3479 W. DANCER LANE
QUEEN CREEK AZ 85242


FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550


FRONTIER
P. O. BOX 20550
ROCHESTER NY 14602-0550


GAMART PARTNERS, LLC
C/O BISON HOMES
10953 N. FLW BLVD, #110
SCOTTSDALE AZ 85259


GARY & LEANN KNOX
12142 S. TOMI DR.
PHOENIX AZ 85029


GARY BRYAN
1001 N. CENTRAL AVE
#D8
SHOW LOW AZ 85901


GARY H. KECK
5721 E. HORSESHOE RD
PARADISE VALLEY AZ 85253


GARY KUNEMUND
9737 E. PLANA AVENUE
MESA AZ 85212


GARY SCHANER
10792 E. CARIBBEAN LANE
SCOTTSDALE AZ 85255


GARY SMITH
37130 N. 15TH AVE.
PHOENIX AZ 85086


GE CAPITAL
PO BOX 3083
CEDAR RAPIDS IA 52406-3083

Martinson, Gary and Ronna -


GEMINI INSURANCE COMPANY
200 WEST MADISON STREET, SUITE 2700
CHICAGO IL 60606


GEORGE GLENDAY
281 N. RETREAT DR.
SHOW LOW AZ 85901


GEORGE GLENDAY
24686 N. 120TH PL.
SCOTTSDALE AZ 85255


GILA COUNTY
1400 EAST ASH STREET
GLOBE AZ 85501


GILBERY SOLIS
40 E. CENTER STREET
SNOWFLAKE AZ 85937


GILES GORAL
29916 N. BAKER COURT
SCOTTSDALE AZ 85262


GLASS & MORE CLEANING SVC.
13639 N. 41ST PLACE
PHOENIX, AZ 85032


GLENN FIELDS
961 N. BISON GOLF COURT
SHOW LOW AZ 85901


GLENN FIELDS
3460 W. HANSEN
SHOW LOW AZ 85901


GLENN PERRY
3831 N. RIO VERDE VISTA DRIVE
TUCSON AZ 85750


GMAC
P.O. BOX 78234
PHOENIX AZ 85062-8234

Martinson, Gary and Ronna -


GMAC
PO BOX 78234
PHOENIX AZ 85062


GMAC FINANCIAL SERVICES
P.O. BOX 78234
PHOENIX AZ 85062-8234


GMAC PAYMENT PROCESSING CENTER
P.O. BOX 9001948
LOUISVILLE, KY 40290-1948


GOLF CASITAS AT TORREON OWNERS ASSOCIATI
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


GOLF ESTATES & VILLAS AT BISON CROSSING
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


GOLF ESTATES & VILLAS AT BISON CROSSING
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


GOLF ESTATES & VILLAS AT BISON CROSSING,
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


GORT METALS CORPORATION
3623 SOUTH 7TH STREET
PHOENIX, AZ 85040


GRACE HOSPITALITY INTERNATIONAL
10827 S. 51ST STREET #102
PHOENIX AZ 85044


GRAEME TOLSON
7635 E. TAILFEATHER DRIVE
SCOTTSDALE AZ 85255


GRANT HELGESON
8141 E. INDIAN BEND RD. #103
SCOTTSDALE AZ 85250

Martinson, Gary and Ronna -


GRAVES PROPANE
1342 E. WHITE MNT. BLVD.
PINETOP AZ 85935


GREATER PHOENIX CONVENTION & VISITORS
400 E. VAN BUREN
PHOENIX AZ 85004


GUS & ROSEMARY SWANSON
PO BOX 21776
MESA AZ 85277


HARRY DOBELL
1664 E. GLENHAVEN DR.
PHOENIX AZ 85048


HARRY L. HAAS
8191 S. PENNINSULA DRIVE
LITTLETON CO 80120


HARTFORD FINANCIAL SERVICES
ONE HARTFORD PLAZA
HARTFORD CT 06155


HARVEY COTTER
36610 S. OCOTILLO CANYON DR.
TUCSON AZ 85739


HATCH CONSTRUCTION & PAVING, INC
P.O. BOX 127
TAYLOR AZ 85939


HCC SURETY GROUP
8751 N. 51ST AVENUE
SUITE 121
GLENDALE AZ 85302


HD SUPPLY PLUMBING/HVAC, LTD
P.O. BOX 79586
CITY OF INDUSTRY CA 91716-9586


HEBERT STEPHENS
8734 DEVONSHIRE AVE.
SCOTTSDALE AZ 85251

Martinson, Gary and Ronna -


HELGESON, GRANT
8141 E. INDIAN BEND RD. # 103
SCOTTSDALE AZ 85250


HENNEN PUBLISHING & MARKETING GROUP
3645 N. MARSHALL WAY, #3
SCOTTSDALE AZ 85251


HENRY & PHOEBE PEVEAR
17421 E. VIA DEL ORO
FOUNTAIN HILLS AZ 85268


HERBERT STEPHENS
8734 E. DEVONSHIRE AVE.
SCOTTSDALE AZ 85251


HERTZ EQUIPMENT RENTAL CORPORATION
PO BOX 650280
DALLAS, TX 75265-0280


HOAMCO C/O JUSTIN SCOTT
P.O. BOX 10000
PRESCOTT, AZ 86301


HOME DEPOT CREDIT SERVICES
DEPT.32-2534323294
THE LAKES, NV 88901-6031


HOMES & LAND OF SCOTTSDALE & PHOENIX
8134 E. CACTUS RD. #600
SCOTTSDALE, AZ 85260


HOTEL FACTORY
2555 SOUTHWEST GRAPEVINE PARKWAY, SUITE
GRAPEVINE TX 76051


HUGHES - CALIHAN
P.O. BOX 10322
PHOENIX, AZ 85064-0322


IKON FINANCIAL SERVICES
PO BOX 650073
DALLAS, TX 75265-0073

Martinson, Gary and Ronna -


INSCO DICO
17780 FITCH #200
IRVINE CA 92614


INTEGRA TELECOM, INC.
P.O. BOX 53006
PHOENIX, AZ 85072-3006


INTERNATIONAL CONSULTING & ENG., INC.
2250 N. CATALINA VISTA LOOP
TUCSON, AZ 85749


IRONSHORE INDEMNITY, INC.
2 PINE TREE DRIVE
ARDEN HILLS MN 55112


IRONSIDE ENGINEERING
1500 S. WHITE MOUNTAIN RD. STE. 201
SHOW LOW AZ 85901


ITSYNERGY
7310 N. 16TH STREET #130
PHOENIX AZ 85020-8203


JAMES & CAROLYN MORROW
1600 N. 36TH CIRCLE
SHOW LOW AZ 85901


JAMES & KAREN MATTESON
3424 W. COUNTRY CLUB DR.
SHOW LOW AZ 85901


JAMES & MARY JORDAN
4642 E. RED RANGE WAY
CAVE CREEK AZ 85331


JAMES B. REED
BAIRD, WILLIAMS & GREER, LLP
6225 N. 24TH STREET, SUITE 125
PHOENIX AZ 85016


JAMES H. & DOLORES DERR
17992 RAINIER DR.
SANTA ANA CA 92705

Martinson, Gary and Ronna -


JAMES HAWORTH
10820 BEAR ISLAND AVE
ORLAND PARK IL 60467


JAMES HILL
11655 N. 139TH PLACE
SCOTTSDALE AZ 85259


JAMES LOMAX
2622 W. CARLA VISTA DR.
CHANDLER AZ 85224


JAMES LUECK
8499 E. OVERLOOK DR.
SCOTTSDALE AZ 85255


JAMES MELLON
868 LITTLE BEAVER LANE
SHOW LOW AZ 85901


JAMES P. & BARBARA MCGLOIN
13493 E. DESERT TRAIL
SCOTTSDALE AZ 85259


JAMES RUTKOWSKI
7974 E. WILDERNESS TRAIL
APACHE JUNCTION AZ 85218


JAMES RUTOWSKI
261 N. RETREAT DR.
SHOW LOW AZ 85901


JAMES THEIS
4110 W MOGOLLON DRIVE
SHOW LOW AZ 85901


JAMES TUVELL
P.O. BOX 2855
SHOW LOW AZ 85902


JAMESON SCHAEFER
2084 W. WEATHERBY WAY
CHANDLER AZ 85248

Martinson, Gary and Ronna -


JAMIE EDDY
19207 N. 34TH AVE.
PHOENIX AZ 85027


JASON CHRISTIANSEN
3428 E. JASMINE CIRCLE
MESA AZ 85213


JASON SKRNICH
8505 E. ANGEL SPIRIT DRIVE
SCOTTSDALE AZ 85255


JASON STALL
20704 N. 90TH PLACE
#140
SCOTTSDALE AZ 85255


JAY & BETTY ROLAND
21950 N. 97TH ST.
SCOTTSDALE AZ 85255


JEFFREY PAVER
3607 N. CRYSTAL LANE
AVONDALE AZ 85323


JEROME & JUDY WALLACE
2136 E. FREEPORT LN.
GILBERT AZ 85234


JERRY CALDWELL
14415 N. SPRINGFIELD WAY
FOUNTAIN HILLS AZ 85268


JERRY CASWELL AND SON HORSESHOEING
4120 EAST LONE MOUNTAIN RD
CAVE CREEK AZ 85331


JIM & BARBARA HEMERSON
1349 LEISURE WORLD
MESA AZ 85206


JIM & MARY MCCOY
1060 S. HUNTERS RUN
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


JIM & PAM BRADY
1133 N. ARROYA
MESA AZ 85205


JIM AND DEBRA PAXON
PO BOX 4218
SHOW LOW AZ 85902


JIM EDEN
1923 S. WOODLAND LN.
PINETOP AZ 85935-7106


JIM HILL
13300 E. VIA LINDA, #120
SCOTTSDALE AZ 85259


JNJN FAMILY PARTNERS
11345 WEST RICKS CRICLE
DALLAS TX 75230


JOE & ISOLDE WILLIAMS
101 E. MEADOW RIDGE LN.
SHOW LOW AZ 85901


JOE ENDRES
680 N. 34TH DR.
SHOW LOW AZ 85901


JOE NETHERWOOD
6501 E. GREENWAY PARKWAY #103-638
SCOTTSDALE AZ 85254


JOE WOODS
10450 N. 25TH STREET
PHOENIX AZ 85028


JOHN "CHIP" MCLEOD
4770 W COVERED WAGON TRAIL
SHOW LOW AZ 85901


JOHN & JOHANNA NEWMAN
2601 W. BEN HOGAN DR.
TUCSON AZ 85742

Martinson, Gary and Ronna -


JOHN & KATHY HARSHAW
1133 PEPPERTREE DR.
GILBERT AZ 85234


JOHN & LOUISE WHITEHILL-WARD
2919 W. FAIRWAY VIEW DR.
TUCSON AZ 85742


JOHN & LYNN GLANCY
2617 E. TURQUOISE DR.
PHOENIX AZ 85028


JOHN AND GLORIA GIANSANTI
PO BOX 395
OVERGAARD AZ 85933


JOHN BRAMBERT
4602 W. MOSIER PASS
GLENDALE AZ 85310


JOHN BRAMBERT & JENNY VODER
4602 W. MOSIER PASS
GLENDALE AZ 85310


JOHN C. AND ANNIMARIE WASIELEWSKI CLINE
17310 MORNINGVIEW COURT
BROOKFIELD WI 53045


JOHN CARR
3851 E. ZION PL.
CHANDLER AZ 85249


JOHN COLLINS
541 W. SWEETWATER AVE.
PHOENIX AZ 85029


JOHN D. MCLEOD
13625 S 47TH STREET
PHOENIX AZ 85044


JOHN F. KENNEDY
600 RIDGE DRIVE
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


JOHN G. SINODIS
JENNINGS, HAUG & CUNNINGHAM, LLP
2800 N. CENTRAL, SUITE 1800
PHOENIX AZ 85004


JOHN GLANCY
2617 E. TURQUOISE
PHOENIX AZ 85028


JOHN HENNINGSEN
16407 N. PARADOX DRIVE
FOUNTAIN HILLS AZ 85268


JOHN HOFDAHL
5417 E. VIA LOS CABALLOS
PARADISE VALLEY AZ 85253


JOHN JAMES ST. AUBIN
28516 N. 111TH WAY
SCOTTSDALE AZ 85262


JOHN K. LASSEN
1250 HALL RD. #605
NORTH FORT MYERS FL 33903


JOHN LASSEN
12614 E. SADDELHORN TRAIL
SCOTTSDALE AZ 85259


JOHN LASSEN
6908 E STAGECOACH PASS
CAREFREE AZ 85377


JOHN LOOMAN
8729 W. PORT ROYALE LN.
PEORIA AZ 85381


JOHN NEWMAN
2601 W. BEN HOGAN DR.
TUCSON AZ 85742


JOHN PARK
15979 W. CATALINA DR.
GOODYEAR AZ 85338

Martinson, Gary and Ronna -


JOHN S. KRAMER
PO BOX 25693
SCOTTSDALE AZ 85255


JOHN TREMAINE
P.O. BOX 79
TUMACACORI AZ 85640


JOHN VINCENT
11052 E. NATAL AVE.
MESA AZ 85209


JOHNATHAN RENDE & KERRI FOLMER
526 OAK PARKWAY
REDWOOD CITY CA 94062


JON & JERILYNN HERMANSON
22434 N. 53RD PL.
PHOENIX AZ 85054


JON HERMANSON
22434 N. 43RD PL.
PHOENIX AZ 85054


JON LILLIS
38032 S. FLOWER MESA DR.
TUCSON AZ 85739


JON LILLIS
38072 S. FLOWER MESA DR.
TUCSON AZ 85739


JONATHAN FORD
7554 E. TAILSPIN LN.
SCOTTSDALE AZ 85255


JOSEPH HULES
39661 S. MOUNTAIN MEADOWS DR.
TUCSON AZ 85739


JOSEPH S. AND GE WAGER
P.O. BOX 584
TONTO BASIN AZ 85553

Martinson, Gary and Ronna -


JOSH AND NATALIE MCCOWN
2814 SUMMIT DRIVE
JACKSONVILLE TX 75766


JOY CHURCH
P.O. BOX 17050
FOUNTAIN HILLS AZ 85269


JOYCE LEE
14447 CAMEO DRIVE
SUN CITY AZ 85351


JUDY GILMORE
3101 N CENTRAL AVE
PHOENIX AZ 85012


JULIA FOSTER
301 N. RETREAT WAY
SHOW LOW AZ 85901


K & K INSURANCE
1712 MAGNAVOX WAY
FORT WAYNE IN 46804


K & L INDUSTRIES, LLC
10652 DEANDRA DRIVE, SUITE 200
ZIONSVILLE IN 46077


K.A. BAKER CONSULTING ENGINEER RESTATED
16955 E. PARLIN DRIVE
FOUNTAIN HILLS AZ 85268


KAISER INVESTMENT INC.
SUITE 450 707 7TH AVE. S.W.
CALGARY, CANADA T2P3H6


KAREN BAKER RETIREMENT PLAN
16955 E. PARLIN DRIVE
FOUNTAIN HILLS AZ 85268


KAREN HEWITT
2687 S. SANTA RITA WAY
CHANDLER AZ 85286

Martinson, Gary and Ronna -


KATHRYN GIL
42502 W. VENTURE RD.
MARICOPA AZ 85239


KEN & CYNTHIA HOSLEY
560 N. YUCCA CIRCLE
MESA AZ 85201


KEN MARTINSON
4126 E WINDROSE DR
PHOENIX AZ 85032


KEN PERGUSON
P.O. BOX 367
OVERGAARD, AZ 85933


KENNETH E. BAIN
PO BOX 1754
OVERGAARD AZ 85933


KENNETH EHRHARDT
24206 S LAKEWAY CIRCLE N
CHANDLER AZ 85248


KENNY KLAUS
7254 E. SOUTHERN #105
MESA AZ 85209


KEVIN & JOLENE DICKEN
3542 E. VAUGHN CT.
GILBERT AZ 85234


KEVIN J. BLAKLEY
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 18TH FLOOR
PHOENIX AZ 85004


KEVIN J. PARKER
166 SUPERIOR ROAD
ROCHESTER NY 14625


KIM A. & KAREN A. BAKER
16955 E. PARLIN DRIVE
FOUNTAIN HILLS AZ 85268

Martinson, Gary and Ronna -


KIM BAKER
16955 E PARLIN DRIVE
FOUNTAIN HILLS AZ 85268


KIP AMERICA INC.
P.O. BOX 100706
PASADENA, CA 91189-0706


KIP MCLEAN
5515 E. EVERGREEN ST.
MESA AZ 85205


KNOX ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO CA 92101


KNOX MANAGEMENT SERVICES
2250 FOURTH AVENUE
SAN DIEGO, CA 92101


KOTTERMAN PLUMBING INC
1958 N. 16TH AVE
SHOW LOW AZ 85901


KRISTEN L. DAY
1120 N BISON GOLF COURT
SHOW LOW AZ 85901


KURT CRETORS
12568 E. SILVER SPUR ST.
SCOTTSDALE AZ 85259


KYLE HARRIS
39452 BRIGHTON ST.
MURRIETA CA 92563


L.T. FLEMING
1649 E. BETHANY HOME ROAD
PHOENIX AZ 85016


LAFAMILIA FINANCIAL LIMITED PARTNERSHIP
1757 E. BASELINE RD. #110
GILBERT AZ 85233

Martinson, Gary and Ronna -


LAND  AMERICA TITLE
1500 EAST WOLFORD #102
SHOW LOW AZ 85901


LARRY & CINDY SPENCER
1031 E. HILLSIDE DR.
SHOW LOW AZ 85901


LARRY R. YOUDELMAN AS TRUSTEE OF THE LAR
4771 EAST KELSEA PLACE
TUCSON AZ 85718


LARSON WASTE, INC.
1440 W. RUTLEDGE DR.
SNOWFLAKE, AZ 85937


LAURENCE C. & ELAINE CHRISTIAN
4623 E. SANDRA TERRACE
PHOENIX AZ 85032


LAWRENCE W. AND DIANNA L. SITKIEWICZ
19205 N. 36TH STREET
PHOENIX AZ 85050


LAWYERS TITLE
1500 EAST WOLFORD #102
SHOW LOW AZ 85901


LEE & WENDY WEBER
2288 LEISURE WORLD
MESA AZ 85206


LEE ROZELL
1051 N. CENTRAL AVE., #17
SHOW LOW AZ 85901


LEE SEELEY
18321 N. KEY ESTRELLA DR.
SURPRISE AZ 85374


LEGACY 9, LLC
5627 N. CASA BLANCA
PARADISE VALLEY AZ 85253

Martinson, Gary and Ronna -


LIBERTY FENCE & SUPPLY, LLC
PO BOX 2920
SHOW LOW, AZ 85902


LIHU LU C/O MORTGAGES LTD.
4455 E CAMELBACK RD
PHOENIX AZ 85018


LIMELIGHT NETWORKS
2220 W. 14TH STREET
TEMPE AZ 85281


LINDA MACHUTAS
5945 NORTH 83RD STREET
SCOTTSDALE AZ 85250


LINDEN LANDSCAPE CENTER, LLC
20704 N. 90TH PLACE #140
SCOTTSDALE AZ 85255


LINDEN PEARCE CONSTRUCTION, INC.
1020 PEARCE ROAD
SHOW LOW, AZ 85901


LLOYD HARVEY
7056 BUSTIN DUTCH TR
SHOW LOW AZ 85901


LOCKE LIDDELL & SAPP
ROBB STEWART
2200 ROSS AVE., STE. 2200
DALLAS TX 75201-6716


LOCKE LIDDELL & SAPP
ROBB STEWART
2200 ROSS AVE, STE. 2200
DALLAS TX 75201-6716


LOHMAN COMPANY, PLLC
1630 S. STAPLEY DRIVE, SUITE 108
MESA AZ 85204


LOIS DAVIS
17844 N. EVERSON DR.
GLENDALE AZ 85308

Martinson, Gary and Ronna -


LORI BAIN
1621 N. 36TH DR.
SHOW LOW AZ 85901


LOT 40 SUBS


LOT 41 SUBS


LOT 42 SUBS


LOT 44 SUBS


LOWELL HULL
2663 B. SUMMER CREST COURT
GRAND JUNCTION CO 81506


LTD COMMODITIES LLC
PO BOX 702
BANNOCKBURN IL 60015-0702


LTF LIFE TIME MO - DUES
2902 CORPORATE PLACE
CHAMHASSEN MN 55317


LUKE BRZYCKI
5805 PINEBROOK DR.
THE COLONY TX 75056


LUKE BRZYCKI
6300 THORNBRANCH DR.
PLANO TX 75093


LVA
120 S. ASH AVENUE
TEMPE AZ 85281


LYLE HAND
3847 W. KINGS
PHOENIX AZ 85053

Martinson, Gary and Ronna -


LYNN BIEL
13179 W. HUBBELL ST.
GOODYEAR AZ 85338


MADDEN PRE-PRINT MEDIA
1650 E. FORT LOWELL, SUITE 100
TUCSON AZ 85719


MAGGIE PALMER
1509 E. SHEFFIELD AVE.
CHANDLER AZ 85225


MARCIA WAHL
PO BOX 168
CAVE CREEK AZ 85327


MARIA TURCOTT
1140 N. JUDD PLACE
CHANDLER AZ 85226


MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133


MARICOPA COUNTY TREASURER
PO BOX 78574
PHOENIX AZ 85062-8574


MARILYN LODWICK
PO BOX 4098
SHOW LOW AZ 85902


MARISA TESCHKE
10999 E. ACOMA DR.
SCOTTSDALE AZ 85255


MARISA TESCHKE
1601 N. STAGE COACH CIRCLE
SHOW LOW AZ 85901


MARK GRACE C/O BARRY AXELROD LAW OFFICE
2236 ENCINITAS BLVD
SUITE A
ENCINITAS CA 92024

Martinson, Gary and Ronna -


MARK KNOELL
1079 S. WESTERN SKIES
GILBERT AZ 85296


MARK MACALUSO
3815 N. PASEO DEL SOL
MESA AZ 85207


MARK NEAL
2552 W. KEATING
MESA AZ 85202


MARK S. & BARBARA E. GLAZER
3112 W. HIDDEN LAKE RD
MEQUON WI 53092


MARK S. GLAZER & BARBARA E. GLAZER TRUST
3112 WEST HIDDEN LAKE RD
MEQUON WI 53092


MARSHFIELD FURNITURE
137 WEST NINTH STREET
MARSHFIELD, WI 54449


MARTINSON FAMILY TRUST
16927 E. SAGUARO BLVD
FOUNTAIN HILLS AZ 85268


MARTINSON FAMILY TRUST
16605 E. PALISADES BLVD. #136
FOUNTAIN HILLS AZ 85268


MARTINSON, BRUCE & LESLEY
10105 E. VIA LINDA STE. 103-180
SCOTTSDALE AZ 85258


MARVIN & JUDY ARNOLD
3731 COUNTRY CLUB DR.
SHOW LOW AZ 85901


MARVIN ARNOLD
981 N. BISON GOLF COURT
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


MARY KIMMELL
16424 S. 1ST AVENUE
PHOENIX AZ 85045


MATHHEW D. WILLIAMS
4400 N. SCOTTSDALE ROAD #381
SCOTTSDALE AZ 85251


MATT WILLIAMS
5627 N. CASA BLANCA
PARADISE VALLEY AZ 85253


MATT WILLIAMS
C/O JEFF SHUMWAY
7729 E. GREENWAY ROAD
SCOTTSDALE AZ 85260


MATT WILLIAMS HOMES, LLC
C/O MATT WILLIAMS
5627 N. CASA BLANCA
PARADISE VALLEY AZ 85253


MATT WILLIAMS HOMES, LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


MAUREEN A. CHAPMAN
600 N. TYLER PARKWAY
PAYSON AZ 85541


MAUREEN A. CHAPMAN FAMILY TRUST
600 N. TYLER PARKWAY
PAYSON AZ 85541


MAYO FOUNDATION
13400 E. SHEA BLVD.
SCOTTSDALE AZ 85259


MAYO FOUNDATION
200 FIRST STREET SW
ROCHESTER MN 55905

Martinson, Gary and Ronna -


METRO PROPERTY SERVICES
150 E. ALAMO DRIVE #3
CHANDLER AZ 85225


MICHAEL & NANCY STEELE
14859 E. VISTA VIEW CT.
CHANDLER AZ 85286


MICHAEL ANGELONE
10836 N. 66TH ST.
SCOTTSDALE AZ 85254


MICHAEL L. ZACCARDI
1747 E. MALLORY ST.
MESA AZ 85203


MICHAEL NARRAMORE
2821 W. VILLA LOOP
SHOW LOW AZ 85901


MICHAEL PEARSON
PO BOX 27
WINSLOW AZ 86047


MICHAEL PETTY
8722 E. VIA DE COMMERCIO
SCOTTSDALE AZ 85258


MICHAEL WEISS
18816 N. LAKEFOREST DRIVE
SUN CITY AZ 85373


MIKE BEISHIR
16529 E. GLENBROOK BLVD.
FOUNTAIN HILLS AZ 85268


MIKE BUCKLES SERVICES LLC
PO BOX 1557
LAKESIDE AZ 85929


MIKE JOHNSON
8478 E. ANGEL SPIRIT DR.
SCOTTSDALE AZ 85255

Martinson, Gary and Ronna -

MIKE PETRONE
14808 CERRO ALTO DRIVE
FOUNTAIN HILLS AZ 85268

MIKE SATTERFIELD
6932 E. HEARN ROAD
SCOTTSDALE AZ 85254

MINARD-AMES INSURANCE GROUP
4646 E. VAN BUREN ST. #200
PHOENIX AZ 85008

MINARD-AMES INSURANCE SERVICES
4646 E. VAN BUREN ST., #200
PHOENIX AZ 85008

MIRAGE CROSSING OWNERS ASSOCIATION, INC.
C/O ROSSMAR & GRAHAM
9362 E. RAINTREE DRIVE
SCOTTSDALE, AZ 85260-2098

MIRAGE HOMES COMMUNITIES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

MIRAGE HOMES COMMUNITIES, LLC
16927 E. SAGUARO BLVD.
FOUNTAIN HILLS AZ 85268

MIRAGE HOMES COMMUNITIES, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

MIRAGE HOMES CONSTRUCTION, INC.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

MIRAGE HOMES, L.L.C.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


MIRAGE MANOR, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


MIRAGE MOUNTAIN, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


MIRAGE ON THE GREEN OWNERS ASSOCIATION,
C/O VIP PROPERTY MANAGEMENT
26546 N. ALMA SCHOOL RD. #100
SCOTTSDALE, AZ 85255


MIRAGE ON THE GREEN, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


MIRAGE PARK RESORT CASITAS HOMEOWNERS AS
C/O CUELLAR REALTY SERVICE
1625 E. NORTHERN AVE. #200
PHOENIX, AZ 85020


MIRAGE RESORT CASITAS CONDOMINIUMS HOMEO
C/O ELLITHORPE REALTY
PO BOX 17237
FOUNTAIN HILLS AZ 85268


MIRAGE TRAIL, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


MOBILE MINI
PO BOX 79149
PHOENIX AZ 85062


MORALES & MORALES CONCRETE & MASONRY, LL
P.O. BOX 92
HOLBROOK AZ 86025


MORLEY BRADFORD
2649 N. LAYTON CIRCLE
MESA AZ 85207

Martinson, Gary and Ronna -


MORTGAGES LTD
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


MORTGAGES LTD. DEFERRED BENEFIT PLAN
4455 E. CAMELBACK ROAD
PHOENIX AZ 85018


MORTGAGES LTD. OPPORTUNITY FUND MP15 L.L
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


MOUNTAIN COMFORT HEATING & COOLING
281 N. CENTRAL AVENUE
SHOW LOW, AZ 85901


MOUNTAIN HIGH PUBLISHING, LLC
1429 E. CEDAR LANE
PAYSON, AZ 85541


MOUNTAIN STANDARD, INC.
308 W. GRACE LANE
PAYSON, AZ 85541


MOUNTAIN STANDARD, INC.
ATTN: ANDY ROMANCE
308 WEST GRACE LANE
PAYSON AZ 85541


MOUNTAINSIDE CONDOMINIUMS OWNERS ASSOCIA


MOUNTAINSIDE CONDOMINIUMS, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


MOUTAZ HELWANI
9943 E. LAGUNA AZUL AVE.
MESA AZ 85209


MR. APPLIANCE
4050 W. RAY ROAD
CHANDLER AZ 85226

Martinson, Gary and Ronna -


MR. CURB
15451 W. MEADOWBROOK AVE.
GOODYEAR AZ 85395


MWH PHASE I BISON TRAILS, LLC
4400 N. SCOTTSDALE RD. #381
SCOTTSDALE AZ 85251


NANCY LEWIS
2327 E. SPEEDWAY
TUCSON AZ 85719


NANCY M. MORIUCHI
1831 E. MARILYN RD
PHOENIX AZ 85022


NAPA AUTO PARTS
330 W. DUECE OF CLUBS
SHOW LOW AZ 85901


NATHAN R. GRIFFIN
2320 N. COTTAGE TRIAL UNIT 8
SHOW LOW AZ 85901


NATIONAL BANK OF ARIZONA
904 EAST DEUCE OF CLUBS
SHOW LOW AZ 85901


NATIONAL BANK OF ARIZONA
P.O. BOX 80467
PHOENIX AZ 85060-0467


NATIONAL BANK OF ARIZONA
P.O. BOX 80467
PHOENIX, AZ 85060-0467


NATIONAL CITY MORTGAGE
P.O. BOX 54828
LOS ANGELES CA 90054-0828


NATIONAL CITY MORTGAGE
P.O. BOX 856177
LOUISVILLE KY 40285-6177

Martinson, Gary and Ronna -


NAVAJO COUNTY TREASURER
PO BOX 668
HOLBROOK AZ 92117


NAVAJO COUNTY TREASURER
100 EAST CARTER DRIVE
HOLBROOK, AZ 86025-0668


NAVAPACHE CHEMDRY
PO BOX 1810
SHOW LOW, AZ 85902


NAVOPACHE ELECTRIC
1878 W. WHITE MNT BLVD.
LAKESIDE AZ 85929


NAVOPACHE ELECTRIC CO-OP
1878 W. WHITE MOUNTAIN BLVD.
LAKESIDE, AZ 85929


NEIL KING
3320 W. FALLING LEAF
SHOW LOW AZ 85901


NEWHOMESSECTION.COM
18892 E. SEAGULL DRIVE
QUEEN CREEK, AZ 85242


NORDSTROM
PO BOX 79137
PHOENIX AZ 85062-9137


NORTH VALLEY MAGAZINE
711 EAST CAREFREE HWY
PHOENIX, AZ 85085


NORTHERN ENERGY - OVERGAARD
PO BOX 430
OVERGAARD, AZ 85933


NORTHERN ENERGY-PINETOP DO NOT USE
PO BOX 1539
PINETOP, AZ 85935

Martinson, Gary and Ronna -


NORTHSTAR CUSTOM LOGWORKS, INC.
PO BOX 1165
PINEDALE, AZ 85934


NORTHSTAR PAINTING, INC.
600 S. 23RD AVENUE
SHOW LOW, AZ 85901


NTC & CO. F.B.O. DOANLD J. SCHMALZ-PRINC
PO BOX 173859
DENVER CO 80217


NTC & CO. F.B.O. RONALD L. KORN-PRINCIPA
10167 E. CHOCHISE DRIVE
SCOTTSDALE AZ 85258


NTC & CO. F.B.O. ROSEMARY SCHMALZ
5640 E. BELL ROAD UNIT #1098
SCOTTSDALE AZ 85254


NUTRIOSO CUSTOM HOMES, INC.
PO BOX 1390
SHOW LOW, AZ 85902


NYLE R. & JOY L. KLEINAU
11421 CHIPMUNK LANE
FOUNTAIN HILLS AZ 85268


OFFICE OF THE TRUSTEE
230 N. FIRST AVE. #204
PHOENIX, AZ 85003-1706


OHIO NATIONAL LIFE
PO BOX 237
CINCINNATI OH 45201-0237


OLIVA & ASSOCIATES
11770 BERNADO PLAZA CT.
SAN DIEGO, CA 92128


OLIVA & ASSOCIATES
11838 BERNARDO PLAZA COURT
SAN DIEGO, CA 92128

Martinson, Gary and Ronna -


ONSAGER, WERNER & OBERG, P.L.C.
ATTN: DICK ONSAGER
3200 N. CENTRAL AVE. #1800
PHOENIX AZ 85012


ONSTAR
PO BOX 1027
WARREN MI 48090


OPEN HOSPITALITY
729 SEVENTH AVE. 8TH FLOOR
NEW YORK NY 10019


ORCO CONSTRUCTION SUPPLY
P.O. BOX 39000
SAN FRANCISCO CA 94139-5891


OVERLOOK & COTTAGES AT BISON RIDGE OWNER
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


OVERLOOK & COTTAGES AT BISON RIDGE, LLC
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


PACIFIC BEAN AND TEA LLC DEFINED BENEFIT
C/O DAVID KANTER
11409 E. BELLA VISTA
SCOTTSDALE AZ 85259


PAPER CHASE
16674 N. 91ST ST STE 104
SCOTTSDALE, AZ 85260


PARAMOUNT WINDOWS
550 W. SOUTHERN AVENUE
TEMPE AZ 85282


PARK VALLEY WATER COMPANY
P.O. BOX 487
SHOW LOW, AZ 85902-0487

Martinson, Gary and Ronna -


PARTNERS IN ACTION
7729 W. GREENWAY RD. #500
SCOTTSDALE AZ 85260


PARTNERS IN ACTION, INC.
7729 E. GREENWAY RD., STE. 500
SCOTTSDALE AZ 85260


PATRICIA SCHMID
15034 LOS MOCHAS COURT
FOUNTAIN HILLS AZ 85268


PATRICK A. BAIN
6789 CIRCLE C LANE
SHOW LOW AZ 85901


PATRICK MCKERNAN
9441 STONEBROOKE COURT
TINLEY PARK IL 60477


PAUL'S ACE HARDAWARE
2845 NORTH SCOTTSDALE RD.
SCOTTSDALE AZ 85257


PAXON, JIM & DEBRA
PO BOX 4218
SHOW LOW AZ 85902


PBCC
PO BOX 856460
LOUISVILLE, KY 40285-6460


PC POOL CARE
6131 E. JUNIPER AVE.
SCOTTSDALE AZ 85254


PERKINS PRECAST
PO BOX 1078
SHOW LOW AZ 85902-1078


PHILADELPHIA INSURANCE COMPANY
ONE BALA PALZA, SUITE 100
BALA CYNWYD PA 19004

Martinson, Gary and Ronna -


PHILADELPHIA INSURANCE COMPANY
P.O. BOX 70251
PHILADELPHIA PA 19004-0251


PHILLIP MORTELLO
11701 E. CALLE DEL VALLE
TUCSON AZ 85749


PINE COUNTRY CABINETS, INC.
1200 E. MEADOW VIEW PLACE
SHOW LOW, AZ 85901


PIONEER TITLE
421 S. BEELINE HWY, BOX 250
PAYSON AZ 85547


PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 856460
LUISVILLE KY 40285-6460


PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 856460
LOUISVILLE, KY 40285-6460


PITNEY BOWES GLOBAL FINANCIALSERVICESLLC
P.O. BOX 856460
LOUISVILLE, KY 40285-6460


PITNEY BOWES INC.
P.O. BOX 856390
LOUISVILLE, KY 40285-6390


PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042


PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE KY 40285-6042


POLLACK FAMILY L.L.C.
C/O MORTGAGES LTD.
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018

Martinson, Gary and Ronna -


POSITIVE SIDE OF SPORTS, LLC
ATTN: ROY GARIBALDI
16641 N. 91ST STREET
SCOTTSDALE AZ 85258


POTEET CONSTRUCTION, INC.
P.O. BOX 2197
SHOW LOW, AZ 85902-2197


PREMIUM ASSIGNMENT CORPORATION
P.O. BOX 79153
BALTIMORE, MD 21279-0153


PRESERVE AT BISON CROSSING LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


PRESERVE AT BISON CROSSING OWNERS ASSOCI
C/O JUSTIN SCOTT
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


PRESERVE AT BISON CROSSING, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


PROFESSIONAL EVENT MANAGEMENT
4707 E. BASELINE ROAD
PHOENIX AZ 85042


PROTECTION ONE
C/O VALENTINE & KEBARTAS, INC.
PO BOX 325
LAWRENCE MA 01842-0625


PROVIDENT PROPERTIES INC.
C/O BILL KUJAT
SUITE 450 707 7TH AVENUE S.W., CALGARY,
CANADA T2P3H6


PROVIDENT PROPERTIES INC.
SUITE 450 707 7TH AVENUE S.W., CALGARY,
CANADA T2P3H6

PROVIDENT PROPERTIES, LLC
SUITE 450 707 7TH AVE. S.W.
CALGARY, CANADA T2P3H6

PROVIDENT PROPERTIES, LLC
C/O BILL KUJAT
SUITE 450 707 7TH AVE. S.W.
CALGARY, CANADA T2P3H6

Q & L DESIGN
1148 N. LARKSPUR CT.
GILBERT, AZ 85234

QWEST
PO BOX 29040
PHOENIX AZ 85038-9040

QWEST
P. O. BOX 29039
PHOENIX AZ 85038-9039

RACHAEL MARTIN
575 W. PECOS RD. #1030
CHANDLER AZ 85225

RACHAEL MARTIN
1460 E. BELL ROAD #2061
PHOENIX AZ 85022

RAINTREE RESORT CASITAS OWNERS ASSOCIATI
C/O JEFF HENNICK
9362 E. RAINTREE DRIVE #146
SCOTTSDALE, AZ 85260

RALPH LEVARIO
1400 N. 40TH DR.
SHOW LOW AZ 85901

RAMONS LANDSCAPING LLC
P.O. BOX 1175
LAKESIDE AZ 85929

RANDALL
200 N. TONTO STREET
PAYSON AZ 85541

Martinson, Gary and Ronna -


RANDY RICHMOND
6961 THOMAS RANCH RD
SHOW LOW AZ 85901


RAY BROTHERS GRANITE, LLC
1926 N. ASHLAND
MESA, AZ 85203


RAY RUSSELL
3298 RAINBOW LAKE DR.
LAKESIDE AZ 85929


REATA CONDOMINIUMS LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


REATA CONDOMINIUMS, LLC
C/O TOM KAUTZ
16605 E. PALISADES BLVD. #136
FOUNTAIN HILLS AZ 85268


REATA CONDOMINIUMS, LLC
C/O WILLIAM STEVENSON
#17 LAGUNA DEL MAR, 441 WEST BAY ROAD, P
GRAND CAYMAN, CAYMANS KY1-1205


REDLAND INSURANCE COMPANY
88 PINE STREET, 16TH FLOOR
NEW YORK NY 10005


REGINALD MOORBY
1748 FARNSWORTH STREET
LAKESIDE AZ 85929


REGISTRAR OF CONTRACTORS, RECOVERY FUND
3838 N. CENTRAL AVE., STE 400
PHOENIX AZ 85012


REIDHEAD SAND & ROCK, INC.
PO BOX 7
TAYLOR AZ 85939

Martinson, Gary and Ronna -


RENA WESTENBURG
PO BOX 2284
SHOW LOW AZ 85902


RENEE BRZYCKI
2720 BILLY MAYFAIR LOOP
SHOW LOW AZ 85901


RENNIE CRITTENDEN
3591 W. THORNTON
SHOW LOW AZ 85901


RESORTQUEST
14505 N. HAYDEN ROAD
SCOTTSDALE AZ 85260-6953


REX & DEBRA MUELLER
13401 N. MANZANITA LANE
FOUNTAIN HILLS AZ 85268


REX ALLEN
3000 W. BILLY MAYFAIR LOOP
SHOW LOW AZ 85901


REX ALLEN
24654 N. LAKE PLEASANT PKWY, #1
PEORIA AZ 85383


RIAN NORRIS
860 N. 36TH DRIVE
SHOW LOW AZ 85901


RICHARD & LAURA PAGE
1500 N. STELLERS JAY AVE.
GREEN VALLEY AZ 85614


RICHARD & PATRICIA
121 TIMBER RIDGE LOOP
SHOW LOW AZ 85901


RICHARD A. & LEANN WILLIAMS
39918 N. MAJESTY TRAIL
PHOENIX AZ 85086

Martinson, Gary and Ronna -


RICHARD CONNOR
20291 N. 86TH ST.
SCOTTSDALE AZ 85255


RICHARD MEITZ
3509 E. WINDSONG DR.
PHOENIX AZ 85048


RICHARD PUTZ
6101 W. ROSE GARDEN LN.
GLENDALE AZ 85308


RICHARD SMALLEY
2560 W STOCK
SHOW LOW AZ 85901


RICHARD WALSETH
3201 W OLD LINDEN ROAD
SHOW LOW AZ 85901


RICK LODWICK
2656 N. 56TH ST., #145
MESA AZ 85215


RIM COUNTRY MECHANICAL, INC
261 NORTH 8TH STREET
SHOW LOW AZ 85901


RIM COUNTRY REGIONAL CHAMBER OF COMMERCE
PO BOX 1380
PAYSON, AZ 85547


ROBERT A. SHEFFING, ESQ.
19051 GOLDENWEST STREET, SUTIE 106-137
HUNTINGTON BEACH CA 92648


ROBERT ALVARADO
PO BOX 1450
QUEEN CREEK AZ 85142


ROBERT AND JUDITH STALL
7420 E. ONYX COURT
SCOTTSDALE AZ 85258

Martinson, Gary and Ronna -


ROBERT D. HARBIN
4311 W BOX ELDER LN
SHOW LOW AZ 85901


ROBERT DEBROCKE
912 E. MENLO CIRCLE
MESA AZ 85207


ROBERT E. PITTMAN
301 S. SIGNAL BUTTE ROAD, LOT 618
APACHE JUNCTION AZ 85220


ROBERT G. AND KAREN FRANKLIN
1704 W. ALOE VERA DR.
PHOENIX AZ 85085


ROBERT GRULER
21469 NORTH 83RD STREET
SCOTTSDALE AZ 85255


ROBERT KAISER
10441 E. LAMBERT DR.
CHANDLER AZ 85248


ROBERT KUHNAU
1141 N. BISON GOLF COURT
SHOW LOW AZ 85901


ROBERT KUHNAU
63443 E. HARMONY DRIVE
TUCSON AZ 85739


ROBERT LEONARD
20347 N. 78TH ST.
SCOTTSDALE AZ 85255


ROBERT SCHABLOSKI
520 E. HELENA DR.
PHOENIX AZ 85022


ROBERT STANBERY
4261 SUGAR PINE LOOP
SHOW LOW AZ 85901

Martinson, Gary and Ronna -


ROBERT STANBERY
4261 SUGAR PINE LOOK
SHOW LOW, AZ 85901


ROBERT URBAN
14015 TRAIL RIDGE DRIVE
SUN CITY WEST AZ 85375


ROBERT WALTERS
909 W. MADERA LANE
PAYSON AZ 85541


ROGER GOTO
948 S. FOX HUNT DR.
SHOW LOW AZ 85901


ROGER OLSEN
2723 N WINTHROP
MESA AZ 85213


ROGER W. DAMGAARD
PO BOX 5027
SIOUX FALLS SD 57117


RONALD & CAROLYN HERNANDEZ
8038 S. 38TH PL.
PHOENIX AZ 85042


RONALD EPPERSON
2401 E. OCOTILLO RD.
PHOENIX AZ 85016


RONALD HERNANDEZ
8038 S. 38TH PLACE
PHOENIX AZ 85042


RONALD KORN
1252 N. JOPLIN
MESA AZ 85207


RONALD R. & DARLENE MATLEWSKY
7809 W. JENAN DR.
PEORIA AZ 85345

Martinson, Gary and Ronna -


RONNA LEA'S COUNTRY, L.L.C.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


RONNA'S INTERIORS, L.L.C.
C/O BISON HOMES
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


ROSEMARY TURNER
15029 N. THOMPSON PEAK PKWY
#B111-531
SCOTTSDALE AZ 85260


ROY GARIBALDI
8101 E. WINGSPAN WAY
SCOTTSDALE AZ 85255


RUTH & HARRY NELSON
PO BOX 3613
SHOW LOW AZ 85902-3613


RUTH FLETCHER
1191 N. 27TH AVE.
SHOW LOW AZ 85901


S.E. CONSULTANTS, INC
5800 E. THOMAS RD.
SCOTTSDALE AZ 85251


SAFEGUARD
P.O. BOX 12847
SCOTTSDALE, AZ 85267-2847


SAFEGUARD
PO BOX 5870
SCOTTSDALE AZ 85261-5870


SAFEGUARD SECURITY & COMMUNICATIONS
P. O. BOX 12847
SCOTTSDALE AZ 85267-2847

Martinson, Gary and Ronna -


SAFEGUARD SECURITY & STORAGE
PO BOX 5870
SCOTTSDALE AZ 85261-5870


SALINE PEST MANAGEMENT
PO BOX 1628
TAYLOR AZ 85939


SALINE PEST MANAGEMENT, INC.
PO BOX 1628
TAYLOR AZ 85939


SAM CIATU
11184 N. 119TH PLACE
SCOTTSDALE AZ 85259


SAM THE BUG MAN
16605 E. PALISADES #124 PMB 354
FOUNTAIN HILLS AZ 85268


SANDERS & MCNEIL
2229 S. SYCAMORE AVE.
LOS ANGELES CA 90016


SARAH B. MUZRALL
2300 N. COTTAGE TRAIL #1
SHOW LOW AZ 85901


SCF ARIZONA
3030 N. 3RD STREET
PHOENIX AZ 85012


SCF OF ARIZONA
PO BOX 33049
PHOENIX AZ 85067-3049


SCHEDULE A PROPERTY, UNDER THE R AND C A
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


SCOTT AND BARBARA NELSON
60 E. RIO SALADO PKWY SUITE 900
TEMPE AZ 85281

Martinson, Gary and Ronna -


SCOTT AND BARBARA NELSON HOLDINGS, LLLP
140 E. RIO SALADO PKWY #606
TEMPE AZ 85281


SCOTT AND BARBARA NELSON HOLDINGS, LLLP
60 E. RIO  SALADO PKWY STE. 900
TEMPE AZ 85281


SCOTT AND LAURA HEIDEMAN
6726 E HORNED OWL TRAIL
SCOTTSDALE AZ 85252


SCOTT G. MARTINSON
10114 E TIERRA BUENA LANE
SCOTTSDALE AZ 85255


SCOTT KAY
1441 N. FAIRWAY DR.
SHOW LOW AZ 85901


SCOTT LAWLESS
149 TAYLOR BLVD.
LAGRANGE OH 44050


SCOTT NELSON
140 E RIO SALADO PKWY UNIT 606
SCOTTSDALE AZ 85259


SCOTT NELSON FAMILY LTD. PARTNERSHIP
140 E. RIO SALADO PKWY. #606
TEMPE AZ 85281


SCOTT PROPERTIES LIMITED PARTNERSHIP
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


SCOTT SCHLEIFER
7301 E. 3RD AVE., #321
SCOTTSDALE AZ 85251


SCOTT WOOD
5818 E. GRANDVIEW ROAD
SCOTTSDALE AZ 85254

Martinson, Gary and Ronna -


SCOTTSDALE AIR PARK NEWS
15855 N. GREENWAY-HAYDEN LOOP
SCOTTSDALE AZ 85260


SCOTTSDALE AREA ASSOCIATION OF REALTORS
4221 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251


SCOTTSDALE AREA CHAMBER OF COMMERCE
4725 N. SCOTTSDALE RD. #210
SCOTTSDALE AZ 85251-7622


SCOTTSDALE ASSOCIATION OF REALTORS
4221 N. SCOTTSDALE ROAD
SCOTTSDALE AZ 85251-3909


SCOTTSDALE CONVENTION & VISITORS BUREAU
4343 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251


SCOTTSDALE FINE PROPERTIES
10105 E. VIA LINDA STE. 103-180
SCOTTSDALE AZ 85258


SCOTTSDALE FINE PROPERTIES
10135 E. VIA LINDA
SCOTTSDALE, AZ 85258


SCOTTSDALE.COM, LLC
16624 N. 90TH ST., STE 104
SCOTTSDALE, AZ 85260


SENTRY FIRE & WELDING SUPPLY, INC.
5577 BEAR RUN RD
LAKESIDE AZ 85929


SERVICE PLUS, INC
200 W. AERO
PAYSON AZ 85541


SEVEN MILE MAX, LLC
#17 LAGUNA DEL MAR, 441 WEST BAY ROAD, P
GRAND CAYMAN, CAYMANS KY1-1205

Martinson, Gary and Ronna -


SEVEN MILE MAX, LLC
60 E. RIO SALADO PKWY STE. 900
TEMPE AZ 85281


SHARON P. KOPP
PO BOX 2093
SHOW LOW AZ 85902


SHARON PILLSBURY
3615 W. KELLER COURT
PHOENIX AZ 85086


SHERWIN WILLIAMS
5435 HIGHWAY 260
LAKESIDE AZ 85929


SHOPPING A TO Z TV
28248 N. TATUM BLVD. B-435
CAVE CREEK AZ 85331


SHOW LOW AUTO PARTS
680 N. PENROD
SHOW LOW AZ 85901


SHOW LOW CHAMBER OF COMMERCE
81 E. DEUCE OF CLUBS
SHOW LOW, AZ 85901


SIDEWINDER SUPPLY INC.
1190 E. HUNING
SHOW LOW AZ 85901


SIDNEY & AUDREY DURHAM
440 N. RETREAT DR.
SHOW LOW AZ 85901


SIDNEY DURHAM
10036 E. NACOMA DR.
SUN LAKES AZ 85248


SIDNEY TERS
872 E. IVANHOE CT.
GILBERT AZ 85296

Martinson, Gary and Ronna -


SILVER CREEK ELECTRIC, INC.
8376 DOG LEG PLACE
SHOW LOW, AZ 85901-8164


SIMON KEY
6070 E. STARLIGHT RIDGE
LAKESIDE AZ 85909


SIMPSON NORTON CORP.
P.O. BOX 52534
PHOENIX AZ 85072-2534


SODDEN PLANNING & DESIGN PLLC
8641 EAST CLYDESDALE TRAIL
SCOTTSDALE AZ 85258


SOUTHWEST FARM SERVICES
11926 W. SOUTHERN AVE.
TOLLESON AZ 85353


SOUTHWEST FARM SERVICES
6225 NORTH 24TH STREET #125
PHOENIX, AZ 85016


SOUTHWEST GAS
PO BOX 52075
PHOENIX AZ 85072


SPARKLETTS
PO BOX 660579
DALLAS TX 75266-0579


SPARKLETTS WATER
P.O. BOX 911
TAYLOR AZ 85939


SPEEDIE AND ASSOCIATES
3331 E. WOOD STREET
PHOENIX AZ 85040


SPRINT
P.O. BOX 4181
CAROL STREAM IL 60197-4181

Martinson, Gary and Ronna -


SPRINT
PO BOX 54977
LOS ANGELES CA 90054


SRP
P.O. BOX 2950
PHOENIX AZ 85062-2950


ST PAUL TRAVELERS - INLAND MARINE
2401 W. PEORIA AVE., 2ND FLOOR
PHOENIX AZ 85029


ST. LUCIA HOLDINGS, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


STACE KAUTZ
16605 E. PALISADES #136
FOUNTAIN HILLS AZ 85268


STANLEY DRAKE
15375 W. SKYVIEW WAY
SURPRISE AZ 85374


STAPLES BUSINESS ADVANTAGE
DEPT LA
CHICAGO, IL 60696-3689


STEPHEN & ELLEN HOFMANN
6253 W. MONONA DR.
GLENDALE AZ 85308


STEPHEN & JOAN LORA
1013 E. GRANDVIEW RD.
PHOENIX AZ 85022


STEPHEN DIXON
7241 E. VISAO DR.
SCOTTSDALE AZ 85262


STEPHEN LORA
1013 S. GRANDVIEW RD
PHOENIX AZ 85022

Martinson, Gary and Ronna -


STEPHEN PAULSON
7141 E. COZY CAMP DR.
PRESCOTT VALLEY AZ 86314


STEVE & PATRICIA COLBORN
1932 E. DESERT GREENS LN.
FORT MOHAVE AZ 86426


STEVE DOMINGUEZ
855 W. HIGHLAND ST.
CHANDLER AZ 85225


STEVE FROEMMING
7275 E. ARLINGTON RD.
SCOTTSDALE AZ 85251


STEVE PRICE
2110 S. SIERRA PARK TRAIL
SHOW LOW AZ 85901


STEVE VOLLER
1301 E. MEADOW VIEW PL.
SHOW LOW AZ 85901


STEVEN & RAE HANE
4555 S. MISSION RD., #442E
TUCSON AZ 85746


STEVEN AND WENDY VOSS
420 S. ASH AVENUE
TEMPE AZ 85281


STEVEN K. WILLIAMS
4161 SUGAR PINE LOOPS
SHOW LOW AZ 85901


STEVEN L. & BEVERLY CLINDANIEL
10020 N. 15TH AVE.
PHOENIX AZ 85021


STOWE ARCHITECTURE
1129 WEST PALM LANE
PHOENIX AZ 85007

Martinson, Gary and Ronna -


STUART CAPERS
6446-80 E. TRAILRIDGE CIRCLE
MESA AZ 85215


SUE LAYVAS
PO BOX 113
OVERGAARD AZ 85933


SULLIVAN DESIGNS, INC.
7878 NORTH 16TH STREET #270
PHOENIX AZ 85020


SUMMIT DEVELOPMENT
17207 N. PERIMETER DRIVE #200
SCOTTSDALE AZ 85255


SUNDOWN EQUIPMENT LLC
8185 E. ALAMEDA ROAD
SCOTTSDALE AZ 85255


SUNSTATE EQUIPMENT COMPANY
P.O. BOX 52581
PHOENIX AZ 85072-2581


SUNSTATE MARKETING  SOLUTIONS
7689 E. PARADISE LANE
SCOTTSDALE AZ 85260


SUPRA, A DIVISION OF GE SECURITY
P.O. BOX 660007
DALLAS, TX 75266-0007


SURFACE CONTRACTING
PO BOX 3708
GLENDALE AZ 85311


SUSAN ROBB
1125 N BAVARIAN WAY
PAYSON AZ 85541


SUZANNE GOBLE
3847 E. ROLLING GREEN WAY
CHANDLER AZ 85249

Martinson, Gary and Ronna -


SWCA ENVIRONMENTAL CONSULTANTS
PO BOX 92170
ELK GROVE, IL 60009


T & J GROSS TRUST AGREEMENT DATED MAY 20
4455 EAST CAMELBACK ROAD
PHOENIX AZ 85018


T.L. WELLS
17211 N. 79TH STREET
SCOTTSDALE AZ 85255


TAKE 5 ENTERTAINMENT & NEWS GUIDE
16810 AVENUE OF THE FOUNTAINS
FOUNTAIN HILLS, AZ 85268


TATANKA CENTER, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


TATANKA RESORT CASITAS OWNERS ASSOCIATIO
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


TATANKA RESORT SUITES LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


TATANKA RESORT SUITES, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


TERESA CONROW
603 WOODLAWN AVE.
VENICE CA 90291


TERRELL HASTINGS
1024 E. ROSEMONTE DRIVE
PHOENIX AZ 85024


TERRY & LORETTA BAUGHMAN
4900 N. AVENIDA DE VIZCAYA
TUCSON AZ 85718

Martinson, Gary and Ronna -


TETRA TECH
431 SOUTH BEELINE HIGHWAY #A
PAYSON AZ 85541


THE GOLF VILLAS AT SHOW LOW LLC
C/O 10953 N. FRANK LLOYD WRIGHT BLVD.
SUITE 110
SCOTTSDALE AZ 85259


THE GOLF VILLAS AT SHOW LOW OWNERS ASSOC
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


THE GOLF VILLAS AT SHOW LOW, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


THE GOLF VILLAS AT TORREON OWNERS ASSOCI
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


THE LODGES AT SHOW LOW OWNERS ASSOCIATIO
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


THE OVERLOOK AT BISON RIDGE OWNERS ASSOC
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


THE OVERLOOK AT SCOTTSDALE MOUNTAIN II O
150 E. ALAMO DRIVE #3
CHANDLER AZ 85225


THE OVERLOOK AT SCOTTSDALE MOUNTAIN OWNE
150 E. ALAMO DRIVE #3
CHANDLER AZ 85225


THE REAL ESTATE BOOK AZ
P.O. BOX 142
PINETOP, AZ 85935


THE RETREAT AT LEGEND TRAIL OWNERS ASSOC
PO BOX 62073
PHOENIX, AZ 85082

Martinson, Gary and Ronna -


THE ROCK YARD
200 N. TONTO STREET
PAYSON, AZ 85541


THOMAS HOWARD
9613 W. AVENIDA DEL SOL
PEORIA AZ 85383


THOMAS J. BUTLER
PO BOX 485
SHOW LOW AZ 85902


THOMAS J. SHAY
13300 E VIA LINDA
#1010
SCOTTSDALE AZ 85259


THOMAS KAUTZ
16605 E. PALISADES #136
FOUNTAIN HILLS AZ 85268


THOMAS NOVAK
24051 N. 22ND WAY
PHOENIX AZ 85024


THOMAS VENERABLE
2533 N. MILLER RD.
SCOTTSDALE AZ 85257


THOR CREDIT
PO BOX 51826
LOS ANGELES CA 90051-6126


THOR CREDIT CORP.
15707 ROCKFIELD BLVD.
SUITE 200
IRVINE CA 92618


TIFFANI CARPENTER
5408 E. WOODRIDGE DRIVE
SCOTTSDALE AZ 85254


TIMOTHY J. BENNETT
14616 N WINSTON LANE
FOUNTAIN HILLS AZ 85268

Martinson, Gary and Ronna -


TIMOTHY MAAS
4307 N. SAGE CREEK CIRCLE
MESA AZ 85207


TKE CORP.
P.O. BOX 933004
ATLANTA, GA 31193-3004


TOM AND CHERYL KAUTZ
16606 E. PALISA
FOUNTAIN HILLS AZ 85268


TOM HOWARD
9613 W. AVENIDA DEL SOL
PEORIA AZ 85383


TOM PACKHOUZ
10165 E. WETHERSFIELD RD.
SCOTTSDALE AZ 85260


TOM PACKOUZ
10165 E. WETHERSFIELD
SCOTTSDALE AZ 85260


TOM PAIGE
261 N. RETREAT WAY
SHOW LOW AZ 85901


TOM PAIGE
951 S. COPPER KEY COURT
GILBERT AZ 85233


TORREON COMMUNITY ASSN., INC.
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301


TORREON COMMUNITY ASSOCIATION
/CO HOAMCO BOX 10000
PRESCOTT AZ 86304


TORREON COMMUNITY ASSOCIATION INC.
3205 LAKESIDE VILLAGE
PRESCOTT, AZ 86301

Martinson, Gary and Ronna -


TORREON GOLF CLUB
651 S. TORREON LOOP
SHOW LOW AZ 85901


TORREON GOLF CLUB LLC
17207 N. PERIMETER DRIVE #200
SCOTTSDALE AZ 85255


TOSHIBA BUSINESS SOLUTIONS
2622 S. 24TH STREE
PHOENIX, AZ 85034


TOWN OF FOUNTAIN HILLS
16705 E. AVENUE OF THE FOUNTAINS
FOUNTAIN HILLS AZ 85268


TOWN OF ORO VALLEY
1100 N. LA CANADA DRIVE
ORO VALLEY AZ 85737


TOWN OF PAYSON
303 N. BEELINE HWY
PAYSON AZ 85541


TRANSNATION TITLE
1500 EAST WOLFORD #102
SHOW LOW AZ 85901


TRAVIS HULBERT PLUMBING, LLC
3280 PINE NEEDLE DRIVE
SHOW LOW, AZ 85901


TRENDWEST RESORTS
8427 SOUTHPARK CIRCLE
ORLANDO FL 32819


TRUE WEST PUBLISHING, INC.
P.O. BOX 8008
CAVE CREEK, AZ 85327


TUDOR INSURANCE
400 PARSONS POND DR
FRANKLIN LAKES NJ 07417

Martinson, Gary and Ronna -


U.S. INSULATION
440 N. INDUSTRIAL DRIVE
SNOWFLAKE, AZ 85937


UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES CA 90074-1122


UNITED SPECIALTY INSURANCE
13403 NORTHWEST FREEWAY
HOUSTON TX 77040


UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON DC 20530


UNS GAS
PO BOX 80078
PRESCOTT AZ 86304-8094


VAL J. KENNEDY
600 RIDGE DRIVE
SHOW LOW AZ 85901


VANDERVEER INVESTMENT INC.
C/O AL VANDERVEER
923 LAKE PLACID DRIVE SE
ALBERTA, CANADA T2J4C4


VANDERVEER INVESTMENT INC.
923 LAKE PLACID DRIVE SE, CALGARY, ALBER
CANADA T2J4C4


VERIZON WIRELESS
PO BOX 96088
BELLEVUE WA 98009


VERIZON WIRELESS
P.O. BOX 9622
MISSION HILLS CA 91346


VICTORIA'S SECRET
PO BOX 659728
SAN ANTONIO TX 78265-9728

Martinson, Gary and Ronna -


VINCENT WOOD
1802 W. THUNDERHILL DRIVE
PHOENIX AZ 85045


VINEET & DANA SIR SINGLA
9926 E. ROSEMARY LN
SCOTTSDALE AZ 85260


WALLACE NICHOLS
16825 HAWK DR.
FOUNTAIN HILLS AZ 85268


WALLY & HELEN VOIGHT
3841 E. ELM ST.
PHOENIX AZ 85018


WASTE MANAGEMENT OF AZ
P. O. BOX 78251
PHOENIX AZ 85062-8251


WAYNE & LYNNE
18902 PLACE MERQUETTE
LUTZ FL 33558


WELLS FARGO FINANCIAL LEASING
P.O. BOX 6434
CAROL STREAM IL 60197-6434


WESTERN GRADE
391 W DEUCE OF CLUBS
SHOW LOW AZ 85901


WESTERN STATES ROOFING CONSULTANTS, INC.
36420 N. 7TH AVENUE
PHOENIX AZ 85086


WESTFIELD INSURANCE
PO BOX 5001
WESTFIELD CENTER OH 44251


WESTLAND PROPERTIES
8141 E. INDIAN BEND RD. #103
SCOTTSDALE AZ 85250

Martinson, Gary and Ronna -


WHITE MOUNTAIN 76 FUELS, LLC
PO BOX 2768
SHOW LOW, AZ 85901


WHITE MOUNTAIN ASSOCIATION OF REALTORS
5658 HWY 260, SUITE D
LAKESIDE, AZ 85929


WHITE MOUNTAIN PUBLISHING CO.
PO BOX 1570
SHOW LOW, AZ 85902


WHITE MOUNTAIN READY MIX
3561 E. DEUCE OF CLUBS
SHOW LOW AZ 85901


WHITE MOUNTAIN ROCK PRODUCTS, LLC
3561 E. DEUCE OF CLUBS
SHOW LOW AZ 85901


WILFORD (DANNY) WHITE
902 E SAN ANGELO AVENUE
GILBERT AZ 85234


WILLIAM & ELIZABETH GREWELL
23641 N. 81ST DR.
PEORIA AZ 85383


WILLIAM & FRANCES BRILLIANT
14411 N. CENTURY DRIVE
FOUNTAIN HILLS AZ 85268


WILLIAM & MAXINE STEVENSON
10401 N. 100TH STREET
#13
SCOTTSDALE AZ 85258


WILLIAM BRETTELL
5023 E. JUSTILA ST.
CAVE CREEK AZ 85331


WILLIAM E. & JANE LUCEY III
32241 N. DOG LEG CT.
QUEEN CREEK AZ 85243

Martinson, Gary and Ronna -


WILLIAM J. PITTMAN
407 NORTH STREET
MURPHYSBORO IL 62966


WILLIAM LUCEY ENTERPRISES
1600 W. CHANDLER BLVD. #180
CHANDLER AZ 85244


WILLIAM LUND
6632 N. 66TH PLACE
PARADISE VALLEY AZ 85253


WILLIAM NORMAN SCHMID AS TRUSTEE OF
PATRICIA ANN SCHMID LIVING TRUST
15034 LOS MOCHAS COURT
FOUNTAIN HILLS AZ 85268


WILLIAM POWELL
12651 N. 56TH WAY
SCOTTSDALE AZ 85254


WILLIAM RUSH
6116 W. STARLIGHT RIDGE PARKWAY
LAKESIDE AZ 85929


WILLIAM T. JACKLING
6174 SPRUCE DRIVE
LAKESIDE AZ


WILLIAM ULRICH
10522 MISSISSIPPI CIRCLE
MINNEAPOLIS MN 55443


WILLIAM W. STEVENSON
#17 LAGUNA DEL MAR
PO BOX 31238 (SMB)
GRAND CAYMAN, BWI


WINDERMERE
1500 S. WHITE MOUNTAIN ROAD
SHOW LOW AZ 85901


WINDMILL FEED
P.O. BOX 813
CLAY SPRINGS, AZ 85923

Martinson, Gary and Ronna -


WMVC ASSOCIATES, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259


WOODROFFE FAMILY TRUST
C/O WILLIAM & BARBARA WOODROFFE
1926 E. TODD DRIVE
TEMPE AZ 85283


WOODSON ENGINEERING AND SURVEYING INC.
124 N. ELDEN STREET
FLAGSTAFF AZ 86001


WORLDMARK
9805 WILLOWS ROAD
REDMOND WA 98052


WORLDMARK
PO BOX 283
OVERGAARD AZ 85933


WRIGHT BROTHERS INVESTMENTS II, LLC
P.O. BOX 13750
SCOTTSDALE AZ 85257


WRIGHT BROTHERS INVESTMENTS, LLC
PO BOX 13750
SCOTTSDALE AZ 85267


WS & RB #70
#17 LAGUNA DEL MAR, 441 WEST BAY ROAD, P
GRAND CAYMAN, CAYMANS KY1-1205


XM SATELLITE RADIO
PO BOX 78054
PHOENIX AZ 85062


YALE GOLDBERG
FRAZER, RYAN, GOLDBERG & ARNOLD, LLP
3101 N CENTRAL AVENUE
PHOENIX AZ 85012


YOUR LIMO, LLC
10953 N. FLW BLVD. #110
SCOTTSDALE AZ 85259

Martinson, Gary and Ronna -


ZURICH INSURANCE SERVICES, INC
PO BOX 10197
JACKSONVILLE FL 32247

In re **Gary A Martinson**
**Ronna L Martinson**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>        a. ☐ was called to active duty after September 11, 2001, for a period of at least 90 days and <br>           ☐ remain on active duty /or/ <br>           ☐ was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>        b. ☐ am performing homeland defense activity for a period of at least 90 days /or/ <br>           ☐ performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>　a.　☐Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>　b.　☐Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>　c.　☐Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>　d.　☐Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　　　　　　　Debtor　　　Spouse<br>a.　Gross receipts　　　　　　　　$　　　　　$<br>b.　Ordinary and necessary business expenses　$　　$<br>c.　Business income　　Subtract Line b from Line a | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　　　　　　　Debtor　　　Spouse<br>a.　Gross receipts　　　　　　　　$　　　　　$<br>b.　Ordinary and necessary operating expenses　$　$<br>c.　Rent and other real property income　Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act　Debtor $　　Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>　　　　　　　　　　　　　　　　Debtor　　　Spouse<br>a.　　　　　　　　　　　　　　　$　　　　　$<br>b.　　　　　　　　　　　　　　　$　　　　　$<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

Total and enter on Line 17                                                                  $

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B total) $

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0    ☐ 1    ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1    ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |  |  | $ | ☐Yes ☐No |
|  |  |  | Total: Add Lines | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |  |  | $ |
|  |  | Total: Add Lines | |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

|  |  |  |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __December 31, 2009__          Signature:  __/s/ Gary A Martinson__<br>                                                                    **Gary A Martinson**<br>                                                                       *(Debtor)*<br><br>Date:  __December 31, 2009__          Signature  __/s/ Ronna L Martinson__<br>                                                                    **Ronna L Martinson**<br>                                                                       *(Joint Debtor, if any)* |
|---|---|