***TERRY A. DAKE, LTD.***
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| GARY A. MARTINSON, ) | |
| RONNA L. MARTINSON, ) | Case No. 2:09-BK-33841-RJH |
| ) | |
|               Debtors. ) | |
| _____ ) | |
| ) | |
| PNC BANK, N.A. ) | |
| ) | |
|               Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| GARY A. MARTINSON, ) | |
| RONNA L. MARTINSON, ) | |
| LAWRENCE J. WARFIELD, TRUSTEE;) | |
| ) | |
|               Respondents. ) | |
| _____ ) | |

**OBJECTION TO STAY RELIEF MOTION**

      The trustee objects to the stay relief motion filed by PNC Bank, N.A. at Docket No. 95. A recent appraisal of the subject property indicates that the property is worth more than the debt, so PNC is adequately protected. Moreover, the trustee has objected to the homestead exemption asserted by the debtors. Thus, the equity in the property should be realized for the benefit of creditors.

      The trustee requests that the Court order the debtors to allow the trustee to immediately list the property for sale so that it can be

sold, the bank can be paid, and the proceeds impounded pending a determination of the homestead exemption.

**WHEREFORE,** the Trustee requests the entry of an order denying the stay relief motion and ordering the property to be immediately listed for sale.

DATED June 29, 2010.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Trustee

COPY e-mailed June 29, 2010, to:

**MARK 6 BOSCO**
TIFFANY & BOSCO
2525 EAST CAMELBACK ROAD,
STE 300
PHOENIX, AZ 85016
602-255-6006
602 -255-0192 (fax)
ecf@tblaw.com

**DAVID WM ENGELMAN**
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVE., #700
PHOENIX, AZ 85012
602-271-9090
602-222-4999 (fax)
dwe@engelmanberger.com

/s/ TD009656

2