DAVID WM. ENGELMAN, SBA #004193
STEVEN N. BERGER, SBA #009613
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: snb@engelmanberger.com
Email: bdp@engelmanberger.com
_____

Attorneys for Gary and Ronna Martinson

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GARY A. MARTINSON and RONNA L. MARTINSON,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:09-bk-33841-RJH<br><br>**MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY** |

Debtors Gary A. Martinson and Ronna L. Martinson (collectively, the "Debtors"), hereby move this Court for an order compelling the Chapter 7 trustee (the "Trustee") to abandon the estate's interest in the following described property:

- The real property located at 5550 Paint Pony Trail, Show Low, Arizona 85901 and legally described as:

> THAT PORTION OF THE NORTH HALF OF THE NORTH HALF OF SECTION 15, TOWNSHIP 10 NORTH, RANGE 21 EAST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, NAVAJO COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE NORTH QUARTER CORNER OF SAID SECTION 15;
>
> THENCE SOUTH 89 DEGREES, 48 MINUTES, 06 SECONDS EAST, A DISTANCE OF 663.05 FEET;
>
> THENCE SOUTH 00 DEGREES, 56 MINUTES, 09 SECONDS WEST, A DISTANCE OF 884.96 FEET TO THE TRUE POINT OF BEGINNING;

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1  THENCE NORTH 89 DEGREES, 51 MINUTES, 02 SECONDS WEST, A DISTANCE OF 666.76 FEET TO THE NORTH AND SOUTH MID SECTION LINE;

THENCE NORTH 89 DEGREES, 51 MINUTES, 08 SECONDS WEST, A DISTANCE OF 329.74 FEET;

THENCE SOUTH 01 DEGREES, 03 MINUTES, 49 SECONDS WEST, A DISTANCE OF 442.87 FEET;

THENCE SOUTH 89 DEGREES, 52 MINUTES, 03 SECONDS EAST, A DISTANCE OF 328.93 FEET TO THE NORTH AND SOUTH MID SECTION LINE;

THENCE SOUTH 89 DEGREES, 52 MINUTES, 39 SECONDS EAST, A DISTANCE OF 668.49 FEET;

THENCE NORTH 00 DEGREES, 56 MINUTES, 09 SECONDS EAST, A DISTANCE OF 442.48 FEET TO THE TRUE POINT OF BEGINNING;

EXCEPT THE NORTH 20.00 FEET FOR ROADWAY AND UTILITY PURPOSES; ALSO

EXCEPT THE WEST 10.00 FEET FOR EQUESTRAN BRIDAL PATH; ALSO

EXCEPT ANY PORTION LYING WITHIN THE FOLLOWING DESCRIBED PROPERTY:

A PORTION OF THE NORTH HALF OF SECTION 15, TOWNSHIP 10 NORTH, RANGE 21 EAST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, NAVAJO COUNTY, ARIZONA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTH QUARTER CORNER OF SAID SECTION 15;

THENCE NORTH 89 DEGREES, 49 MINUTES, 22 SECONDS WEST, A DISTANCE OF 331.36 FEET;

THENCE SOUTH 01 DEGREES, 03 MINUTES, 49 SECONDS WEST, A DISTANCE OF 442.87 FEET;

THENCE SOUTH 01 DEGREES, 03 MINUTES, 49 SECONDS WEST, A DISTANCE OF 442.87 FEET TO THE TRUE POINT OF BEGINNING;

THENCE SOUTH 89 DEGREES, 51 MINUTES, 08 SECONDS EAST, A DISTANCE OF 295.50 FEET;

THENCE SOUTH 01 DEGREES, 03 MINUTES, 49 SECONDS WEST, A DISTANCE OF 442.79 FEET;

THENCE NORTH 89 DEGREES, 52 MINUTES, 03 SECONDS WEST, A DISTANCE OF 295.50 FEET;

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

THENCE NORTH 01 DEGREES, 03 MINUTES, 49 SECONDS EAST, A DISTANCE OF 442.87 FEET TO THE TRUE POINT OF BEGINNING.

(the "Real Property").

The value of the Real Property likely does not exceed the aggregate amount of all valid liens and the debtors' homestead exemption, particularly if closing costs are considered. The Real Property is therefore of no value to the estate.

This Motion is supported by the following Memorandum of Points and Authorities and the papers and pleadings on file, all of which are incorporated herein by reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  JURISDICTION.**

1. On December 31, 2009 (the "Filing Date"), Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code under Case No. 2:09-bk-33841 (the "Bankruptcy Case").

2. Lawrence J. Warfield (the "Trustee") is the duly appointed and acting Chapter 7 Trustee of this Bankruptcy Case.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1334. This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(4),(o).

**II.  FACTUAL BACKGROUND.**

**A.  The Real Property.**

4. Debtors are the owners of the Real Property, having purchased it on or about January 25, 2006.

5. On information and belief, as of the Filing Date, the Real Property had an approximate fair market value of $1,500,000.00. This information is derived from an appraisal of the Real Property dated October 15, 2009. Debtors believe that the value of the Real Property has likely declined somewhat since the Filing Date.

6. PNC Bank, N.A. ("PNC") holds a first position Deed of Trust ("First Deed of Trust") on the Real Property securing an obligation of approximately $990,000.00. *See* Schedule D.

7. PNC also holds a second position Deed of Trust (the "Second Deed of Trust"), securing an obligation of approximately $250,000.00. *See* Schedule C.

8. Debtors have claimed their equity in the Property as exempt pursuant to A.R.S. § 33-1101. *See* Schedule C.

9. Debtors are delinquent in their mortgage payments, and PNC has filed a stay relief motion. Debtor has objected to said Motion.

10. Thus, with closing costs and real estate commissions added to the secured indebtedness and homestead exemption, the Real Property has no value and is of no benefit to the estate.

### III. THE TRUSTEE SHOULD BE COMPELLED TO ABANDON THE REAL PROPERTY.

Pursuant to 11 U.S.C. § 554(b), "the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." An abandonment is a relinquishment of the Debtor's property from the bankruptcy estate and, upon the abandonment, the interest is restored to the Debtor *nunc pro tunc* as of the Filing Date. *In re Catalano,* 279 F.3d 682, 685 (9th Cir. 2002). Since post-petition appreciation accrues to the benefit of the estate, the Trustee has an incentive to delay the administration of the estate to the prejudice of the Debtors. *See In re Rolland*, 317 B.R. 402, 409 n.12 (Bankr. C.D. Cal. 2004). A motion to compel the abandonment of property that is worthless to the estate at the time the bankruptcy petition is filed is thus an appropriate remedy. *Id*.

In this case, abandonment of the Real Property is appropriate because it has inconsequential or no value to the estate and is an administrative burden. There is no non-exempt equity in the Real Property that may benefit the estate. The Real Property should be abandoned now to remove the Trustee's incentive to delay the administration of the estate, in the hope that the Real Property will appreciate in value and that he may claim that appreciation for the estate's benefit. As the Trustee has not noticed his intention to abandon the Real Property voluntarily, Debtors request that he be compelled to do so.

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**IV. CONCLUSION**

For the foregoing reasons, Debtors respectfully request that the Court enter an order compelling the Trustee to abandon the Real Property.

**DATED** this 30th day of June, 2010.

                                      **ENGELMAN BERGER, P.C.**

By */s/ DWE, SBA #004193*
    David Wm. Engelman
    Steven N. Berger
    Bradley D. Pack
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012
    Attorneys for Gary and Ronna Martinson

**COPY** of the foregoing mailed and e-mailed*
(where indicated) this 30th day of June, 2010 to:

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267
*lwarfield@warfieldcpas.com
Chapter 7 Trustee

Terry A. Dake
Terry A. Dake Ltd.
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
*tdake@cox.net
Attorneys for Trustee

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016
*msb@tblaw.com
*ljm@tblaw.com
Attorneys for Movant

Randy Nussbaum
Vishnu R. Jonnalagadda
NUSSBAUM & GILLIS, P.C.
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
rnussbaum@nussbaumgillis.com
vjonnalagadda@nussbaumgillis.com

1 | Office of the U.S. Trustee
2 | 230 North First Avenue
  | Suite 204
3 | Phoenix, AZ 85003

4 |     */s/ Susan K. Reisbeck, Paralegal*

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012