# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15038

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary A. Martinson and Ronna L. Martinson<br><br>Debtors.<br><br>PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage<br><br>Movant,<br><br>vs.<br><br>Gary A. Martinson and Ronna L. Martinson, Debtors; Lawrence J. Warfield, Trustee.<br><br>Respondents. | No. 2:09-bk-33841-RJH<br><br>Chapter 7<br><br>OBJECTION TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS |

PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the Motion to Sell Real Property Free and

…

…

Clear of Liens. This Objection is supported by the following Memorandum of Points and Authorities.

Dated this 8th day of July, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


By /s/ MSB #010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant


## MEMORANDUM OF POINTS AND AUTHORITIES

Movant hereby objects to the sale of the property. Movant has not been provided with any escrow documents which assure Movant that the sale of the property will provide a complete and full payoff of principal, interest, late charges, attorneys' fees and costs, and such other costs, including but not limited to, advances made by beneficiary for taxes and insurance, if applicable, good through the date the loan is paid off.

At such time as Debtor can provide Movant with documentation which indicates a full payoff of principal, interest, late charges, attorneys' fees and costs, and such other costs, including but not limited to, advances made by beneficiary for taxes and insurance, if applicable, good through the date the loan is paid off, Movant will withdraw its Objection to Motion to Sell Real Property Free and Clear of Liens or will

…

…

…

…

…

…

sign a Stipulated Order consistent with the position set forth above.

Dated this 8th day of July, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


By  /s/ MSB #010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

COPY of the foregoing mailed this
Dated this 8th day of July, 2010 to:

Gary A. Martinson and Ronna L. Martinson
10953 N. Frank Lloyd Wright Blvd.
Suite 110
Scottsdale, AZ  85259
Debtors

Bradley Pack
David WM. Engelman
3636 N. Central Ave Ste #700
Phoenix, AZ  85012
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ  85267
Trustee

Terry A. Dake
Terry A. Dake, Ltd.
11811 N. Tatum Blvd., #3031
Phoenix, AZ 85028-1621
Attorney for Trustee

Arizona Dept. of Revenue
PO Box 29086
Phoenix, AZ 85038-9086

By:  Lisa R. Montee