**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-15038

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary A. Martinson and Ronna L. Martinson<br><br>Debtors.<br><br>PNC Bank, N.A.<br><br>Movant,<br><br>vs.<br><br>Gary A. Martinson and Ronna L. Martinson, Debtors; Lawrence J. Warfield, Trustee.<br><br>Respondents. | No. 2:09-bk-33841-RJH<br><br>Chapter 7<br><br>MOTION TO WITHDRAW OBJECTION TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS<br><br>(Relating to docket #109) |

Movant, PNC Bank, N.A., by its attorney undersigned, moves to withdraw its Objection to Motion to Sell Property Free and Clear of Liens without prejudice.

DATED this 14th day of July, 2010.

                                                Respectfully submitted,

                                                TIFFANY & BOSCO, P.A.

                                                BY  /s/ MSB # 010167
                                                      Mark S. Bosco
                                                      Leonard J. McDonald
                                                      Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>July 14, 2010 to: |
| 2 | |
| 3 | Gary A. Martinson and Ronna L. Martinson<br>10953 N. Frank Lloyd Wright Blvd. |
| 4 | Suite 110<br>Scottsdale, AZ  85259 |
| 5 | Debtors |
| 6 | Bradley Pack |
| 7 | David WM. Engelman<br>3636 N. Central Ave Ste #700 |
| 8 | Phoenix, AZ  85012<br>Attorney for Debtors |
| 9 | |
| 10 | Lawrence J. Warfield<br>P.O. Box 14647 |
| 11 | Scottsdale, AZ  85267<br>Trustee |
| 12 | |
| 13 | Terry A. Dake<br>Terry A. Dake, Ltd. |
| 14 | 11811 N. Tatum Blvd., #3031<br>Phoenix, AZ 85028-1621 |
| 15 | Attorney for Trustee |
| 16 | Arizona Dept. of Revenue<br>PO Box 29086 |
| 17 | Phoenix, AZ 85038-9086 |
| 18 | By  Lisa R. Montee |