```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
                                          The party obtaining this order is responsible for
                                          noticing it pursuant to Local Rule 9022-1.
```

# TIFFANY & BOSCO
### P.A.

**Dated: July 14, 2010**



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15038

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-33841-RJH |
| Gary A. Martinson and Ronna L. Martinson | Chapter 7 |
| Debtors. | O R D E R |
| PNC Bank, N.A. | |
| Movant, | (Relating to docket #109) |
| vs. | |
| Gary A. Martinson and Ronna L. Martinson, Debtors; Lawrence J. Warfield, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED that Movant's Objection to Motion to Sell Property Free and Clear of Liens is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.