# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | GARY A. & RONNA L MARTINSON |
| **Case Number:** | 2:09-bk-33841-RJH    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 06, 2010 09:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

EVIDENTIARY HEARING ON THE REASONABLENESS OF THE SALE AND THE TRUSTEES EXERCISE OF BUSINESS JUDGMENT

**R / M #:**   90 / 0

## *Appearances:*

LAWRENCE J. WARFIELD, TRUSTEE
DAVID WM ENGELMAN, ATTORNEY FOR GARY A. MARTINSON, RONNA L MARTINSON
TERRY A. DAKE, ATTORNEY FOR LAWRENCE J. WARFIELD
RANDY NUSSBAUM/VISHNU JONNALAGADDA, ATTORNEYS FOR ASSET GROUP

## *Proceedings:*

Mr. Dake reviewed the opening offer. He also informed the debtors objection has been resolved.

Mr. Engelman informed this sale is not free and clear of liens.

COURT:   IT IS ORDERED GRANTING THE TRUSTEES MOTION FOR AUTHORITY TO SELL.

THE COURT CALLED FOR HIGHER BIDS.

Bids were received from the debtor and the Asset Group.

Mr. Dake recommends the bid of the Asset Group for $315,000.00 plus 10% of any net recovery.

COURT:  IT IS ORDERED APPROVING THE SALE TO THE ASSET GROUP IN THE AMOUNT OF $315,000.00 CASH PAYABLE WITHIN 30 DAYS  PLUS  10% OF ANY NET RECOVERY.
IT IS FURTHER ORDERED APPROVING THE DEBTORS BACK UP BID OF $315,000.00 CASH PAYABLE WITHIN 30 DAYS.  MR. DAKE WILL UPLOAD A FORM OF ORDER.