**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Dated: February 17, 2011

## Minute Entry



*Randolph J. Haines*
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GARY A. & RONNA L MARTINSON |
| **Case Number:** | 2:09-bk-33841-RJH    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 16, 2011 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PNC BANK
   **R / M #:** 95 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PNC BANK
   **R / M #:** 130 / 0

### Appearances:

BRADLEY PACK/EMILY FAHRENBACH, ATTORNEYS FOR GARY A. MARTINSON, RONNA L MARTINSON
DARYL DORSEY, ATTORNEY FOR MOVANT, PNC BANK
VISHNU JONNALAGADDA, ATTORNEY FOR THE ASSET GROUP

### Proceedings:

ITEM #1   RE: PAINT PONY DRIVE

Mr. Dorsey advised the bank is objecting to the trustees motion because it does not provide a full payoff.

Mr. Jonnalagadda stated the trustee is not present because on October 7th an order approving sale to The Asset Group was entered. He further advised his client has been in negotiations for resolution of the avoidance claims with the debtor.

Mr. Dorsey reviewed the arrearages and urged the Court to grant stay relief.

COURT:  IT IS ORDERED SETTING THIS MATTER FOR PRE-TRIAL CONFERENCE ON APRIL 18, 2011 AT 11:00 AM.
ANY PARTY THAT WISHES TO PARTICIPATE IN THE TRIAL SHALL SIGN OFF ON A JOINT PRE-TRIAL STATEMENT WHICH IS DUE ON APRIL 11, 2011.

ITEM #2   RE:  BISON RANCH

Mr. Dorsey reviewed the arrearages and urged the Court to grant stay relief.

Mr. Jonnalagadda requested a continuance so they can figure out what the property is worth.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY EFFECTIVE AT NOON ON THURSDAY, MARCH 17, 2011.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE