DAVID WM. ENGELMAN, SBA #004193
STEVEN N. BERGER, SBA #009613
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com
Email: snb@eblawyers.com
Email: bdp@eblawyers.com
_____
Attorneys for Gary and Ronna Martinson

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GARY A. MARTINSON and RONNA L. MARTINSON,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:09-bk-33841-RJH<br><br>**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO MOVANT'S MOTION TO LIFT THE AUTOMATIC STAY** |
| PNC BANK, N.A.,<br><br>Movant,<br><br>vs.<br><br>GARY A. MARTINSON and RONNA L. MARTINSON, Debtors; LAWRENCE J. WARFIELD, Trustee,<br><br>Respondents. | |

Gary A. Martinson and Ronna L. Martinson (collectively, the "Debtors") hereby gives notice of the withdrawal of their Objection to PNC Bank's "<u>Movant's Motion to Lift the Automatic Bankruptcy Stay</u>" (the "Motion") with respect to the real property located at 5550 Paint Pony Trail, Show Low, Arizona 85901.

**DATED** this 18th day of April 2011.

                                                  **ENGELMAN BERGER, P.C.**

                                                  By  */s/ DWE, SBA #004193*
                                                      David Wm. Engelman
                                                      Steven N. Berger
                                                      Bradley D. Pack
                                                      3636 North Central Avenue, Suite 700
                                                      Phoenix, Arizona 85012
                                                      Attorneys for Gary and Ronna Martinson

| | |
|---|---|
| 1 | |
| 2 | **COPY** of the foregoing e-mailed this 18th day of April 2011 to: |
| 3 | Leonard J. McDonald |
| 4 | Tiffany & Bosco<br>2525 E. Camelback Road, Suite 300 |
| 5 | Phoenix, AZ 85016<br>ljm@tblaw.com |
| 6 | Attorneys for Movant |
| 7 | |
| 8 | */s/ Kimberly A. Cox* |